HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (Bar. No. 139304)
reed@hbsslaw.com
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Liaison Counsel for Plaintiff*

LABATON KELLER SUCHAROW LLP
Eric J. Belfi (*pro hac vice* forthcoming)
ebelfi@labaton.com
Francis P. McConville (*pro hac vice* forthcoming)
fmcconville@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendants. | Case No. 2:24-cv-04566<br><br>CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 |

1

CERTIFICATION AS TO INTERESTED PARTIES

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for plaintiff Indiana Public Retirement System, certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

1. Indiana Public Retirement System, plaintiff;
2. Glenn Dietel, plaintiff in related action *Dietel v. Rivian Automotive, Inc.*, No. 24-cv-03269 (C.D. Cal.);
3. Defendants:
    a. Rivian Automotive, Inc.,
    b. Robert J. Scaringe,
    c. Claire McDonough

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: May 31, 2024

Respectfully submitted,

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (Bar. No. 139304)
reed@hbsslaw.com
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

HAGENS BERMAN SOBOL SHAPIRO LLP
Christopher R. Pitoun (Bar. No. 290235)
christopherp@hbsslaw.com
301 North Lake Avenue
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

*Liaison Counsel Plaintiff*

| | |
|---|---|
| 1 | |
| 2 | LABATON KELLER SUCHAROW LLP |
|   | Eric J. Belfi (*pro hac vice* forthcoming) |
| 3 | ebelfi@labaton.com |
|   | Francis P. McConville (*pro hac vice* |
| 4 | forthcoming) |
|   | fmcconville@labaton.com |
| 5 | 140 Broadway |
|   | New York, NY 10005 |
| 6 | Telephone: (212) 907-0700 |
| 7 | Facsimile: (212) 818-0477 |
| 8 | |
| 9 | *Counsel for Plaintiff and the Proposed Class* |
| 10 | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 31, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

           /s/ *Lucas E. Gilmore*
           Lucas E. Gilmore

HAGENS BERMAN SOBOL SHAPIRO LLP
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001