1  HAGENS BERMAN SOBOL SHAPIRO LLP
   Reed R. Kathrein (Bar. No. 139304)
2  reed@hbsslaw.com
   Lucas E. Gilmore (Bar No. 250893)
3  lucasg@hbsslaw.com
   715 Hearst Avenue, Suite 300
4  Berkeley, CA 94710
   Telephone: (510) 725-3000
5  Facsimile: (510) 725-3001

6  *Liaison Counsel for Plaintiff*

7  LABATON KELLER SUCHAROW LLP
   Eric J. Belfi (*pro hac vice* forthcoming)
8  ebelfi@labaton.com
   Francis P. McConville (*pro hac vice* forthcoming)
9  fmcconville@labaton.com
   140 Broadway
10 New York, NY 10005
   Telephone: (212) 907-0700
11 Facsimile: (212) 818-0477

12 *Counsel for Plaintiff and the Proposed Class*

13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendants. | Case No. 2:24-cv-04566<br><br>NOTICE OF RELATED CIVIL CASE PURSUANT TO LOCAL RULE 83-1.3.1<br><br><u>CLASS ACTION</u> |

26     Plaintiff Indiana Public Retirement System ("Plaintiff"), by and through its
27 counsel, and pursuant to Local Rule 83-1.3.1 of the United States District Court for the
28 Central District of California, respectfully notifies the Court that the instant action is

---
NOTICE OF RELATED CIVIL CASE

related to the following case also filed in the Central District of California (the "Related Case"): *Dietel v. Rivian Automotive, Inc.*, No. 24-cv-03269 (C.D. Cal.) (the "Related Case"). The Related case was voluntarily dismissed by the plaintiff on May 20, 2024. *Dietel v. Rivian Automotive, Inc.*, No. 24-cv-03269 (C.D. Cal.), ECF No. 11.

Local Rule 83-1.3.1 states "It shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." Accordingly, Plaintiff submits that the instant action and the Related Case: (1) concern the same course of conduct or events requiring the determination of the same or substantially identical questions of law or fact—specifically the shared allegations that some of the above-named Defendants Rivian Automotive, Inc. to issue materially false and misleading statements; (2) the cases are based on the same or similar claims and involve the same or similar Defendants; and (3) if the cases are heard by different judges, it will require substantial duplication of judicial resources.

In light of the materially similar questions of law and fact in the Related Case, Plaintiff believes that litigating the instant action independently will create a significant duplication of labor if heard by different judges, and could result in inconsistent rulings.

DATED: May 31, 2024                                Respectfully submitted,

                                                   /s/ *Lucas E. Gilmore*
                                                   Lucas E. Gilmore

                                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                                   Reed R. Kathrein (Bar. No. 139304)
                                                   reed@hbsslaw.com
                                                   Lucas E. Gilmore (Bar No. 250893)
                                                   lucasg@hbsslaw.com
                                                   715 Hearst Avenue, Suite 300
                                                   Berkeley, CA 94710
                                                   Telephone: (510) 725-3000

1 | Facsimile: (510) 725-3001

HAGENS BERMAN SOBOL SHAPIRO LLP
Christopher R. Pitoun (Bar. No. 290235)
christopherp@hbsslaw.com
301 North Lake Avenue
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

*Liaison Counsel Plaintiff*

LABATON KELLER SUCHAROW LLP
Eric J. Belfi (*pro hac vice* forthcoming)
ebelfi@labaton.com
Francis P. McConville (*pro hac vice* forthcoming)
fmcconville@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

HAGENS BERMAN SOBOL SHAPIRO LLP
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001