**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Indiana Public Retirement System | CASE NUMBER |
|---|---|
| | |
| v.   PLAINTIFF(S) | 2:24-cv-04566 CBM(JPRx) |
| | |
| Rivian Automotive, Inc. et al | **ORDER RE TRANSFER (RELATED CASES)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____                          _____
         Date                                          United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The proposed transferee case was closed on May 20, 2024. In the single month the case was pending before the Court, the Court did not make any substantive findings. Therefore, the Court is not persuaded the case is appropriate to transfer to its docket.

~~TRANSFER ORDER~~
~~DECLINED~~

_____              Mark C. Scarsi   _Mark C. Scarsi_
    June 25, 2024                     _____
         Date                              United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:24-cv-03269-MCS (ASx)   and the present case:

- [ ] A.   Arise from the same or closely related transactions, happenings or events; or
- [ ] B.   Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (06/23)                    ORDER RE TRANSFER (Related Cases)