HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (Bar. No. 139304)
reed@hbsslaw.com
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Liaison Counsel for Proposed Lead Plaintiff*

LABATON KELLER SUCHAROW LLP
Eric J. Belfi (admitted *pro hac vice*)
ebelfi@labaton.com
Francis P. McConville (admitted *pro hac vice*)
fmcconville@labaton.com
Hui Chang (*pro hac vice* forthcoming)
hchang@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Proposed Lead Plaintiff and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendants. | Case No. 2:24-cv-04566-CBM-JPR<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>Date: August 27, 2024<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall |

NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF COUNSEL CASE NO. 2:24-cv-04566-CBM-JPR

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on August 27, 2024, or as soon thereafter as the matter may be heard by the Honorable Consuelo B. Marshall, Courtroom 8D, 350 W. First Street, Los Angeles, California 90012, proposed Lead Plaintiff National Pension Service, on behalf of the National Pension Fund (together, "NPS") and Indiana Public Retirement System ("Indiana" and collectively with NPS, the "Pension Funds"), through their undersigned counsel, will and hereby do move this Court for the entry of an Order: (1) appointing the Pension Funds as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, *et seq.*; (2) approving the Pension Funds' selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class and Hagens Berman Sobol Shapiro LLP as Liaison Counsel for the Class (the "Motion"); and (3) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that the Pension Funds believe they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Pension Funds believe they have the "largest financial interest" in the relief sought by the Class in this litigation. The Pension Funds also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") because their claims are typical of other Class members' claims, and because they will fairly and adequately represent the Class.

---

[1] Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u–4 (a)(3)(B)(i), the Pension Funds cannot ascertain whether any other parties will also seek appointment as Lead Plaintiff until after the July 30, 2024 deadline. Accordingly, the Pension Funds' counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived in this limited instance.

1

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Lucas E. Gilmore filed herewith and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Pension Funds respectfully request that the Court grant the Motion and enter an Order: (1) appointing the Pension Funds as Lead Plaintiff; (2) approving the Pension Funds' selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class and Hagens Berman Sobol Shapiro LLP as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

DATED: July 30, 2024                    Respectfully submitted,


                                         /s/ *Lucas E. Gilmore*
                                        Lucas E. Gilmore
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        Reed R. Kathrein (Bar. No. 139304)
                                        reed@hbsslaw.com
                                        Lucas E. Gilmore (Bar No. 250893)
                                        lucasg@hbsslaw.com
                                        715 Hearst Avenue, Suite 300
                                        Berkeley, CA 94710
                                        Telephone: (510) 725-3000
                                        Facsimile: (510) 725-3001

                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        Christopher R. Pitoun (Bar. No. 290235)
                                        christopherp@hbsslaw.com
                                        301 North Lake Avenue
                                        Pasadena, CA 91101
                                        Telephone: (213) 330-7150
                                        Facsimile: (213) 330-7152


                                        *Liaison Counsel for Proposed Lead*

2

*Plaintiff*

LABATON KELLER SUCHAROW LLP
Eric J. Belfi (admitted *pro hac vice*)
ebelfi@labaton.com
Francis P. McConville (admitted *pro hac vice*)
fmcconville@labaton.com
Hui Chang (*pro hac vice* forthcoming)
hchang@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Proposed Lead Plaintiff and
Proposed Lead Counsel for the Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

HAGENS BERMAN SOBOL SHAPIRO LLP
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001