HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (Bar. No. 139304)
reed@hbsslaw.com
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Liaison Counsel for Proposed Lead Plaintiff*

LABATON KELLER SUCHAROW LLP
Eric J. Belfi (admitted *pro hac vice*)
ebelfi@labaton.com
Francis P. McConville (admitted *pro hac vice*)
fmcconville@labaton.com
Hui Chang (*pro hac vice* forthcoming)
hchang@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Proposed Lead Plaintiff and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br>Defendants. | Case No. 2:24-cv-04566-CBM-JPR<br><br>CLASS ACTION<br><br>DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>Date: August 27, 2024<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall |

DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL CASE NO. 2:24-cv-04566-CBM-JPR

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner at Hagens Berman Sobol Shapiro LLP, proposed liaison counsel for proposed Lead Plaintiff National Pension Service, on behalf of the National Pension Fund (together, "NPS") and Indiana Public Retirement System ("Indiana" and collectively with NPS, the "Pension Funds").  I make this declaration in support of the Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:      Signed Certifications of NPS and Indiana, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u–4(a)(2);

EXHIBIT B:      A chart reflecting the calculation of the Pension Funds' losses as a result of their transactions in Rivian Automotive, Inc. securities;

EXHIBIT C:      Notice of pendency of the action;

EXHIBIT D:      Firm resume of Labaton Keller Sucharow LLP;

EXHIBIT E:      Firm resume of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 30, 2024

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

1

DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL CASE NO. 2:24-cv-04566-CBM-JPR

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

HAGENS BERMAN SOBOL SHAPIRO LLP
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001