# Exhibit B

**LOSS ANALYSIS**

**Filed Class Period: 08/12/22 – 02/21/24**

**Rivian Automotive Inc.**

| TICKER | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|
| RIVN | 76954A103 | BL98841 | US76954A1034 | $10.3927 |

<u>**National Pension Service**</u>

### Account 1

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Opening Balance | 08/12/22 | 0 | | |
| Purchases | 02/08/24 | 2,608,493 | $16.02 | ($41,778,677.72) |
| *Class Period purchases:* | | *2,608,493* | | *($41,778,677.72)* |
| *Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| *Post-Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| Shares Held: | | 2,608,493 | $10.3927 | $27,109,285.20 |

| LIFO Gain/(Loss): | ($14,669,392.52) |
|---|---|

### Account 2

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Opening Balance | 08/12/22 | 0 | | |
| Purchases | 09/14/23 | 180,090 | $24.12 | ($4,343,272.49) |
| Purchases | 09/14/23 | 279,305 | $24.12 | ($6,736,063.76) |
| Purchases | 09/14/23 | 265,285 | $24.12 | ($6,397,940.16) |
| Purchases | 09/14/23 | 353,714 | $24.12 | ($8,530,602.95) |
| *Class Period purchases:* | | *1,078,394* | | *($26,007,879.36)* |
| Sales | 02/13/24 | (132,643) | $15.30 | $2,029,820.61 |
| Sales | 02/13/24 | (132,643) | $15.31 | $2,030,165.37 |
| Sales | 02/13/24 | (155,289) | $15.27 | $2,371,557.27 |
| Sales | 02/13/24 | (147,737) | $15.28 | $2,256,947.61 |
| Sales | 02/13/24 | (287,932) | $15.30 | $4,405,585.89 |
| Sales | 02/13/24 | (222,150) | $15.30 | $3,399,358.29 |
| *Class Period sales that match to Class Period purchases:* | | *-1,078,394* | | *$16,493,435.04* |
| *Post-Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| Shares Held: | | 0 | $10.3927 | $0.00 |

| LIFO Gain/(Loss): | ($9,514,444.32) |
|---|---|

**Account 3**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
| Opening Balance | 08/12/22 | 0 | | |
| Purchases | 09/14/23 | 180,090 | $24.12 | ($4,343,272.49) |
| Purchases | 09/14/23 | 279,305 | $24.12 | ($6,736,063.76) |
| Purchases | 09/14/23 | 265,285 | $24.12 | ($6,397,940.16) |
| Purchases | 09/14/23 | 353,714 | $24.12 | ($8,530,602.95) |
| *Class Period purchases:* | | *1,078,394* | | *($26,007,879.36)* |
| Sales | 02/13/24 | (287,932) | $15.30 | $4,405,585.89 |
| Sales | 02/13/24 | (147,737) | $15.28 | $2,256,947.61 |
| Sales | 02/13/24 | (222,150) | $15.30 | $3,399,358.29 |
| Sales | 02/13/24 | (155,289) | $15.27 | $2,371,557.27 |
| Sales | 02/13/24 | (132,643) | $15.30 | $2,029,820.61 |
| Sales | 02/13/24 | (132,643) | $15.31 | $2,030,165.37 |
| *Class Period sales that match to Class Period purchases:* | | *-1,078,394* | | *$16,493,435.04* |
| *Post-Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| Shares Held: | | 0 | $10.3927 | $0.00 |
| | | | **LIFO Gain/(Loss):** | **($9,514,444.32)** |

**Account 4**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
| Opening Balance | 08/12/22 | 46,325 | | |
| Purchases | 08/31/22 | 39,056 | $32.71 | ($1,277,649.51) |
| Purchases | 05/15/23 | 15,283 | $13.32 | ($203,530.31) |
| Purchases | 05/15/23 | 209 | $12.88 | ($2,692.14) |
| Purchases | 05/31/23 | 80,083 | $14.73 | ($1,179,740.55) |
| *Class Period purchases:* | | *134,631* | | *($2,663,612.51)* |
| Sales | 11/02/23 | (39,056) | $17.58 | $686,559.68 |
| Sales | 11/02/23 | (95,575) | $17.58 | $1,680,098.86 |
| *Class Period sales that match to Class Period purchases:* | | *-134,631* | | *$2,366,658.54* |
| Sales | 11/2/2023 | (46,325) | $17.58 | $814,340.36 |
| *Class Period sales that match to pre-Class Period purchases:* | | *-46,325* | | *$814,340.36* |
| *Post-Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| Shares Held: | | 0 | $10.3927 | $0.00 |
| | | | **LIFO Gain/(Loss):** | **($296,953.97)** |

#### Account 5

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Quantity** | **Price Per Share** | **Cost / Proceeds** |
| Opening Balance | 08/12/22 | 0 | | |
| Purchases | 10/19/23 | 2,557 | $17.17 | ($43,897.30) |
| *Class Period purchases:* | | *2,557* | | *($43,897.30)* |
| *Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| Post Cp Sales | 04/26/24 | (2,557) | $10.50 | $26,850.72 [2] |
| *Post-Class Period sales that match to Class Period purchases:* | | *-2,557* | | *$26,850.72* |
| | Shares Held: | 0 | $10.3927 | $0.00 |
| | | | **LIFO Gain/(Loss):** | **($17,046.58)** |

