# Exhibit C

Bloomberg Law®

News from Bloomberg Terminal

# Labaton Keller Sucharow LLP Announces Securities Class Action Lawsuit Filed Against Rivian Automotive, Inc. and Certain

Labaton Keller Sucharow LLP Announces Securities Class Action Lawsuit Filed Against Rivian Automotive, Inc. and Certain Executives

Business Wire

NEW YORK -- May 31, 2024

Labaton Keller Sucharow LLP ("Labaton") announces that, on May 31, 2024, it filed a securities class action lawsuit (the "Complaint") on behalf of its client the Indiana Public Retirement System ("Indiana") against Rivian Automotive, Inc. ("Rivian" or the "Company") (NASDAQ: RIVN) and certain Rivian officers (collectively, "Defendants"). The action, which is captioned *Indiana Public Retirement System v. Rivian Automotive, Inc.,* No. 2:24-cv-04566 (C.D. Cal.), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, on behalf of all persons or entities who purchased or otherwise acquired Rivian securities between August 12, 2022 and February 21, 2024, inclusive (the "Class Period").

Rivian, headquartered in Irvine, California, is an automotive manufacturer that develops and builds electric vehicles ("EVs") for both retail and commercial customers. The Complaint alleges that, throughout the Class Period, Defendants misled investors about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Rivian had overstated demand for its EVs; (ii) Rivian had concealed the negative effect inflation and higher interest rates were having on demand for its EVs; (iii) the number of orders in Rivian's order bank had decreased due to cancellations and other factors; (iv) Rivian was failing to ramp up its production of EVs at the rate it claimed; (v) all the foregoing was likely to, and did, negatively impact the Company's anticipated earnings and vehicle production targets for 2024; and (vi) as a result, the Company's public statements were materially false and misleading at all relevant times.

Defendants' fraud began to be revealed to the market on February 28, 2023, when Rivian announced a lower-than-expected 2023 EV production target. On this news, Rivian's stock price fell $3.54 per share, or more than 18 percent, to close at $15.76 per share on March 1, 2023. Then, on February 21, 2024, Rivian announced wider-than-expected anticipated losses for 2024. Rivian also issued lower-than-expected 2024 EV production guidance and announced it would cut 10% of salaried staff. On this news, Rivian's stock price fell $3.94 per share, or more than 25 percent, to close at $11.45 per share on February 22, 2024.

If you purchased or acquired Rivian securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **July 30, 2024**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Francis P. McConville, Esq. of Labaton, at (212) 907-0650, or via email at fmcconville@labaton.com. You can view a copy of the complaint online here.

The Complaint expands on a related previously filed action, *Dietel v. Rivian Automotive, Inc*., No. 24-cv-03269 (C.D. Cal.) (the "Previous Action"). The Previous Action was dismissed on May 20, 2024.

Indiana is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $3.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than eighty full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, NY, Wilmington, DE, and Washington, D.C. More information about Labaton is available at www.labaton.com.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20240531249663/en/

**Contact:**

Francis P. McConville, Esq.

Labaton Keller Sucharow LLP

(212) 907-0650

fmcconville@labaton.com

-0- Jun/01/2024 00:17 GMT

© 2024 Bloomberg Industry Group, Inc.   All Rights Reserved