**THE BURKE LAW FIRM**
Timothy J. Burke (SBN #181866)
tim.burke@burke-law-firm.com
1001 Wilshire Boulevard, #2187
Los Angeles, CA 90017
(310) 984-7199 (phone)
(310) 602-6589 (fax)

*Local Counsel for Kamil Kirio and Nada Badr-Kirio and Proposed Liaison Counsel for the Proposed Class*

[Additional Counsel on Signature Block]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04566-CBM-JPR<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION OF KAMIL KIRIO AND NADA BADR-KIRIO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>Judge:　Consuelo B. Marshall<br>Date:　August 27, 2024<br>Time　10:00 a.m.<br>Crtrm:　8D |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that 10:00 a.m. on August 27, 2024, before the Honorable Consuelo B. Marshall in Courtroom 8D, 8th Floor, United States District Court, 350 W. 1st Street, Los Angeles, California, movants Kamil Kirio and Nada Badr-Kirio (the "Kirios"), as Trustees of the Kirio Family Trust Dated September 21, 2015, will, and hereby do, move this Court for an order granting his motion to:

    (a)    appoint the Kirios as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

    (b)    approve the Kirios' selection of Bernstein Liebhard LLP as Lead Counsel and The Burke Law Firm as Liaison Counsel.

This Motion is made on the grounds that the Kirios are the most adequate plaintiffs to serve as Lead Plaintiff in the action.  This Motion is supported by the accompanying Memorandum of Points and Authorities, the supporting Declaration of Timothy J. Burke and exhibits thereto, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.[1]

---

[1] Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, the Kirios do not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, the Kirios respectfully request that the conferral requirement of L.R. 7-3 be waived.

Dated: July 30, 2024

Respectfully submitted,

**THE BURKE LAW FIRM**

*/s/ Timothy J. Burke*

Timothy J. Burke (SBN #181866)
1001 Wilshire Drive, #2187
Los Angeles, CA 90017
(302) 984-7199 (phone)
(302) 602-6589 (fax)
tim.burke@burke-law-firm.com

*Local Counsel for Kamil Kirio and Nada Badr-Kirio and Proposed Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
(212) 779-1414 (phone)
(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com

*Counsel for Kamil Kirio and Nada Badr-Kirio and Proposed Lead Counsel for the Proposed Class*

3