**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH, <br><br> Defendants. | Case No. 2:24-cv-04566-CBM-JPR <br><br> <u>CLASS ACTION</u> <br><br> **(PROPOSED) ORDER APPOINTING KAMIL KIRIO AND NADA BADR-KIRIO AS LEAD PLAINTIFF AND APPROVING THEIR CHOICE OF COUNSEL** <br><br> Judge:    Consuelo B. Marshall <br> Date:    August 27, 2024 <br> Time    10:00 a.m. <br> Crtrm:    8D |

**Upon Good cause shown, IT IS HEREBY ORDERED THAT:**

I.     The Motion of Kamil Kirio and Nada Badr-Kirio (the "Kirios") For Appointment as Lead Plaintiff and Approval of Lead Counsel is granted.

II.    The Kirios are hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

III.   Bernstein Liebhard LLP is hereby appointed as Lead Counsel and The Burke Law Firm is hereby appointed as Liaison Counsel for the proposed Class.

DATED this _____ day of _____, 2024.

_____
Consuelo B. Marshall, U.S.D.J.