**THE BURKE LAW FIRM**
Timothy J. Burke (SBN #181866)
tim.burke@burke-law-firm.com
1001 Wilshire Boulevard, #2187
Los Angeles, CA 90017
(310) 984-7199 (phone)
(310) 602-6589 (fax)

*Local Counsel for Kamil Kirio and Nada Badr-Kirio and Proposed Liaison Counsel for the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH, <br><br> Defendants. | Case No. 2:24-cv-04566-CBM-JPR <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF TIMOTHY J. BURKE IN SUPPORT OF KAMIL KIRIO AND NADA BADR-KIRIO'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** <br><br> Judge:   Consuelo B. Marshall <br> Date:    August 27, 2024 <br> Time    10:00 a.m. <br> Crtrm:   8D |

I, TIMOTHY J. BURKE, hereby declare under penalties of perjury that:

1.    I am the sole proprietor of The Burke Law Firm, proposed liaison counsel in this action.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:   The first notice announcing the pendency of the action;

Exhibit B:   Kamil Kirio and Nada Badr-Kirio's sworn certification;

Exhibit C:   Kamil Kirio and Nada Badr-Kirio's Loss Chart;

Exhibit D:   Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:   Firm Résumé of The Burke Law Firm.

Dated: July 30, 2024        */s/ Timothy J. Burke*
                              Timothy J. Burke