## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

KAMIL KIRIO & NADA BADR-KIRIO, AS TRUSTEES OF THE KIRIO FAMILY TRUST DATED SEPTEMBER 21, 2015 ("Plaintiffs"), declare the following as to the claims asserted under the federal securities laws:

1.      Plaintiffs have reviewed a complaint filed in this matter and have authorized the filing of a motion for appointment as lead plaintiffs.  Plaintiffs retain Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiffs did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiffs, individually or as part of a group, are willing to serve as representative parties on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiffs understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiffs' transactions in Rivian Automotive, Inc. securities during the relevant period as specified in the complaint are set forth in "Schedule A" to this Certification.

5.      Plaintiffs have not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Plaintiffs will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiffs' pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

We declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   07/09/2024 _____

DocuSigned by:
*Mr. kamil kirio*
3EB0BEF0E3004D9
KAMIL KIRIO

DATED:   07/09/2024 _____

DocuSigned by:
*Mrs. Nada Badr-kirio*
BB8ABEC5E82B43C...
NADA BADR-KIRIO

Exhibit-B

Page 1

## SCHEDULE A

| Date | Transaction Type | Quantity | Price Per Share |
|---|---|---|---|
| 7/7/23 | PURCHASE | 26,671 | $25.19 |
| 7/7/23 | PURCHASE | 13,329 | $25.18 |
| 8/8/23 | PURCHASE | 100 | $24.235 |
| 8/8/23 | PURCHASE | 900 | $24.23 |
| 8/8/23 | PURCHASE | 1,052 | $24.22 |
| 8/8/23 | PURCHASE | 12,348 | $24.24 |
| 8/8/23 | PURCHASE | 600 | $24.2198 |
| 8/8/23 | PURCHASE | 10,038 | $24.28 |
| 8/8/23 | PURCHASE | 200 | $24.275 |
| 8/8/23 | PURCHASE | 4,049 | $24.29 |
| 8/8/23 | PURCHASE | 2,300 | $24.27 |
| 8/8/23 | PURCHASE | 56,831 | $24.30 |
| 8/8/23 | PURCHASE | 1,582 | $24.26 |
| 1/9/24 | SELL | 19,970 | $19.4001 |
| 1/9/24 | SELL | 800 | $19.40 |
| 1/9/24 | SELL | 200 | $19.405 |
| 1/10/24 | PURCHASE | 16,970 | $19.07 |
| 1/10/24 | PURCHASE | 800 | $19.059 |
| 1/10/24 | PURCHASE | 3,000 | $19.06 |
| 1/10/24 | PURCHASE | 200 | $19.055 |
| 1/18/24 | PURCHASE | 6,100 | $16.195 |
| 1/18/24 | PURCHASE | 13,900 | $16.20 |