**Rivian Automotive, Inc. (RIVN)**

FIFO/LIFO Losses

Class Period:08/12/2022 - 02/21/2024

Hold Price:        $10.3927

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| KAMIL KIRIO & NADA BADR-KIRIO, AS TRUSTEES OF THE KIRIO FAMILY TRUST DATED SEPTEMBER 21, 2015 | | | | | | | | | | | |
| | 07/07/23 | 26,671 | 25.1900 | 671,842.49 | 01/09/24 | 19,970 | 19.4001 | 387,420.00 | | | |
| | 07/07/23 | 13,329 | 25.1800 | 335,624.22 | 01/09/24 | 800 | 19.4000 | 15,520.00 | | | |
| | 08/08/23 | 100 | 24.2350 | 2,423.50 | 01/09/24 | 200 | 19.4050 | 3,881.00 | | | |
| | 08/08/23 | 900 | 24.2300 | 21,807.00 | | | | | | | |
| | 08/08/23 | 1,052 | 24.2200 | 25,479.44 | | | | | | | |
| | 08/08/23 | 12,348 | 24.2400 | 299,315.52 | | | | | | | |
| | 08/08/23 | 600 | 24.2198 | 14,531.88 | | | | | | | |
| | 08/08/23 | 10,038 | 24.2800 | 243,722.64 | | | | | | | |
| | 08/08/23 | 200 | 24.2750 | 4,855.00 | | | | | | | |
| | 08/08/23 | 4,049 | 24.2900 | 98,350.21 | | | | | | | |
| | 08/08/23 | 2,300 | 24.2700 | 55,821.00 | | | | | | | |
| | 08/08/23 | 56,831 | 24.3000 | 1,380,993.30 | | | | | | | |
| | 08/08/23 | 1,582 | 24.2600 | 38,379.32 | | | | | | | |
| | 01/10/24 | 16,970 | 19.0700 | 323,617.90 | | | | | | | |
| | 01/10/24 | 800 | 19.0590 | 15,247.20 | | | | | | | |
| | 01/10/24 | 3,000 | 19.0600 | 57,180.00 | | | | | | | |
| | 01/10/24 | 200 | 19.0550 | 3,811.00 | | | | | | | |
| | 01/18/24 | 6,100 | 16.1950 | 98,789.50 | | | | | | | |
| | 01/18/24 | 13,900 | 16.2000 | 225,180.00 | | | | | | | |
| **KAMIL KIRIO & NADA BADR-KIRIO, AS TRUSTEES OF THE KIRIO FAMILY TRUST DATED SEPTEMBER 21, 2015  Totals** | | **170,970** | | **$3,916,971.12** | | **20,970** | | **$406,821.00** | **150,000** | **$1,558,904.76** | **($1,951,245.36)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $10.3927 per share.

Exhibit-C

Page 1