

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-cv-04566 CBM (JPRx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION REGARDING SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO THE COMPLAINT  [23]** |
| v. | |
| RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH, | Dept.:  8D<br>Judge:  Hon. Consuelo B. Marshall |
| Defendant. | |

ORDER GRANTING STIP. REGARDING SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

1

CASE NO.: 2:24-cv-04566 CBM (JPR)

The Court, having considered the Stipulation jointly filed by Plaintiff Indiana Public Retirement System and Defendants Rivian Automotive, Inc., Robert J. Scaringe, and Claire McDonough, by and through their respective counsel, hereby ORDERS:

1.      Defendants shall have no obligation to respond to the Complaint until after the Court appoints a lead plaintiff and lead counsel.

2.      Counsel for Defendants shall meet and confer with counsel for the Court-appointed lead plaintiff within fourteen (14) days after the Court makes its appointment to discuss a schedule for the filing of any consolidated amended complaint and Defendants' responses thereto.

3.      Defendants and the Court-appointed lead plaintiff shall promptly thereafter submit a proposed schedule, subject to Court order, for the filing of any consolidated complaint and Defendants' responses thereto.

4.      In the interests of judicial economy and preserving the resources of the parties and the Court, the scheduling of any Case Management Conference, and any associated deadlines, shall be deferred pending the Court's order regarding the schedule for the filing of any consolidated complaint and Defendants' responses thereto.

5.      No party is waiving any rights, claims, or defenses of any kind except as expressly stated herein.


IT IS SO ORDERED.


Dated: JULY 31, 2024

Hon. Consuelo B. Marshall
United States District Judge

ORDER GRANTING STIP. REGARDING
SERVICE OF PROCESS AND EXTENSION
OF TIME TO RESPOND TO COMPLAINT

2

CASE NO.: 2:24-CV-04566 CBM (JPR)