**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Indiana Public Retirement System, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV24-4566-CBM (JPRx) |
| v. | |
| Rivian Automotive, Inc. et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY  ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

potential financial interest.

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

August 5, 2024
Date

United States Magistrate Judge

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge ___Pedro V. Castillo___ .
On all documents subsequently filed in this case, please substitute the initials ___PVC___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:24-cv-04566 CBM(PVCx)___ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:    *Previous Magistrate Judge*

CV-110 (06/14)         ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE