Name and address:

| | |
|---|---|
| **THE BURKE LAW FIRM**<br>Timothy J. Burke<br>1001 Wilshire Boulevard, # 2187<br>Los Angeles, CA 90017<br>(310) 984-7199 (phone)<br>(310) 602-6589 (fax) | **BERNSTEIN LIEBHARD LLP**<br>Joseph R. Seidman, Jr.<br>10 East 40th Street<br>New York, NY 10016<br>(212) 779-1414 (phone)<br>(212) 779-3218 (fax) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated

v.                                        Plaintiff(s)

RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH

Defendant(s).

CASE NUMBER   2:24-cv-04566-CBM-JPRx

### ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [38][41]

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Seidman, Jr., Joseph R.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 779-1414          (212) 779-3218

*Telephone Number*          *Fax Number*

seidman@bernlieb.com

*E-Mail Address*

Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Kamil Kirio and Nada Badr-Kirio)

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:*  Lead Plaintiff Movants

**and designating as Local Counsel**

Burke, Timothy J.                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

SBN #181866          (310) 984-7199          (310) 602-6589

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

tim.burke@burke-law-firm.com

*E-Mail Address*

The Burke Law Firm
1001 Wilshire Boulevard, #2187
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated**   AUGUST 13, 2024

**U.S. District Judge/U.S. Magistrate Judge**