Name and address:

| | |
|---|---|
| **THE BURKE LAW FIRM**<br>Timothy J. Burke<br>1001 Wilshire Boulevard, # 2187<br>Los Angeles, CA 90017<br>(310) 984-7199 (phone)<br>(310) 602-6589 (fax) | **BERNSTEIN LIEBHARD LLP**<br>Laurence J. Hasson<br>10 East 40th Street<br>New York, NY 10016<br>(212) 779-1414 (phone)<br>(212) 779-3218 (fax) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff(s)<br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH<br><br>Defendant(s). | CASE NUMBER  2:24-cv-04566-CBM-JPR<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [39][42]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hasson, Laurence J.                                of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 779-1414            (212) 779-3218

*Telephone Number*        *Fax Number*

lhasson@bernlieb.com

*E-Mail Address*

Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Kamil Kirio and Nada Badr-Kirio)

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other:  Lead Plaintiff Movants

**and designating as Local Counsel**

Burke, Timothy J.                                of

*Designee's Name (Last Name, First Name & Middle Initial)*

SBN #181866      (310) 984-7199      (310) 602-6589

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

tim.burke@burke-law-firm.com

*E-Mail Address*

The Burke Law Firm
1001 Wilshire Boulevard, #2187
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

Dated   AUGUST 13, 2024

**U.S. District Judge/U.S. Magistrate Judge**