**THE BURKE LAW FIRM**
Timothy J. Burke (SBN #181866)
tim.burke@burke-law-firm.com
1001 Wilshire Boulevard, #2187
Los Angeles, CA 90017
(310) 984-7199 (phone)
(310) 602-6589 (fax)

*Local Counsel for Kamil Kirio and Nada Badr-
Kirio and Liaison Counsel for the Proposed Class*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-cv-04566-CBM-JPR |
| Plaintiff, | CLASS ACTION |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES TO FILE AND RESPOND TO AMENDED COMPLAINT** |
| RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH, | |
| Defendants. | Judge:  Hon. Consuelo B. Marshall |
| | Courtroom:     8D |

Lead Plaintiffs Kamil Kirio and Nada Badr-Kirio ("Lead Plaintiffs") and Defendants Rivian Automotive, Inc. ("Rivian"), Robert J. Scaringe, and Claire McDonough (collectively, "Defendants" and together with Lead Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree and jointly propose this stipulation:

WHEREAS, on May 31, 2024, a putative class action was filed against Defendants arising under the Securities Exchange Act of 1934, ECF No. 1;

WHEREAS, on July 31, 2024, the Court entered an Order stating that, after the Court appoints a lead plaintiff, counsel for Defendants and counsel for the Court-appointed lead plaintiff shall meet and confer regarding the schedule for filing and responding to an amended complaint within fourteen (14) days of the lead plaintiff appointment, and promptly thereafter submit a proposed schedule, ECF No. 31;

WHEREAS, on October 29, 2024,[1] the Court appointed Lead Plaintiffs and their counsel as lead plaintiffs and lead counsel, respectively, for the putative class pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, ECF No. 49;

WHEREAS, the Parties have met and conferred concerning scheduling;

WHEREAS, in recognition of the challenges posed by the upcoming holiday season, and to accommodate travel schedules and observance of those holidays;

NOW THEREFORE, the Parties hereby stipulate and agree, through their undersigned counsel, and subject to the approval of the Court, as follows:

1. Lead Plaintiffs will file an amended complaint on or by January 9, 2025;

2. Pursuant to Federal Rule of Civil Procedure 4(d), Defendants agree to waive service of the amended complaint, without waiver of any rights or defenses of any kind;

---

[1] The Order is dated October 24, 2024, and the Order was entered on October 29, 2024.

1

3. Defendants will move to dismiss or otherwise respond to the amended complaint on or by March 11, 2025;

4. If Defendants move to dismiss the amended complaint, (a) Lead Plaintiffs will file any opposition to Defendants' motion to dismiss on or by May 12, 2025; and (b) Defendants will file their reply on or by June 26, 2025.

Dated: November 8, 2024                    Respectfully submitted,

**THE BURKE LAW FIRM**

<u>/s/</u> Timothy J. Burke
  Timothy J. Burke (SBN #181866)
  1001 Wilshire Drive, #2187
  Los Angeles, CA 90017
  (302) 984-7199 (phone)
  (302) 602-6589 (fax)
  tim.burke@burke-law-firm.com

*Local Counsel for Kamil Kirio and Nada Badr-Kirio and Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern
10 East 40th Street
New York, NY  10016
(212) 779-1414 (phone)
(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Counsel for Kamil Kirio and Nada Badr-Kirio and Lead Counsel for the Proposed Class*

2

**MORRISON & FOERSTER LLP**


<u>/s/ David J. Wiener</u>
Jordan Eth (SBN #121617)
David J. Wiener (SBN #291659)
Christina Dierolf (SBN #335258)
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
jeth@mofo.com
dwiener@mofo.com
cdierolf@mofo.com

*Attorneys for Defendants*
*Rivian Automotive, Inc., Robert J.*
*Scaringe, and Claire McDonough*

3