HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (Bar. No. 139304)
reed@hbsslaw.com
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Liaison Counsel for Proposed Lead Plaintiff*

LABATON KELLER SUCHAROW LLP
Eric J. Belfi (admitted *pro hac vice*)
ebelfi@labaton.com
Francis P. McConville (admitted *pro hac vice*)
fmcconville@labaton.com
Hui Chang (admitted *pro hac vice*)
hchang@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Proposed Lead Plaintiff and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH, <br><br> Defendants. | Case No. 2:24-cv-04566-CBM-PVC <br><br> CLASS ACTION <br><br> NOTICE OF MOTION AND MOTION FOR RECONSIDERATION <br><br> Date:  December 10, 2024 <br> Time: 10:00 a.m. <br> Courtroom:  8D <br> Judge:  Hon. Consuelo B. Marshall |

NOTICE OF MOTION AND MOTION FOR RECONSIDERATION CASE NO. 2:24-cv-04566-CBM-PVC

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on December 10, 2024, or as soon thereafter as the matter may be heard by the Honorable Consuelo B. Marshall, Courtroom 8D, 350 W. First Street, Los Angeles, California 90012, proposed Lead Plaintiff National Pension Service, on behalf of the National Pension Fund (together, "NPS") and Indiana Public Retirement System ("Indiana" and collectively with NPS, the "Pension Funds"), through their undersigned counsel, will and hereby do move this Court pursuant to Fed. R. Civ. P. 60(b) and Civil L.R. 7-18 for reconsideration of the Court's order dated October 24, 2024 and entered October 29, 2024 (the "Lead Plaintiff Order") appointing Kamil Kirio and Nada Badr-Kirio (the "Kirios"), as Trustees of the Kirio Family Trust Dated September 21, 2015 as Lead Plaintiff in the above-captioned securities class action and to appoint the Pension Funds as Lead Plaintiff.

Reconsideration is merited because the Lead Plaintiff Order committed clear error and failed to consider material facts presented to the Court in its determination that the Pension Funds have not made a *prima facie* showing of adequacy while the Kirios have.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 1, 2024.

WHEREFORE, the Pension Funds respectfully request that the Court grant the Motion for reconsideration and appoint the Pension Funds as Lead Plaintiff in the Action, or, in the alternative, appointing NPS Lead Plaintiff individually.

1

DATED: November 12, 2024          Respectfully submitted,

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (Bar. No. 139304)
reed@hbsslaw.com
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

HAGENS BERMAN SOBOL SHAPIRO LLP
Christopher R. Pitoun (Bar. No. 290235)
christopherp@hbsslaw.com
301 North Lake Avenue
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

*Liaison Counsel for Proposed Lead Plaintiff*

LABATON KELLER SUCHAROW LLP
Eric J. Belfi (admitted *pro hac vice*)
ebelfi@labaton.com
Francis P. McConville (admitted *pro hac vice*)
fmcconville@labaton.com
Hui Chang (admitted *pro hac vice*)
hchang@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

                    /s/ *Lucas E. Gilmore*
                    Lucas E. Gilmore

HAGENS BERMAN SOBOL SHAPIRO LLP
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
301 North Lake Avenue
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

3