# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH,<br><br>    Defendants. | Case No. 2:24-cv-04566-CBM-JPRx<br><br>CLASS ACTION<br><br>**ORDER RE: JOINT STIPULATION SETTING DEADLINES TO FILE AND RESPOND TO AMENDED COMPLAINT [50]**<br><br>**[NOTE: CHANGES MADE BY]** |

The Court, having considered the Joint Stipulation filed by Lead Plaintiffs Kamil Kirio and Nada Badr-Kirio ("Lead Plaintiffs") and Defendants Rivian Automotive, Inc., Robert J. Scaringe, and Claire McDonough (collectively, "Defendants"), by and through their respective counsel **[50]**, hereby ORDERS:

1. Lead Plaintiffs will file an amended complaint no later than December 10, 2024;

2. Pursuant to Federal Rule of Civil Procedure 4(d), Defendants agree to waive service of the amended complaint, without waiver of any rights or defenses of any kind;

3. Defendants shall move to dismiss or otherwise respond to the amended complaint no later than January 7, 2025;

4. If Defendants move to dismiss the amended complaint, (a) the hearing on the motion to dismiss shall be noticed for no later than February 4, 2025 at 10:00 a.m., (b) Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss no later than January 14, 2025; and (c) Defendants shall file their reply no later than January 21, 2025.

**IT IS SO ORDERED.**

DATED: November 12, 2024.

_____
Hon. Consuelo B. Marshall
United States District Judge

1