HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (Bar. No. 139304)
reed@hbsslaw.com
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Liaison Counsel for Proposed Lead Plaintiff*

LABATON KELLER SUCHAROW LLP
Eric J. Belfi (admitted *pro hac vice*)
ebelfi@labaton.com
Francis P. McConville (admitted *pro hac vice*)
fmcconville@labaton.com
Hui Chang (*pro hac vice* forthcoming)
hchang@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Proposed Lead Plaintiff and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendants. | Case No. 2:24-cv-04566-CBM-PVC<br><br>CLASS ACTION<br><br>MOTION FOR STAY OF PROCEEDINGS<br><br>Date: January 7, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on January 7, 2025, or as soon thereafter as the matter may be heard by the Honorable Consuelo B. Marshall, Courtroom 8D, 350 W. First Street, Los Angeles, California 90012, proposed Lead Plaintiff National Pension Service, on behalf of the National Pension Fund (together, "NPS") and Indiana Public Retirement System ("Indiana" and collectively with NPS, the "Pension Funds"), through their undersigned counsel, will and hereby do move this Court for a stay of proceedings in the above-captioned action ("Action") pending disposition of the motion for reconsideration filed by the Pension Funds. ECF No. 51 (the "Motion for Reconsideration").

A stay is merited here because: 1) there is a substantial likelihood the Motion for Reconsideration will succeed; 2) if the Action is not stayed, the Pension Funds face substantial harm as they will be deprived of their statutory right to prosecute the Action; 3) if the Action is stayed, no other party will be harmed because there would only be a brief delay in the proceedings; and 4) the public interest strongly favors appointing the appropriate Lead Plaintiff before the Action proceeds.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 14, 2024.

WHEREFORE, the Pension Funds respectfully request that the Court stay the proceedings in the Action pending resolution of the Motion for Reconsideration.

1

DATED: November 26, 2024                    Respectfully submitted,

                                            _____/s/ *Lucas E. Gilmore*_____
                                            Lucas E. Gilmore
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            Reed R. Kathrein (Bar. No. 139304)
                                            reed@hbsslaw.com
                                            Lucas E. Gilmore (Bar No. 250893)
                                            lucasg@hbsslaw.com
                                            715 Hearst Avenue, Suite 300
                                            Berkeley, CA 94710
                                            Telephone: (510) 725-3000
                                            Facsimile: (510) 725-3001

                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            Christopher R. Pitoun (Bar. No. 290235)
                                            christopherp@hbsslaw.com
                                            301 North Lake Avenue
                                            Pasadena, CA 91101
                                            Telephone: (213) 330-7150
                                            Facsimile: (213) 330-7152

                                            *Liaison Counsel for Proposed Lead Plaintiff*

                                            LABATON KELLER SUCHAROW LLP
                                            Eric J. Belfi (admitted *pro hac vice*)
                                            ebelfi@labaton.com
                                            Francis P. McConville (admitted *pro hac vice*)
                                            fmcconville@labaton.com
                                            Hui Chang (*pro hac vice* forthcoming)
                                            hchang@labaton.com
                                            140 Broadway
                                            New York, NY 10005
                                            Telephone: (212) 907-0700
                                            Facsimile: (212) 818-0477

                                            *Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

HAGENS BERMAN SOBOL SHAPIRO LLP
Lucas E. Gilmore (Bar No. 250893)
lucasg@hbsslaw.com
301 North Lake Avenue
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

3