UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br>        Defendants. | Case No. 2:24-cv-04566-CBM-PVC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS<br><br>Date: January 7, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall |

Having considered the motion of National Pension Service, on behalf of the National Pension Fund (together, "NPS") and Indiana Public Retirement System ("Indiana" and collectively with NPS, the "Pension Funds") for a stay of proceedings in the above-captioned action pending resolution of the Motion for Reconsideration (ECF No. 51) the Court hereby grants the Pension Funds' motion.

IT IS SO ORDERED.

_____                    _____
Date                                                                            The Honorable Consuelo B. Marshall
                                                                                  United States District Judge

1