#### Account 6

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Quantity** | **Price Per Share** | **Cost / Proceeds** |
| Opening Balance | 08/12/22 | 291 | | |
| Purchases | 08/17/22 | 38 | $36.44 | ($1,384.53) |
| Purchases | 12/20/22 | 218 | $21.41 | ($4,666.29) |
| Purchases | 04/05/23 | 133 | $14.64 | ($1,946.46) |
| Purchases | 07/19/23 | 549 | $24.86 | ($13,645.40) |
| Purchases | 08/31/23 | 100 | $22.74 | ($2,273.50) |
| Purchases | 12/12/23 | 91 | $18.22 | ($1,657.57) |
| *Class Period purchases:* | | *1,129* | | *($25,573.75)* |
| *Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| *Post-Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| | Shares Held: | 1,129 | $10.3927 | $11,733.36 |
| | | | **LIFO Gain/(Loss):** | **($13,840.39)** |
| | | | **AGGREGATE (NATIONAL PENSION SERVICE) TOTAL LIFO (LOSS):** | **($34,026,122.10)** |

| | |
|---|---|
| Total Shares Bought: | 4,903,598 |
| Total Net Shares: | 2,565,854 |
| Total Net Expenditures: | ($60,359,651.02) |

[1] *Value of shares held is the mean trading price from 02/22/24 - 05/21/24*

[2] *Sales were after post-market and after the disclosure on 02/22/24. Pursuant to the PSLRA, the value for sales occurring during the lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*

**LOSS ANALYSIS**

**Filed Class Period: 08/12/22 – 02/21/24**

**Rivian Automotive Inc.**

| TICKER | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|
| RIVN | 76954A103 | BL98841 | US76954A1034 | $10.3927 |

**Indiana Public Retirement System**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Opening Balance | 08/12/22 | 28,272 | | |
| Purchases | 09/16/22 | 6,890 | $39.26 | ($270,501.40) |
| Purchases | 09/16/22 | 47,280 | $39.26 | ($1,856,212.80) |
| Purchases | 09/28/22 | 3,640 | $35.08 | ($127,691.20) |
| Purchases | 09/30/22 | 440 | $32.91 | ($14,480.40) |
| Purchases | 10/19/22 | 570 | $31.50 | ($17,955.00) |
| Purchases | 11/09/22 | 410 | $27.89 | ($11,433.79) |
| Purchases | 12/16/22 | 290 | $22.48 | ($6,519.20) |
| Purchases | 12/16/22 | 860 | $22.48 | ($19,332.80) |
| Purchases | 03/07/23 | 350 | $14.64 | ($5,124.00) |
| Purchases | 03/17/23 | 225 | $13.01 | ($2,927.25) |
| Purchases | 03/17/23 | 1,050 | $13.01 | ($13,660.50) |
| Purchases | 03/27/23 | 30,987 | $13.40 | ($415,303.27) |
| Purchases | 03/28/23 | 7,411 | $13.13 | ($97,310.88) |
| Purchases | 03/29/23 | 2,652 | $14.12 | ($37,433.51) |
| Purchases | 03/30/23 | 388 | $14.53 | ($5,639.50) |
| Purchases | 03/31/23 | 552 | $15.36 | ($8,480.43) |
| Purchases | 04/03/23 | 372 | $14.95 | ($5,560.69) |
| Purchases | 04/04/23 | 456 | $15.24 | ($6,947.21) |
| Purchases | 05/03/23 | 415 | $12.81 | ($5,316.15) |
| Purchases | 05/05/23 | 440 | $13.26 | ($5,832.73) |
| Purchases | 06/16/23 | 890 | $14.88 | ($13,243.20) |
| Purchases | 06/16/23 | 510 | $14.88 | ($7,588.80) |
| Purchases | 07/20/23 | 1,120 | $25.81 | ($28,907.20) |
| Purchases | 09/15/23 | 18,100 | $24.18 | ($437,658.00) |
| Purchases | 09/15/23 | 21,620 | $24.18 | ($522,771.60) |
| Purchases | 10/17/23 | 1,460 | $19.90 | ($29,054.00) |
| Purchases | 10/17/23 | 1,330 | $19.90 | ($26,467.00) |
| Purchases | 12/01/23 | 700 | $17.66 | ($12,361.02) |
| Purchases | 12/01/23 | 710 | $17.66 | ($12,536.83) |
| Purchases | 12/15/23 | 3,740 | $22.83 | ($85,384.20) |
| Purchases | 12/15/23 | 2,900 | $22.83 | ($66,207.00) |
| *Class Period purchases:* | | *158,758* | | *($4,175,841.55)* |

**Indiana Public Retirement System**

| LIFO | | | | |
|------|------|------|------|------|

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|------------------|-----------|----------|-----------------|-----------------|
| Sales | 06/23/23 | (3,250) | $13.53 | $43,972.50 |
| Sales | 06/23/23 | (3,880) | $13.53 | $52,496.40 |
| Sales | 07/11/23 | (6,310) | $24.85 | $156,803.50 |
| Sales | 01/25/24 | (13,380) | $15.00 | $200,700.00 |
| *Class Period sales that match to Class Period purchases:* | | **-26,820** | | **$453,972.40** |
| Sales | 08/15/22 | (260) | $37.22 | $9,677.72 |
| *Class Period sales that match to pre-Class Period purchases:* | | **-260** | | **$9,677.72** |
| *Post-Class Period sales that match to* | | **0** | | **$0.00** |
| | Shares Held: | 131,938 | $10.3927 | $1,371,192.05 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($2,350,677.10)** |

| | |
|---|---|
| Total Shares Bought: | 158,758 |
| Total Net Shares: | 131,938 |
| Total Net Expenditures: | ($3,721,869.15) |

| | |
|---|---|
| **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($36,376,799.20)** |

[1] *Value of shares held is the mean trading price from 02/22/24 - 05/21/24*