1   **THE BURKE LAW FIRM**
    Timothy J. Burke (SBN #181866)
2   tim.burke@burke-law-firm.com
    1001 Wilshire Boulevard, #2187
3   (310) 984-7199 (phone)
    (310) 602-6589 (fax)
4

5   *Liaison Counsel for Lead Plaintiffs and*
    *the Proposed Class*
6

7   [Additional Counsel on Signature Block]

8

9                **UNITED STATES DISTRICT COURT**
10               **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13  INDIANA PUBLIC RETIREMENT          ) Case No. 2:24-cv-04566-CBM-JPR
    SYSTEM, Individually and on Behalf of All )
14  Others Similarly Situated,            ) **CLASS ACTION**
                                          )
15          Plaintiff,                    ) **DEMAND FOR JURY TRIAL**
                                          )
16  v.                                    )
                                          ) Judge: Hon. Consuelo B. Marshall
17                                        )
    RIVIAN AUTOMOTIVE, INC., ROBERT       )
18  J. SCARINGE and CLAIRE                )
    MCDONOUGH,                            )
19                                        )
20          Defendants.                   )
                                          )
21  _____     )

22

23

24           **LEAD PLAINTIFFS' AMENDED COMPLAINT**

25

26

27  00816485;V1
    _____

28
                                    Case No. 2.24-cv-04566-CBM-JPR
                                    CLASS ACTION AMENDED COMPLAINT

# TABLE OF CONTENTS

**Page**

I.  NATURE OF THE ACTION ................................................................... 1

II.  JURISDICTION AND VENUE ............................................................ 7

III.  PARTIES ............................................................................................ 7

IV.  SUBSTANTIVE ALLEGATIONS ...................................................... 8

    A.  Background About Rivian ........................................................ 8

    B.  Rivian Avails Itself of the Public Markets, Selling Billions of
        Dollars of Shares to Investors ............................................... 10

    C.  The Class Period Begins: Defendants Announce a Long-Awaited
        Profit Roadmap Chiefly Based On Production Ramp ..................... 12

    D.  Rivian Stops Reporting Backlog Figures – But Reiterates Its
        Roadmap to Profit and Reassures the Market Demand Is Strong ... 16

    E.  Rivian Shocks the Market By Announcing Low Production
        Guidance – 20% Below Analysts' Consensus For 2023 – Leading to
        Questions About the Roadmap Chiefly Based on Production ......... 19

    F.  A Leaked Rivian Meeting Reveals an Internal 62,000 Production
        Figure For 2023 – 20% Higher Than the Company's Guidance –
        And Defendants Do Not Deny It ...................................................... 24

    G.  Rivian Seeks Additional Funding and Issues $1.5 Billion in Bonds 24

    H.  Defendants Continue To Tell the Market That the Roadmap Was
        Intact and Was Mainly Driven By Ramping Production ................. 25

    I.  Rivian Announces Q1 2023 Results and Continues To Reiterate Its
        Roadmap ......................................................................................... 27

    J.  Defendant Scaringe Again Teases Rivian's Culture of
        "Underpromising" .......................................................................... 30

    K.  Rivian Reports Its Q2 2023 Results, Modestly Increases Guidance,
        and Continues To Sell the Market On Its Profit Roadmap ............. 31

    L.  Rivian's Chief Growth Officer Abruptly Resigns .......................... 32

    M.  Defendants Attend A Series Of Investor Conferences Where They
        Continue to Tout Strong Demand And That Production Ramp-up Is
        Still the Key Driver For Positive Gross Profit ................................ 32

00816485;V1

i

N.    Rivian Sells More Bonds, Buying More Time To Reach
Profitability......................................................................... 34

O.    Rivian Announces Its 3Q 2023 Results, Modestly Bumps Up
Guidance Again, And Doubles Down On The "Strong" Demand For
Rivian EVs.......................................................................... 34

P.    Based Upon Defendants' Misrepresentations, Analysts Estimate
Rivian Will Produce 65,000 EVs in 2024 ........................................ 36

Q.    The Truth is Revealed: Rivian's Stock Plummets 25% As The
Company Announces That Its Production Story Has Crumbled And
That Demand Has Fallen ................................................................ 37

R.    Post-Class Period Facts ................................................................ 40

    1.    Rivian Cancels the Planned Georgia Facility........................ 40

    2.    Three Senior Finance and Growth Officers Resign Within
    Two Months ......................................................................... 40

    3. Rivian Massively Decreases 2024 Production Guidance And
    Pivots To Rely On Regulatory Credits As A White Knight To
    Achieve Profit ...................................................................... 41

V.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS
AND OMISSIONS ................................................................................. 42

A.    August 11, 2022 – Rivian Announces Results For The Second
Quarter of 2022 And Unveils The Profit Roadmap........................ 42

B.    November 9, 2022 – Rivian Announces Financial Results for the
Third Quarter of 2022.................................................................... 47

C.    November 29, 2022 – Rivian Attends Redburn CEO Conference.. 50

D.    February 28, 2023 – Rivian Files its Shareholder Letter and
Financial Results for the Fourth Quarter of 2022, Including Very
Disappointing 2023 Production Guidance That Raised Questions
About the Roadmap ....................................................................... 52

E.    April 4, 2023 – Rivian Attends Bank of America Automotive
Summit ........................................................................................... 60

F.    May 9, 2023 – Rivian Files Its Shareholder Letter and Quarterly
Report for First Quarter of 2023.................................................... 62

G.    June 2, 2023 – Rivian Attends Sanford C Bernstein Strategic
Decisions Conference .................................................................... 67

H.    June 15, 2023 – Rivian Attends Deutsche Bank Global Auto
Industry Conference ...................................................................... 70

00816485;V1

I.      August 8, 2023 – Rivian Files Second Quarter 2023 Financial Results ................................................................................... 71

J.      September 7, 2023 – Rivian Attends Goldman Sachs Communacopia + Technology Conference ................................... 75

K.      September 14, 2023 – Rivian Attends Morgan Stanley Laguna Conference ................................................................................. 78

L.      November 7, 2023 – Rivian Files Third Quarter 2023 Financial Results, Hosts Conference Call, and Publishes Shareholder Letter 80

M.      February 21, 2024 – The Truth is Revealed: Rivian Stuns the Market By Announcing Lower Production Guidance For 2024 Than In 2023, Substantially Weakened Demand, and a Modified Roadmap That Minimized Production ................................................. 83

VI.     ADDITIONAL SCIENTER ALLEGATIONS ..................................... 85

A.      The Individual Defendants Knew Their Statements Were Materially Misleading As They Continually Boasted of Rivian's Clear Visibility Into, And Daily Tracking Of, Rivian's Demand and Backlog, and They Repeatedly Stressed Rivian's Strong Demand. 85

B.      The Individual Defendants' Repeated Colloquies With Analysts About Gross Profits, Profitability, and Demand Further Show They Knew Their Statements Were Materially Misleading ..................... 88

C.      Rivian Had Numerous Suspiciously-Timed Resignations .............. 89

D.      The Individual Defendants Were Motivated to Commit Fraud to Ensure the Success of Rivian's Two Suspiciously-Timed Class Period Bond Offerings ................................................................... 90

E.      Defendant Scaringe Was Motivated to Commit Fraud To Keep Rivian Going At All Costs ............................................................ 91

F.      The Individual Defendants Were Motivated To Commit Fraud Because Their Compensation Was Heavily Dependent On Rivian's Share Price .................................................................................... 91

VII.    LOSS CAUSATION ........................................................................... 91

VIII.   CLASS ACTION ALLEGATIONS ..................................................... 94

IX.     APPLICABILITY OF PRESUMPTION OF RELIANCE .................... 95

X.      NO SAFE HARBOR ........................................................................... 97

XI.     CAUSES OF ACTION ........................................................................ 98

00816485;V1

iii

Lead Plaintiffs Kamil Kirio and Nada Badr-Kirio ("Lead Plaintiffs") bring this amended complaint on behalf of themselves and all persons or entities who purchased or otherwise acquired Rivian Automotive, Inc. ("Rivian" or the "Company") securities between August 11, 2022 and February 21, 2024, inclusive (the "Class Period"), against Defendants Rivian, Robert J. Scaringe, and Claire McDonough (collectively, "Defendants") for violations of the Securities Exchange Act of 1934 (the "Exchange Act").

Lead Plaintiffs, individually and on behalf of all other persons similarly situated, by and through their attorneys, allege the following upon information and belief, except as to the allegations concerning Lead Plaintiffs, which are based upon their personal knowledge. Lead Plaintiffs' information and belief is based upon, among other things, their counsel's investigation, which includes without limitation, review and analysis of: (a) regulatory filings made with the Securities and Exchange Commission ("SEC"); (b) press releases, analyst reports, news articles, and other publications; (c) Rivian's earnings and other investor conference calls; and (d) other public statements made by Defendants. In addition, Lead Plaintiffs have consulted with a financial accounting expert and conducted interviews of former Rivian employees with information pertaining to this matter. Lead Plaintiffs believe that substantial additional evidentiary support exists for the allegations herein and will be revealed through continued investigation and discovery.

## I.   NATURE OF THE ACTION

1.    This case is about Rivian, a start-up electric vehicle ("EV") company founded by Defendant Scaringe, racing against time to desperately try and stop its relentless hemorrhaging of cash and prove to the market that it could emerge from its growth phase as a sustainable company based on the fundamentals of its business – producing and selling a high volume of EVs at profit. As Defendants themselves

00816485;V1

acknowledged in a May 2023 letter to shareholders, "Our long-term success as a business will be determined by our ability to produce high volumes of vehicles profitably."

2.      Throughout the Class Period, Defendants materially misrepresented that Rivian was on track to achieve gross margin profits in 2024, chiefly by increasing the production and sales of its EVs. Beginning in August 2022, Defendants repeatedly excited the market about Rivian's long-anticipated profit roadmap with data that they "closely watched" "daily" (but did not disclose), which they confidently claimed gave them "clear visibility" into the "strong demand" for Rivian EVs that lasted "deep into 2024". At the same time, Defendants repeatedly reassured the market that Rivian was unscathed by macroeconomic factors impacting the EV industry, which had weakened demand and reduced prices for competitors. When the truth came out that after already disappointing production in 2023, Rivian's production in 2024 would be even worse; the long-touted "strong" and "resilient" demand for Rivian EVs had evaporated and would not last "deep into 2024"; Rivian was, in fact, suffering from the same macroeconomic factors as its peers; and thus Rivian had to change its profit roadmap by materially reducing the role of production, conceding that its fundamentals still could not demonstrate a sustainable business model in 2024, Rivian's stock plummeted, erasing billions of dollars in shareholder value.

3.      Since its founding as a private company, Rivian leveraged the hype surrounding its luxury EVs to raise more than $22 billion to fund its operations. But after going public in 2021, investors became acutely aware that Rivian was swiftly burning through cash (on average more than $1 billion+ per quarter) without ever turning a profit. Although Defendant Scaringe openly claimed Rivian's approach was to "underpromise" and "overdeliver", Defendants, unbeknownst to investors, took the very opposite approach when it came to addressing Rivian's profit prospects and viability. To mollify investors' concerns about whether Rivian had a sustainable business model, and, if so,

when it would come to fruition, Defendants unveiled a roadmap in August 2022 for the Company to achieve positive gross margin profits by 2024 (the "Roadmap").

4.      The Roadmap was based on three key drivers: ramping production, reducing costs, and increasing pricing. At all times relevant, Defendants stressed that production was by far the most important driver for Rivian to achieve gross margin profits, accounting for two-thirds of the equation for most of the Class Period and never less than half. Defendants explained that increasing production was vital because it would reduce the costs associated with producing EVs through economies of scale, and allow Rivian to generate more revenue by selling more EVs at higher prices. However, for production to have its desired impact on gross margins, two things had to happen: first, there had to be sufficient demand for Rivian EVs such that the increased production made economic sense at scale; and second, Rivian had to be able to sell the EVs it produced at a profit.

5.      At all times relevant, Defendants materially misrepresented that they had "clear visibility" into the "strong" demand for Rivian EVs which went "deep into 2024" (*i.e.* covering the duration of the Roadmap to profit). More specifically, Defendants told investors with "high confidence" that demand was "strong", "stable", resilient against macroeconomic factors, and supported the Roadmap. In fact, Defendants knew or recklessly disregarded that Rivian did not have a credible basis to claim it had the necessary demand to support the Roadmap. Defendants principally based Rivian's planned production ramp on the Company's backlog of preorders (the "Backlog"), which they admittedly "closely" watched – along with cancellation rates and macroeconomic factors – "daily". Defendants repeatedly touted Rivian's "really robust" and "growing" Backlog as a proxy for demand, and as a reliable metric which they could confidently deploy when addressing Rivian's progress on the Roadmap. In reality, Rivian's Backlog was merely a highly volatile list of sales leads, comprised of preorders that were fully cancelable at any time and for whatever reason without penalty. Moreover, the approximate two-year wait period that potential buyers spent on the Backlog

00816485;V1

significantly increased the rate of cancellations. Starting in November 2022, Defendants stopped reporting Rivian's Backlog to the public, and they never reported Rivian's cancellation rates, leaving investors with no choice but to trust that when Defendants confidently spoke about having "clear visibility" into Rivian's "strong" demand through 2024, which they did regularly, they did so based on credible data that they watched closely.

6.     At all times relevant, Defendants also knew or recklessly disregarded that Rivian was still nowhere near selling its EVs at a profit given, among other things, the extraordinarily high cost of the bill of materials necessary to produce the EVs, regular and ongoing supply-chain issues, and the extraordinary fixed costs associated with operating its large-scale manufacturing facility to produce only a small volume of EVs. Worse, Rivian's Backlog was still materially comprised of early preorders for which the Company had committed to honoring its original low pricing, which was profoundly unprofitable for the Company.

7.     On February 28, 2023, six months after announcing the Roadmap, Rivian stunned the market by reporting extremely disappointing production guidance of just 50,000 vehicles for 2023, which was 20% less than analysts' consensus of 60,000+, and which raised serious questions about the Roadmap, chiefly based on production ramp. On this news, Rivian's stock price plummeted $3.54 per share – or more than 18% – to close at $15.76 per share on March 1, 2023. Defendants, nevertheless, tempered this bad news about 2023 production volume by affirming that the Roadmap remained fully intact and that the Company was still on track to achieve profit in 2024 based on its fundamentals.

8.     Days later, on March 3, 2023, a *Bloomberg* article by Ed Ludlow titled *Rivian Tells Staff 62,000 EV Production Possible This Year* – citing an internal source at Rivian who attended an all-hands meeting with executives – reported that the Company was, in fact, internally projecting to produce 62,000 EVs in 2023. This leaked figure was

00816485;V1

20% more than what Rivian told the market it would produce in 2023 days prior and was directly in line with what analysts had initially modeled for the Company's Roadmap.

9.    Rivian responded to the *Bloomberg* article, but in its response it did not deny that the internal meeting happened or that the leaked figure was real. Instead, Rivian only cryptically stated that it had already issued its guidance for 2023. By not dismissing the leaked figure, Rivian left the market without any clarity on what the true number was for expected 2023 production. Given that Defendant Scaringe openly promoted a culture of underpromising and overdelivering, the leaked figure kept investors optimistic about the Roadmap. Rivian would later modestly increase its 2023 guidance from 50,000 to 52,000 in August 2023, and increase it again to 54,000 in November 2023, lending additional credibility that the leaked figure was real.

10.    Each quarter throughout the Class Period, Defendants tirelessly trumpeted Rivian's Roadmap, chiefly based on production, and touted the "stable" and "strong" demand for Rivian EVs. Defendants also confidently claimed this "strong" demand lasted "deep into 2024" despite macroeconomic factors (like inflation and interest rates) that were impacting other EV companies. These topics became the centerpiece of every earnings conference call and investor conference attended by the Defendants, and for good reason.

11.    Buoyed by the Roadmap and bullish reports of "strong" demand, Defendants were able to conduct two bond offerings during the Class Period, raising $1.5 billion in March 2023, and then another $1.725 billion in October 2023, which temporarily helped mitigate Rivian's relentless cash burn.

12.    Then, on February 21, 2024, the full truth finally came to light. On that day, Defendants stunned the market by announcing that Rivian's 2024 production was not growing but, in fact, diminishing. Specifically, Defendants announced wildly disappointing production guidance for 2024 of just 57,000 EVs, which was lower than what the Company produced in 2023 (57,232 EVs), far less than Rivian's internal target

of 62,000 EVs for 2023, and approximately 15% below analysts' consensus estimates of 65,000 EVs for 2024. Defendants' disclosure directly contradicted their prior assertions that the key to achieving the Roadmap (and profitability) was ramping production and that the Roadmap was on track. In short, the news revealed that Rivian's fundamentals still would not support gross margin or long-term profitability in 2024. Adding insult to injury, Defendants also disclosed that the demand for Rivian EVs had also weakened despite relentless claims of its resilience, and that the Company would be laying off 10% of its workforce.

13.    Defendants' disclosure of suddenly weakened demand astonished the market because Defendants repeatedly assured investors they had a "high degree of confidence" and "clear visibility" into demand well into 2024. Defendants' revelation that demand had suddenly plummeted contradicted these representations. Such disclosure was also suspicious given Defendants' decision in November 2022 to stop disclosing Backlog data to investors.

14.    In light of the foregoing, Defendants had to change the Roadmap they had long touted – most significantly by materially reducing the role of production. Rivian now stated that "[t]he key drivers to bridge the fourth quarter 2023 to the fourth quarter of 2024 are: 50% Variable cost per unit, 35% Fixed/semi-fixed cost efficiencies, and 15% Non-vehicle revenue."

15.    After this devastating news on February 21, 2024, Rivian's stock price plunged $3.94 per share, or more than 25%, to close at $11.45 per share on February 22, 2024. Rivian lost over $750,000,000 in market capitalization in a single day.

16.    After the Class Period, on October 4, 2024, Rivian updated its 2024 production guidance, reducing its already disappointing 57,000 figure further to between 47,000 and 49,000 EVs. Shortly thereafter, on November 7, 2024, Rivian announced that it still hoped to achieve gross margin profits by the end of 2024, despite declining revenues and continued gross margin and net losses for the quarter (even as compared to

00816485;V1

Case No. 2:24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

the same quarter a year earlier). But to achieve this outcome, Rivian would now have to buy its way to profit by selling approximately $300 million in regulatory credits in 2024.

17.    All told, Rivian investors lost billions of dollars due to Defendants' misstatements and omissions of material fact to the market.

## II.    JURISDICTION AND VENUE

18.    The claims asserted herein arise under and pursuant to the Exchange Act and certain rules promulgated by the SEC. Specifically, this Complaint asserts claims under: (1) Section 10(b) of the Exchange Act ("§10(b)") and Rule 10b-5 promulgated thereunder by the SEC, see 15 U.S.C. § 78j(b); 17 C.F.R. § 240.10b-5; and (2) Section 20(a) of the Exchange Act ("§20(a)"), see 15 U.S.C. § 78t(a)).

19.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

20.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. §78aa(c)) because Rivian is headquartered in Irvine, California.

21.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## III.    PARTIES

22.    Lead Plaintiffs Kamil Kirio and Nada Badr-Kirio, as Trustees of the Kirio Family Trust Dated September 21, 2015 bought Rivian securities during the Class Period. *See* Exhibit A. The Kirios live in California.

23.    Defendant Rivian is a Delaware corporation with principal executive offices at 14600 Myford Road, Irvine, California. Rivian designs, develops, and manufactures EVs and accessories and sells them directly to consumer and commercial customers. Rivian also offers its customers a full suite of proprietary services addressing the entire

lifecycle of the Company's EVs, including, among other things, financing, insurance, software, vehicle charging, and vehicle service.

24.    Defendant Scaringe has served as Rivian's Chief Executive Officer at all relevant times. Defendant Scaringe is also the Company's founder.

25.    Defendant McDonough has served as the Company's Chief Financial Officer at all relevant times. She joined the Company in January 2021.

26.    Defendants Scaringe and McDonough (the "Individual Defendants"), because of their positions with the Company, made public statements to the market and possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein.

## IV.    SUBSTANTIVE ALLEGATIONS

### A.    Background About Rivian

27.    In 2009, Defendant Scaringe founded Mainstream Motors, Inc. in Florida as a private company. The company's name was changed shortly thereafter to Avera Motors Inc., and in 2011, it was renamed Rivian. After receiving a large investment in 2015, Rivian focused on developing autonomous vehicles and EVs, and it began searching for a production facility to build them.

00816485;V1

28.    In January 2017, Rivian purchased a former Mitsubishi Motors manufacturing plant in Normal, Illinois (the "Normal Facility") for $16 million. Since buying the Normal Facility, Rivian has invested significantly in it, spending billions of dollars on upgrades, equipment, and workforce expansions. The Normal Facility is a large-scale manufacturing facility which, during the Class Period, had the capacity to produce 150,000 EVs annually, but Rivian never came close to reaching that capacity.

29.    Rivian's purchase of the Normal Facility was widely viewed as a significant first step for the Company, but until Rivian could run the Normal Facility efficiently and maximize its capacity, the cost of running the plant was onerous and resulted in a massive annual cash burn for the Company. At all times relevant, the Normal Facility was Rivian's only operational manufacturing facility.

30.    In December 2017, Rivian announced plans to produce its first EVs and introduced the R1 platform, which included the R1T, a two-row, five passenger pickup truck, and the R1S, a three-row, seven-passenger SUV.

31.    In 2018, Rivian began accepting preorders for its EVs in exchange for a no strings attached, fully refundable $1,000 deposit. Those potential consumers who made this deposit were placed on Rivian's Backlog, and would typically remain there for years until they either removed themselves or Rivian could fill their orders. As detailed *infra*, Defendants initially reported the number of preorders on the Backlog; however, in November 2022, Rivian stopped this practice. Thereafter, instead of reporting Backlog metrics, Defendants simply made representations about the Backlog, claiming to have "clear visibility" into "strong" demand for Rivian EVs that extended "well into 2024". *See* ¶¶150, 152, 157, 163, 181, 191, 184. Thus, after November 2022, investors were left with no choice but to trust Defendants.

32.    In February 2019, Defendant Scaringe was interviewed by the *Detroit Free Press* regarding an investment that Amazon.com Inc. ("Amazon") had recently made in Rivian and the Company's planned growth strategy. During the interview, Defendant

00816485;V1

9

Scaringe highlighted to the market that the culture he had instilled at Rivian was to "underpromise and overdeliver". *See* Eric D. Lawrence, *Rivian, in Detroit's backyard, nabs $700M Amazon investment. Now what?*, Detroit Free Press (Feb. 24, 2019), https://www.freep.com/story/money/cars/2019/02/24/rivian-founder-amazon-tesla/2915832002/.

33.     Later that year, in September 2019, Rivian entered into an agreement with Amazon, whereby Rivian would potentially sell 100,000 commercial electric delivery vans ("EDVs") to Amazon (the "Amazon Deal"). Under the Amazon Deal, once Rivian began delivery of the EDVs, Amazon had exclusive rights to purchase the EDVs from Rivian for four years, and the right of first refusal for two additional years (provided that Amazon purchased a minimum of 10,000 EDVs per year).

34.     On September 14, 2021, Rivian completed production of its first EVs, which was largely a symbolic proof of concept as Rivian still faced the real challenges of scaling up production, reducing its out-of-control costs, and increasing demand to demonstrate it was not merely a hyped-up startup destined to fail.

35.     As a private company, Rivian secured over $10.5 billion in funding from investors before completing production on a single EV. At the same time, Rivian also perpetually operated at a loss and spent prolifically on its research and development, production ramp-up, and raw materials. With billions in capital raised from large private investment funds and corporate entities, Rivian now had to stop hemorrhaging money and demonstrate that it could produce, scale, and sell its EVs in a profitable manner. In other words, Defendants had to prove that Rivian had a sustainable business model.

**B.     Rivian Avails Itself of the Public Markets, Selling Billions of Dollars of Shares to Investors**

36.     At the extraordinary rate that Rivian was burning cash, Rivian needed additional funding to survive, which it ultimately secured from the public markets by commencing an Initial Public Offering ("IPO"). On November 15, 2021, Rivian

concluded its IPO, raising gross proceeds of more than $13.7 billion. On the first day of trading, November 10, 2021, Rivian's shares rose to over $100 per share and on November 17, 2021, Rivian's share price peaked at $179.47.

37.    In Rivian's Registration Statement, which was filed with the SEC in connection with Rivian's IPO, the Company reported that in 2021 it produced only 1,015 EVs and delivered only 920 EVs; had an operating loss of approximately $4.2 billion; and had spent $2.6 billion net cash on operations.

38.    Since Rivian's IPO, the Company has consistently burned over $1 billion in cash per quarter. At this prolific rate, Rivian could run through its billions of IPO capital in less than three years. To avoid panic, Rivian, among other things, reassured investors that there was significant demand for its EVs and thus its business would be able to grow to profitability. In its IPO documents, Rivian represented that it had 55,400 R1 preorders in its Backlog and that it expected the Normal Facility to reach its capacity of producing 150,000 R1 vehicles per year in 2023.

39.    Shortly after its IPO, Rivian was embroiled in controversy surrounding the pricing for its EVs, exposing that the cost of producing its EVs was a big problem. Specifically, Rivian had priced the R1T and R1S at $69,000 and $72,500, respectively. However, at that time, the cost to produce each R1 made the sale of each unit highly unprofitable for the Company. By the start of the Class Period, even with an average sales price of over $93,000, Rivian was poised to lose over $139,000 on the sale of each EV it produced.

40.    On March 1, 2022, in an email to Backlog customers, Rivian tried to fix the problem by announcing eye-popping price hikes of approximately 20% that were applicable to the more than 83,000 confirmed R1 preorders as of that date. Numerous media outlets and analysts reported on what enraged pre-order customers described as a "bait and switch." For example, *Vice* reported that "people who thought they were buying a car for approximately $75,000 are finding that car now costs closer to $100,000.

Customers are furious, obviously." Likewise, a March 4, 2022 report by Deutsche Bank, noted that the price increases led to "a very negative reaction in the market in which many reservation holders cancelled their orders."

41.    In response to this backlash, and to avoid the mass exodus of its high-end consumer base, Rivian quickly reversed course and committed to filling Backlog orders that were placed before March 1, 2022 at the original pricing. A March 3, 2022 analyst report from RBC estimated that "[t]he roll-back on pricing is costing [Rivian] ~$850mm in revenue (assuming no cancellations)." The ordeal was a significant blow to Rivian, which now had to prove more than ever (to investors and consumers too) that its business was sustainable and could stop bleeding cash and become profitable before it was too late. Thus, top of mind to investors and analysts alike was "when" and "how" this would happen (if it could happen).[1]

## C.    The Class Period Begins: Defendants Announce a Long-Awaited Profit Roadmap Chiefly Based On Production Ramp

42.    On August 11, 2022, the start of the Class Period, Rivian announced its financial results for the second quarter of 2022. The Company reported its results in a Form 10-Q signed by the Individual Defendants and filed with the SEC. Rivian also published its quarterly shareholder letter, which was signed by Defendant McDonough and filed with the SEC as an exhibit to a Form 8-K (the "2Q 2022 Shareholder Letter"). The 2Q 2022 Shareholder Letter touted the strong demand for Rivian EVs, noting that as of June 30, 2022, the Company had approximately 98,000 preorders for the R1 in its Backlog, which was in addition to the potential 100,000 EDV preorder from the Amazon

---

[1] Defendants Rivian, Scaringe, and McDonough are defendants in another securities class action alleging violations of the Exchange Act and the Securities Act of 1933, based on alleged misstatements in Rivian's IPO offering documents. That case is currently pending before Judge Josephine Staton in the United States District Court for the Central District of California. On July 3, 2023, Judge Staton denied the defendants' motion to dismiss the amended consolidated complaint. *See Crews v. Rivian Auto., Inc.*, No. 2:22-CV-01524-JLS-E, 2023 WL 4361098 (C.D. Cal. July 3, 2023). On July 17, 2024, Judge Staton also granted plaintiff's motion for class certification. *See Crews v. Rivian Auto., Inc.*, No. 2:22-CV-01524-JLS-E, 2024 WL 3447988 (C.D. Cal. July 17, 2024).

Deal. When reporting the Backlog, Rivian represented that the preorder figure it reported was "net of cancellations", signaling to investors that any cancellations had already been factored in. Rivian never reported its cancelations rates to investors.

43.    Rivian also reported that for the second quarter of 2022, it produced 4,401 vehicles and delivered 4,467 vehicles, and that its total cost of revenues was $1.07 billion, and with $364 million in revenues, its gross margins were ($704 million). During the same period, Rivian's free cash flow, or its use of cash for operating activities minus capital expenditures (cash burn rate) was ($1.6 billion).

44.    That same day, Rivian held its quarterly earnings conference call. During prepared remarks, Defendant McDonough began to address investors' profitability concerns and bullishly stated that Rivian sees a "clear path to our approximately 25% [long-term] gross margin target." An analyst with Wolfe Research pressed Defendant McDonough to expand on Rivian's timing and path to profitability. In response, Defendant McDonough introduced the Roadmap, and stated, in relevant part, that 2024 "[is] really that pivotal year for us in driving a step change in terms of the underlying gross margin expectations within the business." Defendant McDonough then detailed the Roadmap's three key drivers: (1) increasing production; (2) introducing new technologies to reduce costs; and (3) increasing average sales price. *See* ¶142.

45.    Throughout the Class Period, Defendants repeatedly stressed that ramping production was by far the single most important factor for Rivian to achieve gross margin profitability in 2024. Significantly, gross margin profit demonstrates the profit (if any) that remains after subtracting the costs of goods sold. *See* Accounting Standards Codification ("ASC") Master Glossary. Thus, gross margins and the timeline for gross margin profitability are particularly important metrics to investors for evaluating growth-stage companies like Rivian. These metrics reveal whether, how efficiently, and how near in the future, a company can turn revenue into profit through its manufacturing and delivery processes. The trajectory towards positive gross margins signifies that a

company is moving towards financial viability, can obtain materials and labor and synthesize its manufacturing processes in an efficient and profitable way, and that a company has the potential for sustainable growth. If a growth-stage company cannot begin to turn a profit in the near-term, it is often not operating a sustainable business model based on the fundamentals of the business (*i.e.*, production and delivery of its goods) and, therefore, may not have long-term investment potential. *See* www.investopedia.com/terms/g/grossmargin.asp. Gross margins and the timeline for gross margin profitability become even more important when a company, like Rivian, burns through a lot of cash quickly.

46.    Increased production can positively impact gross margins in two distinct ways: by (1) increasing revenues (*i.e.*, producing more goods to increase sales of those goods); and (2) decreasing expenses (*i.e.*, producing more goods to decrease production costs per each unit produced). However, increasing production could only increase Rivian's revenues if there was enough demand to purchase the Rivian EVs produced, and if Rivian manufactured its EVs in a cost-effective manner that enabled them to be sold at a profit. This was particularly pertinent for Rivian given the excess capacity at the Normal Facility, and the high fixed costs per vehicle[2] stemming from operating that facility at production rates significantly less than capacity. Similarly, arriving at and sustaining the proper price point, based on what customers are willing to pay for Rivian's vehicles, was central to the question of when Rivian would achieve gross margin profitability, if at all.

47.    In light of the foregoing, Rivian's Roadmap was vital to investors, and updates on the Company's execution on it became the centerpiece of virtually every earnings call and investor conference that Defendants participated in during the Class Period. As a means to evaluate Rivian's path to profitability, investors and analysts were

---

[2] For ease of reference, 'fixed costs' will refer to fixed costs per vehicle.

00816485;V1

keyed into Rivian's actual and expected quarterly and annual production and delivery figures, production costs, supply chain issues, interest rates, and of course the level of demand for Rivian's EVs. Analysts covering Rivian routinely provided estimates, based on Defendants' representations in SEC filings and during conference calls, of Rivian's expected vehicle production, expected vehicle deliveries/sales, or both for a given time period.[3]

48.     After the August 11, 2022 conference call, a Deutsche Bank analyst published a report on August 12, 2022 titled *Supply Chain Improving and Continued Focus on Cash, But With Growth Payback*. Relying on Rivian's Roadmap, the report forecasted that Rivian would deliver 90,000 EVs in 2023, and 150,000 EVs in 2024. Other analysts modeled similar outcomes based on Defendants' representations that a steep ramp up in EV production was the key determinative factor for Rivian to bridge the gap to profitability. For example, an August 12, 2022 analyst report published by J.P. Morgan titled *Expect Mostly Neutral Reaction and Price Target Unchanged After In Line 2Q and Mixed Full Year Outlook Update*, projected over 67,000 vehicle sales in 2023 and over 126,000 in 2024. Similarly, an August 11, 2022 analyst report published by RBC Capital Markets titled *Rivian Automotive Inc., Little Drama; Focus Remains on Ramp*, forecasted sales of 80,000 vehicles in 2023 and 142,750 vehicles in 2024. For frame of reference, Rivian had only produced 1,015 EVs in 2021 and was expected to produce 25,000 in 2022. Thus, the expected ramp up was steep, year-over-year.

---

[3] During the Class Period the number of vehicles Rivian delivered was slightly lower than the number of vehicles Rivian produced. *See, e.g.*, ¶¶43, 49, 62, 86, 99, 112. While the delivery figure lagged slightly behind the production figure, the two figures are invariably close to one another, and are frequently used interchangeably by analysts when establishing a consensus during the Class Period.

### D.    Rivian Stops Reporting Backlog Figures – But Reiterates Its Roadmap to Profit and Reassures the Market Demand Is Strong

49.    On November 9, 2022, Rivian announced its results for the third quarter of 2022 in its Form 10-Q and shareholder letter as an exhibit to a Form 8-K (the "3Q 2022 Shareholder Letter"), both of which were filed with the SEC. The Form 10-Q was signed by the Individual Defendants and the 3Q 2022 Shareholder Letter was attached as an exhibit to a Form 8-K signed by Defendant McDonough. In these filings, Rivian reported that it had produced 7,363 vehicles and delivered 6,584 vehicles for the quarter. Additionally, Rivian reported that its total cost of revenues was $1.45 billion and with revenues of $536 million, its gross profit was ($917 million). During the same period, Rivian reported that its free cash flow was ($1.7 billion).

50.    Rivian's 3Q 2022 Shareholder Letter highlighted the negative impact that low production was having on the Company's gross margins and stated: "As we produce vehicles at low volumes on production lines designed for higher volumes, we have and will continue to experience negative gross profit related to labor, depreciation, and overhead costs." Notably, the 3Q 2022 Shareholder Letter further explained that low production and the inefficient costs associated with it was merely a short term issue that Rivian was already addressing and improving on, stating that "[t]his dynamic will continue in the near term, … but as we have already started to experience, we expect it will improve on a per vehicle basis as production volumes ramp up faster than future labor and overhead costs increase."

51.    Rivian's 3Q 2022 Shareholder Letter also supported the Roadmap, and more specifically Rivian's plans to ramp up production by reassuring investors in a dedicated section titled "Demand Remains Strong" that as of November 7, 2022, Rivian had approximately 114,000 preorders ("net of cancellations") for the R1 in its Backlog in addition to the potential 100,000 EDV order from Amazon.

52.     That same day, Rivian conducted an earnings conference call to discuss its third quarter 2022 results. During the call, Defendant Scaringe confidently claimed that "[w]e have significant demand visibility as evidenced by our consumer and commercial backlog." Defendant Scaringe also highlighted that, despite not being able to sell vehicles broadly to the commercial sector for several more years due to restrictions posed by the Amazon Deal, demand was still strong "across all segments." During the same call, Defendant McDonough announced that Rivian would no longer report Rivian's Backlog figures to investors because "[a]s we ramp our production, we believe preorders will become an increasingly less important measure of our fundamental progress as a business".

53.     Nevertheless, throughout the Class Period, Defendants continued to reassure investors that they were still watching Rivian's Backlog and cancellation rates very "closely" – "daily" even. *See* ¶¶150, 152, 163, 181, 184, 191. And, based on their "high confidence" in the strength of these and other data points, which never seemed to lose importance, Defendants repeatedly and confidently touted that they had "clear visibility" into the "strong" demand for Rivian EVs, which extended "deep into 2024" and would carry the Roadmap through to fruition. *See id*. With no publicly reported data points to verify Defendants' assertions, and Defendants' consistent denial that industry-wide macroeconomic factors were impacting Rivian, investors had no choice but to take Defendants at their word.

54.     But as Defendants knew all along, Rivian's Backlog was not a reliable indicator of demand, and it certainly was not a proxy for demand. Indeed, the Backlog, which is essentially a highly volatile sales lead list, could not provide any meaningful visibility, let alone "significant" visibility, into demand for the Company's EVs. First, preorders were fully refundable, cancelable at any time and for whatever reason, without penalty. Second, would-be Rivian purchasers routinely sat on the Backlog for years, which increased the risk that they would lose interest, purchase a different car based on

immediate needs, or be impacted by personal or macroeconomic factors that would make purchasing a Rivian EV less attractive (like increased interest rates). *See infra* ¶¶ 2-5, 31, 39-41. Nevertheless, when Defendants spoke to the market about demand, which they did regularly, they spoke about it in terms of Rivian's Backlog and cancellation rates, which they misleadingly translated into very confident and far-reaching statements about the strength and resilience of demand for Rivian EVs through 2024.

55.    Based on Defendants' representations about the Roadmap and strong demand, a November 10, 2022 Deutsche Bank analyst report titled *Margin Improvement Underway, But Volume Ramp Further Delayed*, citing strong demand, projected **60,000 deliveries for 2023** and 105,000 deliveries for 2024. Likewise, a November 11 analyst report from BNP Paribas titled *Georgia on My Mind*, expected **69,116 vehicles in 2023** and 127,000 vehicles in 2024.

56.    On November 29, 2022, Rivian participated in a Redburn CEO conference. During that conference, Defendant Scaringe continued to emphasize the importance of demand to the Company, stating that it was "**foundational** to the business." He also highlighted the significance of the relationship between improving gross margins by increasing production and demand, explaining that demand needed to "continue[] to exceed our production capacity."

57.    On the quality of the demand for Rivian EVs, Defendant Scaringe definitively stated that Rivian had a "clear line of sight through 2024 in terms of demand." Without any objectively verifiable metric or data to quantify demand, investors relied heavily on Defendant Scaringe's representations.

58.    During the same conference, a Redburn analyst pointedly asked Defendant Scaringe if demand for Rivian EVs was being impacted by the increasingly tough macroeconomic climate, and more specifically, whether Rivian was experiencing a reduction in new "order intake" like "other EV names". In response, Defendant Scaringe doubled down and represented that Rivian had not seen the weakening demand that other

00816485;V1

EV manufacturers had seen. To the contrary, he represented that "we continue to see our backlog grow even as we're ramping deliveries." These and Defendants' other confident representations about the strength of Rivian's demand in the face of other EV manufacturers experiencing softening demand, painted the rosy picture that Rivian's Backlog was unscathed by macroeconomic pressures, and thus Rivian's path to profitability remained uncompromised. These misrepresentations materially misled investors and analysts. Indeed, the consensus of analysts covering Rivian projected that the Company would produce and/or deliver more than 60,000 vehicles in 2023 and significantly more vehicles in 2024.

59.     A November 29, 2022 analyst report from Evercore titled *RIVN – Initiate in Line; $35 Target*, projected Rivian to **produce 60,000 vehicles in 2023 and 103,000 vehicles in 2024**. (Page 120). A December 22, 2022 analyst report from Cantor Fitzgerald titled *Takeaways from our Initiation of Rivian (RIVN)*, stated that "[w]e expect strong customer demand for the R1T and R1S. … we model the company **delivering 64,500 vehicles in 2023E and ~131,000 vehicles in 2024E**." Months later, a February 24, 2023 analyst report from Wells Fargo titled *RIVN 2023 Outlook: Back to the Basics*, similarly projected **63,000 vehicles delivered in 2023 and over 100,000 vehicles produced for 2024**.

E.      **Rivian Shocks the Market By Announcing Low Production Guidance – 20% Below Analysts' Consensus For 2023 – Leading to Questions About the Roadmap Chiefly Based on Production**

60.     Given that 2022 was Rivian's first full year producing EVs, investors were on bated breath to see whether Rivian would execute on its Roadmap to reach gross margin profitability, chiefly by significantly ramping up production. On February 28, 2023, six months after announcing the Roadmap, Rivian stunned the market by reporting a disappointing low production estimate of only 50,000 vehicles for 2023. This figure was 20% less than analysts' consensus of 60,000+. Far from the steep ramp up of production in 2023 that Rivian signaled to the market, the 50,000 figure amounted to

only a marginal increase in production from Rivian's fourth quarter of 2022 production rate.

61.    After the stunning February 28, 2023 news, Rivian's stock price plunged $3.54 per share – or more than 18% – to close at $15.76 per share on March 1, 2023.

62.    Also on February 28, 2023, after the close of trading, Rivian reported its financial results for the fourth quarter and full year 2022. As part of these results, Rivian filed its Form 10-K and its quarterly letter to shareholders attached as an Exhibit to its Form 8-K (the "4Q 2022 Shareholder Letter"). In the 4Q 2022 Shareholder Letter, Rivian reported that it produced 10,020 vehicles and delivered 8,054 vehicles during the fourth quarter of 2022, and for the full year 2022 Rivian produced 24,337 vehicles and delivered 20,332 vehicles. Additionally, Rivian reported that for the fourth quarter of 2022, its total cost of revenues was $1.66 billion and with revenues of $663 million, its gross profit was ($1 billion). For the full year 2022, Rivian reported that its total cost of revenues was $4.78 billion and with revenues of $1.66 billion, its 2022 gross profit was ($3.12 billion). Additionally, Rivian's free cash flow for the fourth quarter of 2022 was ($1.5 billion) and for the full year of 2022 was ($5.9 billion). Notably, for the full year 2022, Rivian burned through approximately half a billion dollars in cash every month to produce an average of just 2,028 vehicles.

63.    Following the February 28, 2023 disclosure, Rivian conducted its earnings call during which analysts questioned the Individual Defendants at length about the viability of the Roadmap and the strength of demand. Defendant Scaringe reiterated that notwithstanding Rivian's low production guidance figure for 2023, the Roadmap was still alive and well, explaining that Rivian's "core priorities for 2023"; namely, to "ramp production," remained unchanged and that the Company just needs to "execute against our robust customer backlog."

64.    An analyst with J.P. Morgan followed up on Defendant Scaringe's comments about Rivian's purported "robust" Backlog and inquired how the pace of new

orders was holding up in light of Tesla reducing prices to bolster weakening demand in a challenging macroeconomic environment for EV manufacturers. Defendant Scaringe replied that Rivian felt "very strong about where we position the products," and was "confident" about demand notwithstanding Rivian's higher priced vehicles. Underscoring the weakening demand across the EV industry as a whole, another analyst directly asked, given the "weakening environment for demand, particularly for EVs… [how have Rivian's] net preorders been tracking?" Defendant Scaringe once again signaled that Rivian was not seriously impacted by the same macroeconomic pressures adversely impacting its competitors, repeating that the "demand backlog [] is very robust", and "[i]t gives us a clear line of sight well into 2024."

65.    During the same conference call, Defendant McDonough reiterated the Roadmap's "3 key levers" (increasing production, reducing costs, and increasing selling price), and provided additional color on the second factor, noting that it would be implemented as "engineering changes to drive the material cost reduction", meaning the Company's ramp in production, in addition to being the most important driver, also played a considerable role in the second driver of the Roadmap.

66.    In her discussion of the Roadmap, Defendant McDonough also quantified the role of each of the three Roadmap factors: Increasing production, accounted for 2/3 of the Roadmap, while the remaining two factors collectively accounted for the remaining 1/3. Accordingly, investors and the market continued to place their greatest focus on production ramp since it was the lynchpin for Rivian's profit thesis staked on the Company's fundamentals.

67.    During the same call, an analyst with Wolfe Research asked, in the context of achieving profitability, "what kind of volume targets are you thinking about as you look out to 2024?" In response, Defendant McDonough confusingly stated that Rivian already had the capacity at its Normal Facility to produce 65,000 units annually, and with improvements, that capacity would increase to 85,000 units by "midyear next year." The

analyst asked for clarification: "[A]re you saying that you're not going to have the 85,000 units of R1 capacity available for 2024?" Defendant McDonough clarified, explicitly stating that she was talking about the capacity to produce 85,000 units in 2024 at the Normal Facility: "It will be available."

68.    Trying to make sense of how increasing capacity to produce 35,000 more EVs than the 50,000 projected for 2023 would result in realizing over $2 billion in increased profits/reduced expenses and reach positive gross margins, the analyst further asked: "[D]espite that, you're still thinking that you can get to gross profit in 2024?" Defendant McDonough was crystal clear: "That's right. … it's a combination of increased volumes that are driving significant fixed cost leverage within the business as we're continuing to ramp up production levels." At the time, Rivian had no reasonable basis to claim there was sufficient demand to warrant increased EV production in 2024 or that such EVs would then be sold at a profit.

69.    An analyst from Evercore followed up with more questions about long-term gross profit margins. Defendant McDonough responded, stating that Rivian would reach the Company's 25% gross margin target in 2025, and "through the continued ramp of the R1 and EDV in Normal, we can certainly arrive at our target vehicle margin." Despite Rivian's prolific cash burn rate and coming off a quarter where its gross profit margins were negative 59%, Defendant McDonough expressed great confidence in not just stopping the burn and getting margins to breakeven, but reaching a stellar, positive 25% profit margin in 2025.

70.    As noted *supra*, the February 28, 2023 news of Rivian's wildly disappointing 2023 production guidance, caused Rivian's stock price to fall more than 18%. Rivian's stock price would have fallen even further if Defendants did not reiterate their misrepresentations about the Roadmap, stress that increased production was supposedly well under way, and tout strong demand as well as the lofty profit multiplier it expected shortly after achieving positive gross profit margins in 2024.

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

71.     Following Rivian's February 28, 2023 revelation, analysts adjusted their reports to account for the 2023 production guidance disappointment. In light of the foregoing, which was tempered by Defendants' confident statements that strong demand kept the Roadmap intact and on track, analysts widely expected to see a significant jump in Rivian's production in 2024.

72.     On March 1, 2023, an analyst report by Cantor Fitzgerald titled *Initiating FY23 Production Guidance of 50,000 Vehicles; Targeting Positive GMs in 2024*, expressed disappointment in Rivian's 2023 production guidance, but noted that based on "management's expectations to [still] achieve gross profit margins in 2024", Cantor Fitzgerald was modeling Rivian to produce 49,750 vehicles in 2023 and 94,525 in 2024. This represented a significant step down from its previous analysis in December 23, 2022 which modeled 64,500 vehicles in 2023 and 131,000 vehicles in 2024.

73.     Likewise, a March 1 analyst report by Wolfe Research, titled *RIVN's 2023 Targets, and a Long Bridge to 2024; Monitoring Steel Prices; TSLA's Material Deal*, modeled similarly high production figures for Rivian in 2024 to make up for the 2023 shortfall. The report explained that for Rivian to breakeven in 2024, the Company would need to produce 90,000 vehicles. The analyst wrote that Rivian "still expect[s] gross profit to turn positive by next year" and that "2/3 of the bridge to breakeven (~$2.6 bn annualized) will come from higher volume and 1/3 ($1.4 bn annualized) will come from higher pricing + lower [materials] costs (partly driven by engineering changes)."

74.     Yet another March 1, 2023 analyst report, this time from Deutsche Bank titled *Disappointing 2023 Outlook; Clarity Needed on Trajectory Beyond 2026*, likewise adjusted the firm's prior production estimates – but still, like almost all other analysts, projected a 50% increase in EVs produced in 2024 than what Rivian projected for 2023: "All in, we now model 90k units in delivery for 2024." Notably, this figure was revised down from Deutsche Bank's November 10, 2023 report which projected 105,000 vehicles delivered in 2024.

75.    Finally, a March 2, 2023 analyst report by BNP Paribas, titled *Heading in the Right Direction*, also adjusted projection figures for Rivian's EV production to 49,679 total vehicles for 2023 and 103,000 total vehicles for 2024. Like other analysts, this was also a significant reduction from BNP Paribas' November 11, 2022 report which projected 65,889 vehicles for 2023 and 122,988 vehicles for 2024.

**F.    A Leaked Rivian Meeting Reveals an Internal 62,000 Production Figure For 2023 – 20% Higher Than the Company's Guidance – And Defendants Do Not Deny It**

76.    Days after Rivian reported extremely disappointing 2023 production guidance, on March 3, 2023, Bloomberg News published an article by Ed Ludlow entitled *Rivian Tells Staff 62,000 EV Production Possible This Year, Rivian Said Earlier This Week it Would Produce 50,000*; *EVs Company Told Staff New Production Number at Internal Meting*. This article stated, *inter alia*, that "according to people familiar with [Rivian's] master plan[,]" Rivian actually planned "to build as many as 62,000 units" in 2023. This article cited a source who attended an all-hands meeting led by Rivian's executives on March 3, 2023. This news, which showed that analysts' original 60,000+ production models for 2023 were on the mark, also seemingly showed Defendant Scaringe's "underpromise" culture in action.

77.    Adding to the confusion caused by this leaked internal production number, Rivian responded to the leak but did not deny that the 62,000 figure was real. Nor did Rivian deny that the all-hands meeting took place. Instead, a spokesperson for Rivian cryptically stated that "[t]his was something discussed at an internal meeting. We already gave our production guidance on Tuesday during our earnings call." This left investors and analysts optimistic that 62,000 was a real and achievable number for Rivian.

**G.    Rivian Seeks Additional Funding and Issues $1.5 Billion in Bonds**

78.    On March 10, 2023 – a week after Rivian's internal production target figure of 62,000 vehicles became public and was never denied – the Company issued $1.5 billion in 4.625% convertible bonds due 2029. With Rivian's free cash flow hovering

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

around negative $1.5 billion per quarter, the bond offering and capital raise were a mere band-aid for Rivian's cash burn, not a long-term solution addressing the onerous cost of the Company's business operations.

79.    Following the $1.5 billion bond offering, by March 2023, Rivian had raised a total of approximately $33.5 billion in funding from investors to support its operations. But the Company continued to blow through hundreds of millions of dollars in operating capital every single month – an alarming figure for investors that Defendants only mollified by representing that Rivian would soon achieve gross margin profitability in 2024 through the Roadmap and, thus, prove that its business model was sustainable.

### H.    Defendants Continue To Tell the Market That the Roadmap Was Intact and Was Mainly Driven By Ramping Production

80.    On April 4, 2023, Defendant McDonough participated in a Bank of America summit. During the summit, Defendant McDonough fielded pointed questions about what was on "top of everyone's mind" – "the ramp of production" and "getting the gross margin breakeven."

81.    Significantly, the analyst also inquired about the leaked report that Rivian internally intended to produce more vehicles in 2023 than what it publicly disclosed in its guidance. Like the Rivian spokesperson in the March 3, 2023 article, Defendant McDonough did not deny that Rivian was internally projecting to produce 62,000 vehicles in 2023, and instead gave a cagey response, explaining that the "gating factor" of "production" was "supply" chain issues. In other words, the only thing holding Rivian back from ramping production was its ability to procure parts. This signaled that demand for Rivian EVs was so strong that it was a non-issue for Rivian through the duration of the Roadmap. Defendant McDonough then boasted that Rivian saw "meaningful growth in the production quarter-over-quarter", that "the final capacity [of the Normal Facility] is 150,000 units", and that Rivian's present capacity was 65,000 units. Thus, far from

characterizing the leaked 62,000 units as inaccurate, Defendant McDonough lent even further credibility to the 62,000 units figure by showing it was possible.

82.    During the same conference, Defendant McDonough also addressed the dual benefits of improving gross margins through increasing production (increased revenue and decreased fixed costs), stating that doubling production from 2022 to 2023 "will result in significantly lower fixed cost per vehicle." Relatedly, Defendant McDonough also represented that the year over year doubling of production capacity would carry into 2024, stating that "we expect production volumes to increase further in 2024." While Defendants couched the year-over-year production growth as a positive, Defendants knew or were reckless in not knowing that to get to gross margin profitability using the fundamentals of its business, 50,000 EVs was not going to cut it and they needed to produce significantly more EVs than what they publicly stated.

83.    The analyst further queried whether achieving positive gross margins in 2024 was "purely a question of scale and in a certain level of production that's significantly above 50,000 units?" In response, Defendant McDonough reiterated that "*2/3 of the overall bridge*" to profitability comes from "*having greater levels of volume running through our plant in Normal, Illinois.*" Defendant McDonough also reiterated that increased production was the "true step-change" to bring the Company to "positive [gross margin] territory". In light of Rivian's culture of underpromising (*see* ¶¶33, 76-77) and Defendants' calculated decision not to dispel the *Bloomberg* article's leaked production figure (*see* ¶¶76-77), the leaked 62,000 figure was every bit as relevant and, in fact, more believable than Rivian's other publicly released production figures to achieve profit under the Roadmap.

84.    Finally, Defendant McDonough also reiterated that Rivian was sticking to its decision not to "disclose the order book on an ongoing basis going forward" because reporting specifics of the Backlog, while helpful to investors and analysts, supposedly hindered demand: "[T]he single-biggest deterrent to putting in an order is how long the

waitlist is." But, of course, concealing the total number of Backlog orders from investors does not stop potential consumers from asking how long the wait time is when putting their name on the list for a Rivian EV. It merely left investors unable to verify key information that Defendants were citing to support their lofty claims that they had "clear visibility" into "strong" demand.

## I.    Rivian Announces Q1 2023 Results and Continues To Reiterate Its Roadmap

85.    On May 9, 2023, Rivian announced its results for the first quarter of 2023, and filed its Form 10-Q, which was signed by the Individual Defendants, and its quarterly shareholder letter (the "1Q 2023 Shareholder Letter"), which was attached as an exhibit to a Form 8-K, which was signed by Defendant McDonough. The 1Q 2023 Shareholder Letter stated that in the first quarter of 2023, Rivian produced 9,395 vehicles and delivered 7,946 vehicles.

86.    The 1Q 2023 Shareholder Letter also reported that for the first quarter of 2023, Rivian's cost of revenues were $1.2 billion; with revenues of $661 million, its gross profit was ($535 million); and it continued to burn through cash, with free cash flow of ($1.8 billion).

87.    That same day, Rivian held its earnings conference call to discuss the results for the first quarter of 2023. In his prepared remarks, Defendant Scaringe told investors what they wanted to hear – that Rivian was executing on its Roadmap. Specifically, Defendant Scaringe stated that "[p]roduction during this quarter was in line with our expectations, and as a result, we are reaffirming our production outlook for the year of 50,000 total units." Defendant Scaringe similarly noted that Rivian's "core priorities for 2023", namely, increasing production, were "unchanged" and reiterated that consumer demand for Rivian's EVs supported increased production as the "backlog still extends well into 2024." During the same conference call, Defendant McDonough echoed that

Rivian would still get to positive gross margins and profitability by the fourth quarter of 2024, chiefly through ramping production.

88.    Analysts took careful note of Defendants' statements and reached the near-unanimous conclusion that Rivian's 2024 production figures had to be significantly greater than 2023's production to achieve profit. For example, on May 10, 2023, Deutsche Bank issued an analyst report titled *Encouraging Traction On Bridge to Positive Gross Margin*. The report stated that "we found management's reiteration of positive gross margin for the full year 2024 to be encouraging." The report further noted that Defendants had represented that the Company's production ramp up would fuel half of the distance to "positive gross profit in Q4 of 2024" and that as a result, "we still model 90k units in delivery for 2024." Similarly, a May 10, 2023 analyst report from BNP Paribas, titled *If You're Going Through Hell, Keep Going*, projected Rivian to make "78,607 total deliveries for FY 2024", and an analyst report from JP Morgan that same day titled *In-Line 1Q & Reiterated Full Year Outlook Amidst Deteriorating Industry Backdrop Could Come as a Relief to Investors*, modeled 92,500 vehicle deliveries in 2024 to achieve positive gross margins.

89.    On June 2, 2023, Rivian participated in the Sanford C. Bernstein Strategic Decisions Conference. During the conference, Defendant Scaringe continued to stress that the "biggest driver towards healthy margin structure on R1 is volume". Defendant Scaringe elaborated that the Normal Facility is a "large scale plant" and operating it at "half capacity" or "well under" its capacity created variable cost and fixed cost inefficiencies. He further explained that the fixed cost to produce vehicles would see a significant reduction when the Normal Facility was running at full capacity.

90.    Hand in hand with increasing production for the purpose of reducing costs is increasing production for the purpose of generating more revenue by selling more EVs. Producing more EVs without the demand to sell them might result in reducing the average cost to make each EV, but without a corresponding increase in EV sales (at

00816485;V1

profit), increasing production would not help but hinder Rivian in achieving gross margin profitability.

91.     Commenting on the state of demand for Rivian EVs, which was always critical to the Roadmap, Defendant Scaringe stressed that tracking consumer demand and order flow "is a daily thing that [Rivian] watch[es]". Defendant Scaringe further stated that "a metric that we actually pay even closer attention to [track demand] is cancellation rate". Although Rivian no longer reported any quantifiable metrics related to its Backlog, Defendant Scaringe, who did have these metrics, expressed high confidence in the state of demand for Rivian EVs. Moreover, he stated that the Company was "watching really closely" what is happening with the macroeconomic environment and industry-wide demand for EVs, and that Rivian "continue[s] to see demand for the products" because consumer demand for Rivian EVs is "more resilient" than Rivian's competitors. These representations misled investors to believe that Defendants could accurately assess the demand for Rivian's EVs through the duration of the Roadmap.

92.     On June 15, 2023, Deutsche Bank held an auto industry conference in which Rivian participated. During that conference, Defendant McDonough once again stressed that demand for Rivian EVs remained strong and would continue through 2024: "[W]e continue to have a really robust backlog of preorders that extends into 2024."

93.     During this conference, Defendant McDonough also addressed increasing pricing for Rivian EVs to bridge the gap to profitability, and explained that Rivian was "still in the process of working through the backlog of pre-March 1, 2022 preorders." Thus, in June 2023, over a year after Rivian severely underpriced its EVs but was shamed into honoring those original prices, Rivian was still filling those preorders and suffering massive losses on each EV it sold. With Rivian's hands tied by its inability to implement widespread price increases on Backlog orders, the market knew increasing production was all the more important to Rivian's ability to achieve gross margin profitability based on the fundamentals of its business. In fact, Defendant McDonough confirmed that was

exactly the case. *See* ¶177. Additionally, Defendant McDonough candidly explained that rather than getting the older preorders out of the way and shift towards widespread price increases, Rivian was "feathering in [] some new post-March 1st orders" with older orders. By this tactic, Rivian could manipulate the average sale price of its EVs. Strikingly, even with this tactic, in the first quarter of 2023, Rivian was still losing over $67,000 on each EV sold.

94.    Defendants' repeated assurances that Rivian's Roadmap was still on track and on a clear path to achieve profit, chiefly based on a production ramp, materially misled investors and analysts to believe that Rivian would stop its cash bleed and demonstrate that the fundamentals of its business were sound in 2024.

### J.    Defendant Scaringe Again Teases Rivian's Culture of "Underpromising"

95.    In a July 7, 2023 interview reported on www.insideevs.com, Defendant Scaringe was "[a]sked about why Rivian hasn't updated its production and delivery guidance figures to more optimistic figures, considering it has had a record second quarter[.]" *Id*. Echoing his long-held strategy, Defendant Scaringe again stated that he preferred to "underpromise and overdeliver so that all the risk factors that could potentially disturb production are taken into account." *See* Iulian Dnistran, *Rivian CEO Talks About European Expansion, Underpromising, And Overdelivering*, INSIDEEVS, July 7, 2023 available at: www.insideevs.com/news/675687/rivian-europe-expansion.

96.    Later in the article, Defendant Scaringe further emphasized Rivian's practice of purposefully issuing low guidance figures:

> One of the other things we've gone through is just being, you know, very much thoughtful in not wanting to overpromise. We want to make sure that we overdeliver on our numbers, overdeliver on our targets[.]

97.    Defendant Scaringe's admission that Rivian employs a deliberate strategy of publicly reporting production figures that are below internal targets, coupled with the fact that Defendants represented that the main driver of Rivian's 2024 Roadmap was

00816485;V1

increased production, led analysts to conclude that Rivian would produce significantly more EVs in 2024 than in 2023. *See* ¶119.

**K.    Rivian Reports Its Q2 2023 Results, Modestly Increases Guidance, and Continues To Sell the Market On Its Profit Roadmap**

98.    On August 8, 2023, Rivian announced its financial results for the second quarter of 2023, and the Company filed its Form 10-Q, which was signed by the Individual Defendants. Rivian also filed its quarterly shareholder letter as an Exhibit to a Form 8-K signed by Defendant McDonough (the "2Q 2023 Shareholder Letter"). In the 2Q 2023 Shareholder Letter, Rivian announced that in the second quarter of 2023 it produced 13,992 vehicles and delivered 12,640 vehicles; its cost of revenues was $1.5 billion; with revenues of $1.1 billion, Rivian's gross margins for the quarter were ($412 million); and its free cash flow was ($1.61 billion).

99.    The 3Q 2023 Shareholder Letter slightly revised Rivian's 2023 production estimate upwards from 50,000 units to 52,000 units for the year. This modest increase, which was likely a byproduct of Defendant Scaringe's underpromise strategy, was still significantly less than the 62,000 production figure that Rivian kept internally. *See* ¶¶76-77. The 52,000 unit figure was also significantly lower than analysts' initial consensus for 2023 production. *See* ¶¶48, 54-55, 59.

100.    On August 8, 2023, Rivian also held its quarterly earnings conference call with analysts and investors to discuss the Company's financial results. During the call, Defendant McDonough represented that Rivian was executing on its Roadmap, stating that "we have seen progress in all 3 aspects of our path to generate positive gross margin, ramping production, driving material cost down and increasing average selling price." She further commented that the progress the Company had made in the second quarter of 2023, when combined with the Company's planned ramp up in capacity to "85,000 units per year" in 2024, "reinforces our confidence in our long-term financial targets. We see a clear path to our approximately 25% gross margin target."

101.   During the same call, Defendant Scaringe emphasized that the Roadmap was fully intact, and stressed that increased production volume was leading to "fixed cost absorption improvements." Importantly, Defendant Scaringe also reiterated that Rivian still had "clear visibility" into the strong demand for Rivian's EVs, stating that "[w]e feel very confident in the continued backlog that we have" and "[we] have clear visibility into – deep into 2024 with that backlog that's established." Defendant Scaringe further stated that Rivian would increase capacity at the Normal Facility from "65,000 units on an annual basis to 85,000 units."

102.   Blowing through $1.6 billion in cash in the previous quarter and selling Rivian's flagship product at a loss of tens of thousands of dollars per sale, should have alarmed investors, but Defendants' reassurances that strong demand and a significant ramp up in production were propelling Rivian to profitability very soon greatly alleviated any such concerns.

## L.    Rivian's Chief Growth Officer Abruptly Resigns

103.   On August 31, 2023, Jiten Behl, who joined Rivian in 2016 as its Chief Strategy Officer, and who had served as the Company's Chief Growth Officer since October 2020, abruptly resigned from the Company. The resignation of Rivian's Chief Growth Officer in the middle of the Company's purported Roadmap to profitability and growth is suspicious.

104.   On September 1, 2023, Rivian announced the appointment of Kjell Gruner as the Company's Chief Commercial Officer and President, Business Growth. The Company announced that Gruner would report directly to Defendant Scaringe.

## M.    Defendants Attend A Series Of Investor Conferences Where They Continue to Tout Strong Demand And That Production Ramp-up Is Still the Key Driver For Positive Gross Profit

105.   On September 7, 2023, Rivian participated in an investor conference with Goldman Sachs. During that conference, Defendant McDonough once again stressed that ramping production is "the single largest driver as we think about the path to positive

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

gross profit for us." Defendant McDonough also reiterated that unlike other EV manufacturers experiencing softening demand due to macroeconomic pressures, the consumer demand for Rivian EVs was sound and the "backlog has been holding up well". Defendant McDonough reiterated the strength of demand notwithstanding her admission that based on Defendants' clear visibility into demand, they already knew that "one of the biggest inhibitors to purchase or the reason why someone cancels is wait time."

106. On September 12, 2023, a UBS analyst report accepted Defendants' representations that there was strong enough demand to support increased production for the duration of the Roadmap. Indeed, the analyst report, implying that sufficient demand was a foregone conclusion, framed the question as whether Rivian's production could keep up with its strong demand, not whether demand could keep up with a ramp in production. *Id*. at page 12. The analyst report further explained that based on Defendants' representations, Rivian would become profitable in the fourth quarter of 2024, noting that "[w]e can see 4Q24 gross margin reaching [approximately] 6.5% setting of a positive 2024 exit rate for further gross margin expansion ahead as the company grows."

107. On September 14, 2023, Rivian participated in Morgan Stanley's Laguna conference. During that conference, Defendant Scaringe continued to underline the importance of increased production for Rivian's "pathway to profitability". Defendant Scaringe stated: "[N]umber one, we continue to focus on ramping production…. That's really critical to achieve the level of fixed cost leverage or fixed cost absorption we need on the pathway to profitability."

108. Defendant Scaringe then touted Rivian's bright future, stating that "we've rounded the corner. You're starting to see that in our numbers. ***The production numbers are going up***." As in previous quarters, despite reporting financial figures that showed Rivian was blowing through cash and ramping up vehicle production much slower than analysts (and even the Company itself internally) projected, Defendants' repeated representations that the Roadmap was still on track dispelled any concerns.

**N.    Rivian Sells More Bonds, Buying More Time To Reach Profitability**

109.    Despite presenting a rosy picture of progress on the Roadmap, Defendants knew Rivian's cash burn problem and massive operating losses were not improving fast enough. On the heels of bumping up the Company's 2023 guidance to 52,000 EVs in August 2023, Rivian conducted another bond offering to raise much-needed cash.

110.    On October 11, 2023, Rivian issued $1.725 billion in 3.625% Green Convertible Senior Notes due 2030.

111.    By executing its second capital raise of more than $1.5 billion in seven months, Rivian brought its total investor funding raised since the IPO to over $15 billion. Nevertheless, despite these repeated and massive influxes in cash, the Company was still racing against time to slow its bleeding of cash and to finally generate a profit.

**O.    Rivian Announces Its 3Q 2023 Results, Modestly Bumps Up Guidance Again, And Doubles Down On The "Strong" Demand For Rivian EVs**

112.    On November 7, 2023, Rivian announced its financial results for the third quarter of 2023 and published its quarterly shareholder letter for the third quarter of 2023 (the "3Q 2023 Shareholder Letter"). The 3Q 2023 Shareholder Letter was attached as an exhibit to a Form 8-K, which was signed by Defendant McDonough. The 3Q 2023 Shareholder Letter reported that for the third quarter of 2023, Rivian produced 16,304 vehicles and delivered 15,564 vehicles; Rivian's cost of revenues were $1.8 billion; with revenues of $1.34 billion, Rivian's gross profit was ($477 million); and Rivian's free cash flow was (1.07 billion). The 3Q23 Shareholder Letter also noted that the "[t]otal revenues from the sale of regulatory credits were de minimis for the quarter."

113.    On the same day, November 7, 2023, Rivian held its quarterly earnings call. During that call, and consistent with Defendant Scaringe's mantra of underpromising, Defendant Scaringe announced that due to "progress across our production lines", Rivian was again "raising our production guidance for the year [from 52,000] to 54,000 total units." While the Company framed this as a positive development, this figure was still 8,000 units less than Rivian's internal projection, and significantly less than what

analysts projected in late 2022 based on the Roadmap. *See* ¶¶76-77. Additionally, the Company's 54,000 figure implied that Rivian would produce just 14,309 vehicles in the fourth quarter of 2023, or approximately 2,000 less vehicles than it produced in the third quarter of 2023.

114.    During the earnings call, a Goldman Sachs analyst asked Defendant Scaringe for an update on the status of Rivian's execution on its Roadmap and whether weakening demand across the EV industry was now impacting Rivian. Defendant Scaringe stressed that "the continued ramp-up of our production facility and the fixed cost absorption that comes with that" was driving Rivian's "high degree of confidence in [the] long-term gross margin for the business."

115.    Defendants continued to remain opaque with investors as to specifics surrounding Rivian's Backlog, yet expressed high confidence in demand based on the Backlog and cancellation rate metrics the Company held close to its vest. Defendant Scaringe stated that the Company still had clear visibility on Backlog and that, as a result, "we remain very bullish on R1 program and its long-term demand."

116.    Analysts were particularly keyed into how many orders in the Backlog were new versus pre-March 2022 orders because Rivian was still honoring the original selling price when filling the pre-March 2022 orders and, thus, losing considerably more on those orders, increasing the gap that Rivian needed to bridge to profitability. On this topic, Defendant McDonough did not give any specifics but again noted that pre-March 2022 Backlog orders would "be feathered in" with the newer Backlog orders.

117.    Rivian also announced with its third quarter 2023 results that it was amending the Amazon Deal after Amazon reportedly placed only the bare minimum order of 10,000 EDVs. *See* Emma Roth, *Amazon and Rivian's Exclusive Deal For Electric Vans Might Not Last Much Longer*, The Verge (Mar. 13, 2023), www.theverge.com/2023/3/13/23637439/amazon-rivian-exclusive-deal-electric-vans-shaky-start. Rivian stated that the amendment to the Amazon Deal modified the

"exclusivity provisions and allows us to sell commercial vans, which contain jointly-owned intellectual property, to third-parties, subject to distribution fees and certain limitations related to customer type and vehicle volume." Defendants tried to frame the termination of the exclusivity clause of the Amazon Deal as a windfall for Rivian which could now tap the commercial sector more broadly. Far from a windfall, if Rivian was unable to execute on converting a large preorder from one of the world's largest vehicle purchasers, which was also a Rivian investor, into actual purchases of its EDVs, it was far from certain that Rivian could secure increased demand for EDV purchases from other purchasers in the commercial sector. Indeed, the commercial side of the business never became a major driver of demand during the Class Period.

118.   The day after Rivian's earnings call, an article in *Reuters* highlighted that the strong demand for Rivian EVs stood out from other EV manufacturers that had acknowledged ongoing demand problems. The article noted that Rivian raised its production forecast for 2023, "on the back of sustained demand for its trucks and SUVs on Tuesday, sending its shares up 4%. … Rivian's upbeat forecast is a small positive for an industry reeling from the double whammy of high inflation that has dulled buyer appetite and price cuts at market leader Tesla to stimulate demand." *See* Abhirup Roy and Akash Sriram, *Rivian Raises Production Target Amid Broader EV Demand Fears,* Reuters (Nov. 8, 2023), https://www.reuters.com/business/autos-transportation/rivian-beats-quarterly-revenue-estimate-raises-full-year-production-forecast-2023-11-07/.

**P.    Based Upon Defendants' Misrepresentations, Analysts Estimate Rivian Will Produce 65,000 EVs in 2024**

119.   In light of Defendants' continued drumbeat to the market about the viability of the Roadmap, the strength of, and "clear visibility" into, demand, and Rivian's corporate culture and strategy of providing the public with lower production figures than the Company's actual figures, analysts unanimously reported that the Company would

produce substantially more vehicles in 2024 than it had in 2023. The chart below summarizes analysts' consensus following the November 7, 2023 conference call:

| Date | Analyst | Production Figure for 2024 |
| --- | --- | --- |
| November 7, 2023 | UBS Securities | 65,000 |
| November 7, 2023 | Wells Fargo | 65,000 |
| November 7, 2023 | RBC Capital Markets | 65,000 |
| November 8, 2023 | BNP Paribas | ~65,000 |
| November 8, 2023 | Cannacord Genuity | ~65,000 |
| November 8, 2023 | Needham & Co | 74,737 (deliveries) |
| November 8, 2023 | J.P. Morgan | 64,060 |
| November 8, 2023 | Deutsche Bank | 65,000 |
| November 8, 2023 | Wedbush Securities | 65,000 |
| November 9, 2023 | Barclays | 65,000 |

**Q.    The Truth is Revealed: Rivian's Stock Plummets 25% As The Company Announces That Its Production Story Has Crumbled And That Demand Has Fallen**

120.    On February 21, 2024, Rivian announced its financial results for the fourth quarter and full year of 2023 and published its quarterly shareholder letter (the "2023 Shareholder Letter"). The 2023 Shareholder Letter was attached as an exhibit to a Form 8-K, which was signed by Defendant McDonough. In its 2023 Shareholder Letter, published after market close, Rivian dropped a bombshell and stunned the market by announcing the wildly disappointing news that the Company would produce just 57,000 EVs in 2024. Indeed, Rivian's 2024 production estimate was less than what the Company actually produced in 2023 (57,232 EVs), was far less than analysts' consensus of 65,000 EVs, which was informed by what the Company had signaled towards just three months earlier, and even fell well short of the Company's internal production figure for 2023 (62,000 EVs). Far from ramping up production as Defendants represented throughout the Class Period, ***Rivian was now decreasing production***.

121.    The same day, on February 21, 2024, Rivian also held its quarterly investor conference call for the fourth quarter and full year of 2023. During the call, Defendants further shocked investors by revealing that Rivian was dramatically changing its long-touted Roadmap – which was supposed to demonstrate a sustainable business model – by materially slashing the role of increased production to achieve positive gross margins and profitability in 2024. Rather than improving the fundamentals of Rivian's business (producing and selling a high volume of EVs at profit), the new "key driver" was saving on "variable costs" which would now account for 50% of the newly rewritten Roadmap. The remaining 50% of the new Roadmap would now be comprised of improved efficiency at the Normal Facility and non-vehicle revenue, which would represent 35% and 15% of the Roadmap, respectively.

122.    Defendant McDonough's admission that Rivian would now attempt to get to profitability chiefly by reducing variable costs stands in stark contrast with the Roadmap Rivian reiterated as recently as the previous quarter. *See* ¶¶112-119. Increasing production and building out its dual benefits of increasing revenue and decreasing costs through economies of scale was conspicuously absent. Now, with production suddenly ramping down in 2024, the only role in achieving positive gross margins that production would play was through cost savings. The shift in Roadmap also signaled another key problem – a lack of demand.

123.    During the same call, despite repeatedly boasting of "clear visibility" into the "strong" demand for Rivian's EVs which supposedly lasted "deep into 2024" and was singularly "resilient" against macroeconomic pressures, Defendant Scaringe now admitted that demand for Rivian's EVs had been "negatively impacted," and that the once "robust" Backlog was now dwindling due largely to "the impact of cancellations" (the very metric he reportedly watched "daily"). *See* ¶¶150, 152, 163, 181, 184, 191. Defendant Scaringe admitted that this "new" weakened demand, which somehow materialized in the span of one quarter, was due to macroeconomic pressures such as

high interest rates. This was a complete about-face as Defendant Scaringe was forced to admit that the "strong demand" (*see* ¶¶42, 101, 142, 145) and "robust backlog" (*see* ¶¶63, 64, 92) that Rivian relentlessly touted was hardly immune from macroeconomic factors and provided no visibility even quarter to quarter regarding demand. They were illusory.

124.   In light of the foregoing, and as part of Rivian's new "focus on driving cost efficiency", the Company also announced that it would "reduce the number of salaried employees by approximately 10%". Instead of improving gross margins by growing as Rivian claimed it would, Rivian was attempting to improve gross margins by shrinking, in both EV production and workforce.

125.   The market was floored. On this news, Rivian's stock price plunged $3.94 per share, ***or more than 25%***, to close at $11.45 per share on February 22, 2024. Rivian lost over $750,000,000 in market capitalization in a single day.

126.   After Defendants revealed the truth about decreasing production, weak demand, and radical changes to the Roadmap, which contradicted Defendants' earlier representations, analysts expressed new skepticism of the Company's path forward. For example, a February 21, 2024 analyst report from UBS realized that Defendants' long-promised 2024 positive gross margins now lacked credibility since the Roadmap was no longer built on improving the fundamentals of the business by increasing vehicle production. The UBS report stated that "[Rivian] did hold onto their target of (modest) gross profit in 4Q24 but ***we believe the market is highly skeptical of achieving this goal.***" This stands in stark contrast with UBS's report from the prior quarter, which stated that because Rivian was "[c]onfident on retail demand" and could produce 65,000 vehicles in 2024, there was "increased confidence on path to gross profit positive by 4Q24." *See* ¶106. Likewise, a February 21, 2024 analyst report from Wells Fargo bluntly stated that "we are skeptical RIVN can hit its positive gross margins/unit target. Cash burn likely accelerates. … [there are] new demand concerns."

00816485;V1

127.   Market commentators also seized on Rivian's surprising news.  A February 22, 2024 Seeking Alpha article entitled *Rivian Guidance Was Shocker* by Mario Tama noted that Rivian's "production outlook for 2024 was a shocker, as it assumes a total volume of only 57K electric vehicles. In 2023, Rivian Automotive produced 57,232 vehicles, so the outlook is specifically not factoring in any real growth in the company's production." Similarly, a February 23, 2024 Seeking Alpha article entitled *Rivian: Smart Investors Avoided This Unprofitable EV Maker* by Justin Sullivan stated that "Rivian's lack of profitability and poor fundamentals are coming home to roost" and that "Rivian guided to a markedly lower-than-expected Q1 production outlook."

**R.    Post-Class Period Facts**

**1.    Rivian Cancels the Planned Georgia Facility**

128.   On March 7, 2024, in the immediate aftermath of Defendants shocking the market by announcing the stunning failure of the Roadmap to profit, Rivian issued a press release further confirming that its growth had stalled and stating that it would "pause" construction of its planned $5 billion manufacturing facility in Georgia, which would have been the Company's second manufacturing facility.

**2.    Three Senior Finance and Growth Officers Resign Within Two Months**

129.   On May 3, 2024, Chief Operating Officer Frank Klein resigned.

130.   On the same date, Barclays issued an analyst report titled *COO Frank Klein To Step Down, Replaced By Javier Varela, Former COO and Deputy CEO of Volvo*. This report linked Klein's resignation to Rivian's failed attempt at increasing production. A Barclays analyst wrote in the report that "Klein joined RIVN in Jun'22 and was a key part in getting prod. at Normal to more stable / efficient levels." The analyst stated that Klein's resignation showed Rivian's continuing "challenge[s] in cost management": "[Rivian's] [t]iming of departure aligns with recently ended R1 re-rate at Normal, plans

to bring R2 to Normal in 2026. Potentially reflects ongoing challenge in cost management."

131.   On July 1, 2024, Rivian announced that Jeffrey Baker, the Chief Accounting Officer resigned, effective July 27, 2024.

132.   On July 24, 2024, Dr. Kjell Gruner, Chief Commercial Officer and President, Business Growth, also resigned. This resignation is particularly suspicious because it occurred only five months after Rivian's growth was crippled by the Company's February 21, 2024 announcement of flat production year-over-year, rather than the growth the market was expecting. Additionally, this was the second time an executive overseeing Rivian's "Growth" department resigned in a year.

### 3. Rivian Massively Decreases 2024 Production Guidance And Pivots To Rely On Regulatory Credits As A White Knight To Achieve Profit

133.   On October 4, 2024, Rivian announced in a press release, which was also filed as a Form 8-K that was signed by Defendant McDonough, that it was no longer going to produce 57,000 vehicles in 2024 and instead would produce just 47,000-49,000 vehicles. Vehicle production for 2024 was no longer just slightly down from 2023, as the Company had announced in February 2024, the Company would now produce 15% fewer vehicles in 2024 than it had in 2023.

134.   On November 7, 2024, Rivian announced its financial results for the third quarter of 2024 and the same day held a conference call with investors. During that call, Defendant McDonough announced that "approximately $300 million of regulatory credit sales in 2024" would be a key component of the Company's annual revenue. Far from the first iteration of the Roadmap, in which Defendant McDonough represented that increased production and sales of EVs would account for 66% of the Company's bridge to positive gross profit, Rivian would now produce and sell far fewer vehicles than in 2023 and, instead, attend to its multi-billion dollar cash burn problem by increasing revenues through large sales of banked regulatory credits.

## V.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS

### A.    August 11, 2022 – Rivian Announces Results For The Second Quarter of 2022 And Unveils The Profit Roadmap

135.    The Class Period begins on August 11, 2022. On that date, Rivian filed its Form 10-Q reporting its financial results for the second quarter of 2022 (the "2Q 2022 Form 10-Q"). The 2Q 2022 Form 10-Q was signed by the Individual Defendants. Rivian also filed its 2Q 2022 Shareholder Letter that same day, which was an exhibit to a Form 8-K signed by Defendant McDonough.

136.    Hinting to the Roadmap that Rivian would unveil later that day, the 2Q 2022 Shareholder Letter highlighted Rivian's ability, and need, to ramp production to address the supposedly "strong" demand for its EVs as demonstrated by the Company's "increasing" Backlog. The letter stated, in relevant part, that "[w]e remain focused on *fully ramping our 150,000 installed annual units of capacity in Normal, Illinois to meet the strong demand for our products. Our net consumer preorder backlog as of June 30, 2022 was approximately 98,000 and momentum continues to increase*."

137.    This statement was materially false and misleading and omitted material facts when made because Defendants Rivian and McDonough knew or recklessly disregarded that the 98,000 preorder Backlog figure was not a credible indicator of "strong demand," or of actual purchase orders, upon which Rivian could reasonably rely or use to model a Roadmap chiefly based on ramping production because:

  a.    Rivian's Backlog was based on fully refundable $1,000 deposits that required no purchase commitment on the part of the potential consumer, and could be canceled at any time for any reason without penalty, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

  b.    Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, significantly increasing the risk of cancellations, which, in turn, reduced the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

  c.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an

extremely low purchase price relative to cost, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

138.    While simultaneously and confidently touting that the "strong" and "increasing" demand for Rivian EVs warranted a massive production ramp (based on the Backlog), Defendants stated in an apparently self-contradictory boilerplate risk disclosure in Rivian's 2Q 2022 Form 10-Q that Rivian "may not be able to accurately estimate supply and demand":

> We may not be able to accurately estimate the supply and demand for our vehicles, which could result in a variety of inefficiencies in our business and hinder our ability to generate revenue and profits. If we fail to accurately predict our manufacturing requirements, we could incur additional costs or experience delays.

139.    In context, this statement was materially false and misleading when made because Defendants knew they were simultaneously telling investors, in powerful terms and without qualification, that Rivian had "strong" (and still "increasing") demand that warranted a large ramp in the Company's production – hence eliminating any uncertainty about their ability to estimate demand (*see* ¶¶ 31, 39-41, 45-47, 53-54). Defendants further represented that their confidence in the demand for Rivian EVs was based on current and verifiable data that they closely tracked, including, but not limited to, Backlog, order rates, cancellation rates, and macroeconomic factors impacting the EV industry. *See* ¶¶ 2-5, 53-54.

140.    Later that same day, after the market closed (at 7:58 p.m. EST), Rivian held its quarterly earnings conference call. During the call, Defendant Scaringe linked Rivian's "key focus" of ramping production with the "continued strong demand for [Rivian's] products," which he again based on the Backlog:

> The Rivian team delivered strong second quarter results despite the challenging supply chain environment. We produced and delivered over 4,400 vehicles across the R1T, R1S, and EDV 700. We have also recently started production validation builds of our EDV 500, which is a narrower and shorter version of the EDV and well-positioned for markets and applications where

00816485;V1

smaller form factors are needed. ***Our key focus remains ramping our normal facility to its full 150,000 units of installed capacity.*** While we continue to manage supply chain constraints, we are encouraged by the progress we are making, which is important for us to be able to add a second shift for general assembly towards the end of this quarter**.**

***Equally as important is the continued strong demand for our products. As of June 30, we had about 98,000 net preorders and reservations for our R1 vehicles. Our daily preorder rate accelerated in the second quarter compared to the first quarter, and as a reminder, these orders are for the United States and Canada only and are net of deliveries and cancellations***. In June, we hosted a media venture showcasing the capabilities of our R1S in both on and off-road settings. It has been great to see the feedback from various media sources and customers as more of our R1S vehicles get out on the road.

141.    This statement was materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that Defendants had no basis to claim Rivian's demand was "strong" or that it supported Rivian's "key focus" of ramping production based on the Backlog because:

a.    Claiming production ramp was a "key focus" presupposed that there was sufficient demand to increase production, and that produced units would be sold at a profit. *See* ¶¶ 31, 39-41, 45-47, 53-54, 90.

b.    The Backlog was not a valid proxy for demand, nor directly correlated to actual vehicle purchases. *See* ¶¶ 31, 39-41, 45-47, 53-54.

c.    Rivian's Backlog was based on $1,000 deposits that required no purchase commitment on the part of the potential consumer and could be canceled at any time without penalty for any reason, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

d.    Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, significantly increasing the risk of cancellations, and, in turn, the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

e.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price relative to cost, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

f.      Stating that the 98,000 preorder Backlog was "net" of cancelations misleadingly implied that all cancelations had already been accounted for and ignored the high risk of future cancelations. *See* ¶¶ 31, 39-42, 45-47, 53-54.

142.   During the earnings call, an analyst from Wolfe Research asked Defendant McDonough the burning questions on investors' minds: when and how was Rivian going to achieve gross margin profitability and demonstrate that it had a sustainable business model. In response, Defendant McDonough unveiled a three-pronged Roadmap that focused "first and foremost" on ramping production. In the same breath, she claimed that Rivian would start to become profitable in 2024:

**Rod Lache**

Hi, everybody. I'd like to just ask two questions. One is for Claire. A lot has obviously happened financially over the past year or so with inflation and supply chain issues. But could you maybe take a minute and maybe just take a step back and talk to us about the bridge to achieving positive gross margin from where we are at right now? We know that it consists of pricing and cost and volume, but if you could give us some thoughts on the components of that and the timing?...

**Defendant McDonough**

Thanks, Rod. This is Claire speaking. ***And I wanted to hit on your first question in terms of what that path to positive gross profit and positive unit economics looks like for Rivian in particular***. As you called out, right, we have seen unprecedented levels of inflation, especially across our raw material inputs and lithium prices that have gone up north of 115% over – since the start of this year, in particular, coupled with COVID and other factors that have driven a challenging supply chain and inflationary environment as well as part of that. But as we look out to the future, as I mentioned in my prepared remarks, ***we have significant confidence in the long-term gross profit margin targets that we've set out for ourselves of approximately 25%. And I will give you a little bit of that path as we see from today going from our current state to that future state of positive unit economics. We see 2024 as really that pivotal year for us in driving a step change in terms of the underlying gross margin expectations within the business, as we have a couple of significant factors that are starting to impact our underlying unit economics. First and foremost, it's really driven by us ramping our plants and our productivity within our 150,000 units of installed capacity within Normal that allows us to really leverage all of those fixed overhead and costs associated with our large-scale production facility.***

Second, it's also our ability to introduce our next-generation technologies into our vehicles, first in our R1 products as well as in our EDVs. So those are things like in-sourcing of our motors, the introduction of our LFP pack, which will be introduced first in our commercial vehicles, that allow us to really drive a step change in terms of vehicle performance in that time frame, which

00816485;V1

enables us to increase pricing on the vehicles, given the fact we will have vehicles with added range and added performance and capabilities, but they also importantly drive significant cost-downs within our bill of materials as we look at that roadmap ahead.

And then finally, the other core factor as we think about that step-stone from a gross profit perspective is also really the anniversarying or moving beyond those pre-March 1 pre-orders as well that allow us to move into our current ASPs. And as we reiterated our last earnings call, we have seen $93,000 plus ASPs with the preorders that we have had post pricing change.

143.  This statement was materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that Defendants had no reasonable basis to claim Rivian could achieve, let alone have "significant confidence" to achieve, positive gross profit margins in 2024, chiefly through a Roadmap staked on production ramp because:

a.  Ramping production to achieve positive gross profit margins presupposed that there was sufficient demand to warrant increased production, and that produced units would be sold at a profit. At the time, Defendants had no reasonable basis to assume either would be possible in time to deliver on the Roadmap. *See* ¶¶ 31, 39-41, 45-47, 53-54, 90.

b.  Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

c.  Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, significantly increasing the risk of cancellations, and, in turn, the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.  A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price relative to cost, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.  Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶4-6, 31, 39-41, 45-47.

f.  Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these

00816485;V1

issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶2-5, 53-54.

**B.    November 9, 2022 – Rivian Announces Financial Results for the Third Quarter of 2022**

144.    On November 9, 2022, Rivian published its 3Q 2022 Shareholder Letter, which was an exhibit to a Form 8-K signed by Defendant McDonough. On that date, the Company also filed its Form 10-Q reporting its financial results for the third quarter of 2022 (the "3Q 2022 Form 10-Q"), which was signed by the Individual Defendants.

145.    The 3Q 2022 Shareholder Letter boasted, in relevant part, that Rivian's "robust" Backlog indicated "strong demand" for Rivian EVs despite the economic uncertainty facing the EV industry, and served as the backbone of the Company's production ramp and bridge to profitability in 2024:

> Over the recent months, we achieved key operational and strategic milestones. Production continued to ramp on our R1 and RCV platform lines; we produced 7,363 total vehicles during the quarter representing a 67% increase as compared to the second quarter of 2022. ***We recently initiated our second manufacturing shift and remain focused on ramping production to meet the strong demand for our products. As we navigate through these uncertain economic times, we are encouraged by the strong demand for our products as evidenced by our robust preorder backlog***.

146.    This statement, which continued to confidently justify ramping production in the face of economic pressures impacting the EV industry, due to the supposedly "strong demand" for Rivian EVs (as evidenced by the Company's "robust preorder" Backlog), was materially false and misleading and omitted material facts when made because Defendants Rivian and McDonough knew or recklessly disregarded that:

    a.    "Ramping production" to achieve positive gross margins presupposed that there was sufficient demand to warrant increased production, and that produced units would be sold at a profit. At the time, Defendants had no reasonable basis to assume either would be possible in time to deliver on the Roadmap. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

    b.    Rivian's support for confidently claiming it had "strong demand" was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual EV purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

00816485;V1

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 4-6, 31, 39-41, 45-47.

d.    A material portion of Rivian's "robust backlog" was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price relative to cost, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

147.    Despite Defendants' continued confident and unqualified claims about the "strong demand" for Rivian EVs, which supposedly supported a massive production ramp, Rivian's 3Q 2022 Form 10-Q still included the same self-contradictory and boilerplate risk disclosure as the previous 2Q 2022 Form 10-Q:

We may not be able to accurately estimate the supply and demand for our vehicles, which could result in a variety of inefficiencies in our business and hinder our ability to generate revenue and profits. If we fail to accurately predict our manufacturing requirements, we could incur additional cost or experience delays.

148.    In context, this statement was materially false and misleading when made because Defendants knew they were simultaneously telling investors, in powerful terms without qualification, that Rivian had such "strong" (and still "increasing") demand that it warranted a large ramp in the Company's production – hence eliminating any uncertainty about their ability to estimate demand (*see* ¶¶ 31, 39-41, 45-47, 53-54). Defendants further represented that their confidence in the demand was based on current and verifiable data that they closely tracked, including, but not limited to, Rivian's Backlog, order rates, cancellation rates, and macroeconomic factors impacting the EV industry. *See* ¶¶ 2-5, 53-54.

149.    On November 9, 2022, Rivian also held its 3Q 2022 conference call with analysts. During that call, Defendant McDonough announced that Rivian would no

longer publicly report its Backlog figures, forcing investors to trust Defendants going forward about the supposed strength of the Backlog and its supposed relation to demand. At all times relevant, Defendants represented that Rivian was closely watching demand (*see* ¶¶ 2-5, 31, 39-41, 45-47, 53-59) and, thus, could accurately assess it based on credible metrics.

150.   During the Q&A portion of the earnings call, a Deutsche Bank analyst asked Defendants what "production rate" Rivian "need[ed] to achieve" profit under the Roadmap. Defendant McDonough did not commit to a specific figure, but stressed that production ramp accounted for "two-thirds" of the Roadmap and, thus, played an outsized role in Rivian achieving positive gross margins and profitability in 2024:

> *[A]s we've talked about in the past, we expect to see a material step change in gross margin in that walk from current state to that 2024-time frame. And the biggest lever, not surprisingly, is really that fixed cost leverage* as well as our opportunity to move beyond some of the start-up-related costs that you heard RJ and myself talk a bit about that we've already seen from a process perspective, Q3 versus Q2. *That reflects about two-thirds of the margin walk. So just wanted to make sure that you had a sense for just the magnitude of how important ramp is from an overall unit economic perspective.*
>
> *The second key driver for us is associated with pricing. As we've talked about in the past, the post-March 1 configured preorders that we have in our order book reflect a $93,000 average ASP.* And we've got a lot of really exciting next-generation technologies that will be coming into the fold as well that allows us to believe that, that ASP could even drive meaningfully higher on a go-forward basis as well. So that's the second core lever in that economic walk. And then finally, last but certainly not least, is really all of the core focus and work that we're doing right now around the reduction of our bill of materials. So importantly, the engineering and design changes and the road map we have in place to drive meaningful cost savings within that bill of materials over the next couple of years.
>
> And then finally, all of the work that our procurement teams are doing around commercial cost-down opportunities as we continue to scale the business and importantly, work hand-in-hand with our supply chain partners and as Rivian continues to grow out its own manufacturing capacity and drive better unit economics for the business….
>
> We'll continue to see ongoing performance and improvement as we scale, *especially given the magnitude of how important ramp is across the board*. And so the important piece here is that in 2024, you see each of these key levers really in place as it pertains to production ramp, as it pertains to Rivian moving to those post-March 1 preorder base, and importantly, as you think

about the composition of a lot of the engineering design changes that we have from a road map perspective, that all come together to drive that meaningful step change in gross profit.

151.    These statements were materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that:

a.    Defendants had no credible basis to claim production ramp could account for "two-thirds" of the Roadmap to profit in 2024 given the Company's lack of clarity into demand, highly unprofitable sales prices, and existing supply chain and macroeconomic constraints. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 2-5, 31, 52-54, 91, 116, 123.

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶4-6, 31, 39-41, 45-47.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price relative to cost, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

f.    Macroeconomic factors, including high inflation and high interest rates were already impacting the EV industry as a whole, and softening demand. Rivian was not immune to these factors, nor was its Backlog. *See* 2-5, 53-54.

## C.    November 29, 2022 – Rivian Attends Redburn CEO Conference

152.    On November 29, 2022, Rivian participated in a Redburn CEO conference. During that conference, Defendant Scaringe stressed that demand was "foundational to the business" and that Rivian had "to make sure that demand continues to exceed our production capacity". When confronted by a Redburn analyst about weakened demand

for Lucid and Tesla EVs due to macroeconomic factors, and whether Rivian could still support its massive production ramp, Defendant Scaringe shrugged off any concerns and confidently explained that Rivian had a "clear line of sight through 2024 in terms of demand" that was continuing to balloon:

**Charles Coldicott** - Redburn (Europe) Limited

But RJ, I think where I'd like to kick off is asking about demand. So obviously, we've seen order intake slow materially at some other EV names, people like Lucid, even Tesla in certain regions. And a lot of customers are having a tough time right now. Are you confident that Rivian can sell everything it produces whatever the macro backdrop?

**Defendant Scaringe**

Yes. So it's a great question. ***It's foundational to the business to make sure that demand continues to exceed our production capacity. What we've been challenged with, really, over the last year that we've had such a large and growing demand backlog*** that managing customer expectations and making sure we're communicating appropriately to customers, ***some of which were going to be in the backlog or a line for over 2 years***. That's been a really core focus. ***And as we sit here today, we have a very clear line of sight through 2024 in terms of demand, so we feel very confident about that, and we continue to see – and we talked about this on our last earnings call, we continue to see our backlog grow even as we're ramping deliveries***.

153.    These statements were materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that:

a.    Defendants had no credible basis to be "very confident" about a "clear line of sight through 2024 in terms of demand" to deliver on the Roadmap given the Company's lack of clarity into demand, highly unprofitable sales prices, and existing supply chain and macroeconomic constraints. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 4-6, 31, 39-41, 45-47.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price relative to cost, further undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 5, 39, 41, 93, 116, 123.

f.    By claiming Rivian had "clear" sight into demand "through 2024", Defendant Scaringe signaled that Defendants already knew Rivian had sufficient demand to deliver on the Roadmap to become profitable in 2024. But Defendant Scaringe had no basis for this claim for the reasons given in (a)-(e).

**D.    February 28, 2023 – Rivian Files its Shareholder Letter and Financial Results for the Fourth Quarter of 2022, Including Very Disappointing 2023 Production Guidance That Raised Questions About the Roadmap**

154.    On February 28, 2023, Rivian filed its 4Q 2022 Shareholder Letter, which was an exhibit to a Form 8-K signed by Defendant McDonough. The 4Q 2022 Shareholder Letter announced Rivian's disappointing 2023 production guidance of just 50,000 vehicles.

155.    On February 28, 2023, Rivian also filed its Form 10-K for 2022 (the "2022 Form 10-K"), which was signed by the Individual Defendants. In the 2022 Form 10-K, Defendants included the following boilerplate risk disclosure, which was notably different than the risk disclosure Rivian previously used in its 10-Qs in that it no longer doubted Rivian's ability to estimate demand. Instead, the disclosure raised a new contradiction by warning about Rivian's ability to maintain demand, despite Defendants' confident assurances that demand was very strong and they had a clear line of sight into it through 2024:

Our ability to become profitable in the future will depend on the continued successful development and commercial production and acceptance of our vehicles and services, our ability to maintain strong demand and average selling prices for our vehicles, as well as our capability to manufacture our vehicle portfolio efficiently and estimate and effectively manage both our operating expenditures and our capital expenditures.

156. This statement was materially false and misleading when made because Defendants knew or recklessly disregarded that:

a.   Defendants had repeatedly assured investors that demand would not be an issue for the duration of the Roadmap because Defendants had a "clear" line of sight into demand that lasted into 2024 (*i.e.* covering the path to profit), based on current and verifiable data that they closely tracked, including Rivian's Backlog, order rates, and cancellation rates. Unbeknownst to investors, this claim was baseless and it further voided the significance of Rivian's risk disclosure. *See* ¶¶ 31, 39-41, 45-47, 53-54.

b.   Rivian improperly based demand on its Backlog, which was not a valid proxy for demand. Rivian's Backlog was based on $1,000 deposits that required no purchase commitment on the part of the potential consumer and could be canceled at any time without penalty for any reason, which rendered the Backlog highly volatile. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

c.   Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.   A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.   Macroeconomic factors, including high inflation and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce prices to address softening demand. Rivian was not immune to these factors, but Defendants claimed it was not similarly impacted by them. *See* ¶¶ 2-5, 53-54, 64-71.

157. On February 28, 2023, Rivian also held an earnings conference call to discuss the Company's quarterly results. In his prepared remarks, Defendant Scaringe doubled down on his earlier claim that Defendants had "clear" visibility into the strong demand for Rivian EVs "well into 2024" based on the Backlog, which, in turn, supported the Company's production-focused Roadmap to achieve profit in 2024. Defendant Scaringe stated, in relevant part, as follows:

00816485;V1

53

In the fourth quarter, we increased production over 10,000 units. This represents a 36% increase over the third quarter of 2022. ***We maintain a vehicle backlog that provides clear demand visibility well into 2024***.

158.  This statement made by Defendant Scaringe was materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that:

a.    The Backlog was not a valid proxy for demand, nor directly correlated to actual vehicle purchases, or the expected delivery of vehicles to generate revenue. Thus it could not provide "clear demand visibility well into 2024". *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

b.    Rivian's Backlog was based on fully refundable $1,000 deposits that required no purchase commitment on the part of the potential consumer, and could be canceled at any time for any reason without penalty, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

c.    Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low purchase price relative to cost, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.    Macroeconomic factors, including high inflation and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce the price to purchase an EV to address softening demand. Rivian was not immune to these factors. *See* ¶¶ 2-5, 53-54.

f.    By claiming Rivian had "clear" visibility into demand through 2024, Defendant Scaringe signaled that Defendants already knew Rivian had sufficient demand to deliver on the Roadmap, under which Rivian would become profitable in 2024. But Defendant Scaringe had no basis for this claim for the reasons given in (a)-(e).

159.  In Defendant McDonough's prepared remarks to the February 28 earnings call, she reiterated that Rivian would still achieve gross margin profit by 2024. Defendant McDonough also maintained that production ramp accounted for 66% or "two-thirds" of the equation to achieving profit in 2024, and was still very well supported by the strong demand for Rivian EVs:

**Defendant McDonough**:

*I want to reinforce the important steps we took during 2022 to drive towards profitability…*

*We forecast reaching positive gross profit in 2024* and therefore expect by the end of 2024, we will no longer have material LCNRV inventory charges and losses on firm purchase commitments associated with the production at our Normal plant.

In addition to LCNRV, there were factors which negatively impacted our cost of goods sold that we do not believe are reflective of our long-term cost structure. *The most significant driver continues to be our production levels.*

*The largest lever in our forecast is the swing from negative $1 billion of gross profit in Q4 2022 to a step change in positive gross margin in 2024.*

There are 3 key levers that enable this improvement.

*First, the most impactful driver is the per-unit reduction of labor overhead and ramp expenses as our large-scale plant produces a greater number of units*. With the addition of our second shift, the plant in Normal is currently staffed to produce *a significantly higher number of units than our current run rate*. *For context, these expenses represent 2/3 of the bridge from our current COGS per unit to what we expect by the end of 2024.*

The second area is our material costs. We have a detailed road map of both engineering and commercial cost downs. As RJ mentioned, our recent Supplier Day demonstrated the win-win opportunity for our suppliers to participate in Rivian's growth. The final bucket is price. The implementation of our reservation system in early 2022 provides us the pricing flexibility to accommodate the introduction of new products, technologies and inflationary pressures.

The final bucket is price.

160.   These statements were materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that:

    a.    Defendants had no credible basis to claim production ramp could account for "two-thirds" of the Roadmap to profit in 2024 given the Company's lack of clarity into demand, highly unprofitable sales prices, and existing supply chain and macroeconomic constraints. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

    b.    Rivian's volatile Backlog was not a valid proxy for demand and could not show "strong demand" or provide a "very clear line of sight" into demand in 2024. Thus, the Backlog did not support Rivian's Roadmap thesis, which was based chiefly on production ramp. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

    c.    Rivian's Backlog was based on $1,000 deposits that required no purchase commitment on the part of the potential consumer and could

be canceled at any time without penalty for any reason, which rendered the Backlog highly volatile. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

161.  Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

a.  Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

b.  Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 4-6, 31, 39-41, 45-47.

c.  A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price relative to cost, further undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

162.  During the same earnings call, Defendant McDonough boasted to a Wolfe Research analyst that Rivian was so well-positioned, in fact, that it would reach gross margin profitability by 2024 chiefly based on production ramp – despite having to shut production down for some time to increase capacity at the Normal Facility in 2024:

**Rod Lache**

[D]o you have any color on – as we're sort of bridging to profitability, for gross profit profitability, what kind of volume targets are you thinking about as you look out to 2024? You mentioned the 150,000 units of capacity, but do you think you can get to at least 100,000 in that time frame?...

**Defendant McDonough**

(Inaudible) directly on the volume question that you have there as well. As I talked about in my prepared remarks, today we have 65,000 units of R1 capacity in the plant at Normal, and we're increasing that capacity so that 55% or call it, 85,000 units will become R1 capacity as we re-rate the lines midyear next year. ***And so next year, we'll have both the impact of having a multi-week shutdown as we re-rate the plant to add that incremental R1 capacity***. And at that same time, we'll be introducing a number of the next generation technologies that RJ just talked about as well. ***And so we'll still be in a period***

00816485;V1

*whereby we'll be continuing to ramp out of that shutdown in midyear to produce more units in the back half of the year*, but it really won't be until full year 2025, where we'll be ramping up the then re-rated capacity from an R1 perspective.

**Rod Lache**:

So just to clarify what you're saying, are you saying that you're not going to have the 85,000 units of R1 capacity available for 2024? Or will you?

**Defendant McDonough**

It will be available. We're re-rating the lines midyear in 2024. And so from a full year perspective, we won't have the full year impact of that re-rate as we go through the process of a couple of weeks shutdown and then ramps back out of that shutdown in the back half of the year.

**Rod Lache**:

Okay. But despite that, you're still thinking that you can get to gross profit in 2024?

**Defendant McDonough**:

*That's right*.

163.   These statements were materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that:

a.   Ramping production to achieve positive gross profit margins presupposed that there was sufficient demand to increase production, and that the EVs produced would be sold at a profit. Defendants had no reasonable basis to claim either would be possible in time to deliver on the Roadmap. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.   Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants closely watched. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.   Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.   A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.      Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

f.      Rivian's planned production shutdown to re-rate the Normal Facility in 2024 only exacerbated the aforementioned problems. By claiming Rivian would still achieve profit in 2024 despite the planned shutdown, Defendant McDonough signaled that Rivian was so well positioned to achieve profit that even a production shutdown would not matter, which was untrue.

164.  During the same call, in a colloquy with a Cannacord Genuity analyst, Defendant Scaringe once again touted Rivian's "very robust" "demand backlog" and "clear line of sight until well into 2024", which covered the duration of the Roadmap to achieve profit. Defendant Scaringe also again flatly rejected concerns raised by the analyst that demand for Rivian EVs might be impacted by macroeconomic factors affecting other EV companies:

**George Gianarikas**

I'd just like to piggyback on the previous demand question, that preorder question. I know you're not disclosing the preorders, but given there have been so many high-profile admissions of a weakening environment for demand, particularly for EVs, I'm curious as to whether you could shed any light or color as to how your net preorders have been tracking?

**Defendant Scaringe**

Certainly what we're witnessing in the macro and what we're seeing in terms of interest rate is, I think, across the industry, having an effect of moderating overall demand. ***But what we would say is, and as we think about it, the demand backlog that we have is very robust. It gives us a clear line of sight until well into 2024***.

165.  This statement was materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that:

a.      The Backlog was not a valid proxy for demand, nor directly correlated to demand or actual vehicle purchases. Thus, it could not provide a "clear line of sight" on demand and certainly not "well into 2024". *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

b.      Rivian's Backlog was based on fully refundable $1,000 deposits that required no purchase commitment on the part of the potential consumer, and could be canceled at any time for any reason without

penalty, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

c.    Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low purchase price relative to cost, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.    Macroeconomic factors, including high inflation and high interest rates were adversely affecting the EV industry and Rivian was far from immune to these issues. Defendant Scaringe's representation that Rivian's "very robust" Backlog which went "well into 2024" somehow eliminated the adverse effects of industry-wide macroeconomic conditions was simply untrue. *See* ¶¶ 2-5, 53-54.

f.    By again claiming Rivian had "clear" sight into demand though 2024, Defendant Scaringe signaled that Defendants already knew Rivian had sufficient demand to deliver on the Roadmap, under which Rivian would become profitable in 2024. But Defendant Scaringe had no basis for this claim for the reasons given in (a)-(e).

166.    Later in the call, Defendant McDonough again highlighted Rivian's Roadmap. She reiterated that the "largest lever" for achieving positive gross margins and the "most impactful driver," accounting for 2/3 of the equation, was production ramp:

There are 3 key levers that enable this improvement. ***First, the most impactful driver is the per-unit reduction of labor overhead and ramp expenses as our large-scale plant produces a greater number of units***. With the addition of our second shift, the plant in Normal is currently staffed to produce a significantly higher number of units than our current run rate. ***For context, these expenses represent 2/3 of the bridge from our current COGS per unit to what we expect by the end of 2024***. The second area is our material costs. We have a detailed road map of both engineering and commercial cost downs. As RJ mentioned, our recent Supplier Day demonstrated the win-win opportunity for our suppliers to participate in Rivian's growth. The final bucket is price. The implementation of our reservation system in early 2022 provides us the pricing flexibility to accommodate the introduction of new products, technologies and inflationary pressures.

167.    These statements were materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that:

a.    Defendants had no credible basis to claim production ramp could account for "two-thirds" of the Roadmap to profit in 2024 given the Company's lack of clarity into demand, highly unprofitable sales prices, and existing supply chain and macroeconomic constraints. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

168.    After the February 28, 2023 news of Rivian's plans to produce just 50,000 vehicles in 2023 surprised analysts and investors, Rivian's stock price fell $3.54 per share – more than 18 % – to close at $15.76 per share on March 1, 2023. Rivian stock would have fallen further if Defendants did not continue to misrepresent that Rivian would still reach positive gross profit margins in 2024, chiefly based on ramping up production.

**E.    April 4, 2023 – Rivian Attends Bank of America Automotive Summit**

169.    Rivian attended a Bank of America Automotive Summit on April 4, 2023. During the conference, an analyst asked about Rivian's Roadmap. Defendant McDonough provided a break-down of the contributing factors to achieving 2024 profit – including, once again, attributing 66% of the Company's movement towards profitability to increased production:

**John Murphy - BofA Securities**

One of the big things is getting the gross margin breakeven, right? I think you're talking about that and getting actually into positive territory into 2024. Is that purely a question of scale and in a certain level of production that's significantly above 50,000 units? I mean, how do you kind of envision getting there?

**Defendant McDonough**

As we think about the gross profit bridge from Q4 2022 to Q4 of 2024, as you mentioned, we expect to see a true step-change not just to breakeven but to positive territory in that time frame. ***And about 2/3 of that overall bridge is driven by fixed cost leverage that's derived from put -- having greater levels of volume running through our plant in Normal, Illinois.*** The other final 1/3 of that walk is split 50% based off of how we're effectively reducing our material costs. And so the material cost reductions are driven by design-related changes.

170.    These statements were materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that:

  a.    Defendants had no credible basis to claim production ramp could account for "two-thirds" of the Roadmap to profit in 2024 given the Company's lack of clarity into demand, highly unprofitable sales prices, and existing supply chain and macroeconomic constraints. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

  b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

  c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

  d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

  e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

00816485;V1

61

**F.**    **May 9, 2023 – Rivian Files Its Shareholder Letter and Quarterly Report for First Quarter of 2023**

171.    On May 9, 2023, Rivian announced its first quarter results and filed its 1Q 2023 Shareholder Letter, which was an exhibit to a Form 8-K signed by Defendant McDonough. On that date, the Company also filed its Form 10-Q reporting its financial results for the first quarter of 2023 (the "1Q 2023 Form 10-Q"). The 1Q 2023 Form 10-Q was signed by the Individual Defendants.

172.    The 1Q 2023 Shareholder Letter again emphasized that increased production was the "primary lever" to achieve profitability:

• Production: ***Increasing our production volume as we simultaneously leverage our fixed costs at our manufacturing plant in Normal, Illinois is the primary lever on our path to sell each vehicle profitably***. Our 2023 production guidance of 50,000 vehicles remains on track, representing a 100% increase from 2022. While challenges remain, we have become a stronger, more agile company through this process.

173.    This statement was materially false and misleading and omitted material facts when made because Defendants Rivian and McDonough knew or recklessly disregarded that:

a.    Ramping production to achieve positive gross profit margins presupposed that there was sufficient demand to warrant increased production, and that produced units would be sold at a profit. At the time, Defendants had no reasonable basis to assume either would be possible in time to deliver on the Roadmap. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price relative to cost, undermining profitability and the

rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

      e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

174. Rivian's 1Q 2023 Shareholder Letter reaffirmed the Roadmap and underscored that it was a key test to determine whether the Company's fundamentals were sound as it acknowledged that the Company's viability and sustainability were staked on Rivian's "ability to produce high volumes of vehicles profitably". The letter went on to state that approximately 50% of Rivian's 2024 positive gross profit margins "will be driven by greater volume", and claimed that the production volumes for 2023 were sufficient to keep the Company on track and were only expected to improve in 2024:

Drive to sell each vehicle profitably

***Our long-term success as a business will be determined by our ability to produce high volumes of vehicles profitably***. The collective efforts across all our teams and functions are focused on delivering on this goal. ***Our target of generating positive gross profit in 2024 is composed of several drivers across the business. We expect approximately half of the improvement, excluding the impact of lower of cost or net realizable value ("LCNRV") and net losses on firm purchase commitments, will be driven by greater volume. Our 2023 production guidance of 50,000 units implies a doubling of capacity utilization which we believe will result in significantly lower fixed cost per vehicle, and we expect production volumes to increase further in 2024.*** The remaining half is split between material cost reduction and increases in average selling prices. Driving lower material costs will be enabled by two key factors: the integration of new technologies such as Enduro and LFP battery packs as well as commercial contract negotiations with our suppliers. The increase in average vehicle selling prices is composed of the gradual improvements we expect to achieve as we complete the fulfillment of our pre-March 2022 preorder base as well as the introduction of new technologies that produce improved performance and capabilities, such as our Max pack.

175. These statements were materially false and misleading and omitted material facts when made because Defendants Rivian and McDonough knew or recklessly disregarded that:

      a.    Defendants had no credible basis to claim production ramp could account for "half" of the Roadmap to profit in 2024 given the

00816485;V1

Company's lack of clarity into demand, highly unprofitable sales prices, and existing supply chain and macroeconomic constraints. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

176.    Rivian's 1Q 2023 Form 10-Q also included the same contradictory boilerplate risk statement as Rivian previously included in its 2022 Form 10-K concerning the Company's ability to maintain strong demand:

Our ability to become profitable in the future will depend on the continued successful development and commercial production and acceptance of our vehicles and services, our ability to maintain strong demand and average selling prices for our vehicles, as well as our capability to manufacture our vehicle portfolio efficiently and estimate and effectively manage both our operating expenditures and our capital expenditures.

177.    This statement was materially false and misleading and omitted material facts when made because Defendants Rivian and McDonough knew that:

a.    Defendants had already repeatedly assured investors that demand would not be an issue for the duration of the Roadmap because Defendants had a "clear" line of sight into demand that lasted well into 2024 (*i.e.* covering the path to profit), based on current and verifiable data that they closely tracked, including Rivian's Backlog, order rates, and cancellation rates. Unbeknownst to investors, this

00816485;V1

claim was baseless and it also voided the significance of Rivian's risk disclosure. *See* ¶¶ 31, 39-41, 45-47, 53-54.

b.      Rivian improperly based demand on its Backlog, which was not a valid proxy for demand. Rivian's Backlog was based on $1,000 deposits that required no purchase commitment on the part of the potential consumer and could be canceled at any time without penalty for any reason, which rendered the backlog highly volatile. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.      Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.      A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.      Macroeconomic factors, including high inflation and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce prices to address softening demand. Rivian was not immune to these factors, but Defendants claimed it was not similarly impacted by them. *See* 2-5, 53-54.

178.  Also on May 9, 2023, Rivian held an earnings conference call with analysts. At the outset of the conference call, the Individual Defendants reinforced that Rivian was still well positioned to execute on its Roadmap to gross margin profits in 2024:

**Defendant Scaringe**

Overall, the progress we're making against our core value drivers of ramping production, driving costs down, developing new technologies and platforms and enhancing customer experience ***positions us well to continue executing on our goals for the remainder of the year as well as into 2024***….

**Defendant McDonough**

***I also want to take this opportunity to reiterate our gross profit bridge from Q1 2023 to Q4 2024. We continue to target positive gross profit in 2024. Excluding the impact of LCNRV and firm purchase commitments, we expect approximately half of the improvement will be driven by greater volume and utilization of our installed capacity***. …

***Our 2023 production guidance of 50,000 units implies a doubling of capacity utilization, which will result in significantly lower fixed cost per vehicle, and we expect production volumes to increase further in 2024***. The remaining half is split between increases in average selling prices and material

00816485;V1

cost reduction. Lower material costs will be enabled by the integration of new technologies such as Enduro and LFP battery packs which delivered about a 25% material cost reduction for our commercial vehicles in Q1 versus Q4. In addition to the engineering design-driven cost reductions we also expect to realize commercial cost savings as we negotiate with our suppliers. The increase in average selling prices is based upon the gradual improvements we expect to achieve as we complete the fulfillment of our pre-March 2022 preorder base as well as the introduction of new technologies that produced improved performance and capabilities. While gross margin is expected to remain negative in 2023, Q1 represented significant progress versus Q4 2022 with gross profit loss per delivered vehicle nearly cut in half.

179.  These statements were materially false and misleading and omitted material facts when made because Defendants Scaringe and McDonough knew or recklessly disregarded that:

a.  Defendants had no credible basis to claim Rivian was well positioned at the time or that production ramp could still account for "half" of the Roadmap to profit in 2024 given the Company's lack of clarity into demand, highly unprofitable sales prices, and existing supply chain and macroeconomic constraints. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.  Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.  Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.  A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.  Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

### G.    June 2, 2023 – Rivian Attends Sanford C Bernstein Strategic Decisions Conference

180.    On June 2, 2023, Rivian participated in the Sanford C Bernstein Strategic Decisions Conference. Rivian's Roadmap was becoming increasingly more difficult to achieve as each quarter passed during the Class Period. Yet, during this conference, Defendant Scaringe was unphased and continued to tout Rivian's Roadmap, reiterating to the market that the "biggest driver towards healthy margin structure on R1 is volume", which remained "half" of the story for the Roadmap. Defendant Scaringe also explained that Rivian would "feather in" new EV orders (which were at much higher prices) into deliveries in an attempt to raise the average selling price of a Rivian EV and distract the market from the severe profit erosion that these earlier orders caused:

**Defendant Scaringe**

***So the biggest driver towards healthy margin structure on R1 is volume***. ***So if you think about the path to our target state margin profile, about half is volume.*** And the reason for that is the fixed cost absorption in a large-scale plant when you're running a plant well under -- at subscale is really [sic] high deal. So that's by far away...

**A.M. Sacconaghi - Sanford Bernstein**

Now when you talk about fixed cost, is that depreciation? Is that overhead labor associated with that plant? Because again, at [this day], depreciation is $2,000 or $3,000 per car. So if your plant is theoretically half -- running at half capacity, maybe $5,000 or $6,000 per car, it doesn't feel like a $20,000 difference. You know what I'm saying?

**Defendant Scaringe**

Correct. So when I say a fixed, I'm bundling here for simplicity's sake. But if you think of when we're running at half capacity, the staffing -- the land layout is not set up for half the capacity. So the number of people on the line, so it's -- your variable cost is the same. So the number of people, the cost to run the plant is the same. All the nonpeople cost to run the plant remains the same. The depreciation, obviously, the overall not still the same, so it's divided by less vehicles.

***So when you put all those together, about half the reduction comes from volume.*** Now the other half is made up of really 2 parts. One is we have a step-up in our ASP that that – we're already beginning to see, and you can see this -- you'll see this quarter-over-quarter happen, but we had pricing that we'd originally announced and locked to -- or linked to, I should say, our early configured vehicles. And that early pricing had a big step-up that represents roughly another 25% of the step down -- or step down -- or step towards

00816485;V1

profitability. And we're already seeing that. ***So we're now starting at the very beginning of blending in new orders, which are much higher pricing than the older orders.***

And then the third component for us is the bill of materials. So it's -- that's achieved in really 2 ways. One is the commercial negotiations that we're having today with suppliers. And the other are some of the things we've spent some time talking about today, which are just technical changes we're making to the vehicle simplification, consolidation of componentry, new drive units. We just launched a new dual-motor drive unit, which is a considerable cost-down relative to what we launched with. But all those things together get us to a healthy margin structure.

181.    These statements were materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that:

a.    Defendants had no credible basis to claim production ramp could still account for "half" of the Roadmap to profit in 2024 given the Company's lack of clarity into demand, highly unprofitable sales prices, and existing supply chain and macroeconomic constraints. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

182.    When directly asked about whether Rivian still had "confidence" in the demand for its EVs, Defendant Scaringe was quick to answer that Rivian was still carefully and closely watching the matter "daily" based on several data points, and

continued to see "strong" demand, which, in turn, gave further support to the Roadmap. According to Defendant Scaringe, the macroeconomic factors impacting others in the industry were still not a factor for Rivian:

**A.M. Sacconaghi - Sanford Bernstein**

Okay. And you've talked about like orders extending into 2024. Can you talk at all about sort of the rate of change of orders or backlogs in a way that makes you confident about volumes going forward?...

So I'm sure you look at daily orders and ready to change your backlog. And is there anything on that, that I mean, qualitatively, I presume that's what provides some of your confidence? Is there anything on that dimension that you can share that would be helpful for investors?

**Defendant Scaringe**

No. Just -- I mean, as you said, I think we – ***we've watched the demand. I mean it is a daily thing that we watch***. We have to be careful not to overinterpret discrete events that are happening and look at enough of a time horizon to pick the true trend. But last summer, I would say it was the most extreme where you just had -- demand was almost -- it was off the charts….
***So we're watching really closely what's going to happen at the macro if that's going to introduce some major shifts, but we continue to see demand for the products***, and the functionality of the products helps us here. It's not like this is a 2-seat sports car that's a purely discretionary purchase.

183.    This statement was materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that:

a.    While Defendants admittedly continued to "closely" watch Rivian's Backlog and macroeconomic factors, the Backlog was not a valid proxy for demand, nor was Backlog directly correlated to actual vehicle purchases, or Rivian's ability to generate revenue. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.    Rivian's Backlog was based on fully refundable $1,000 deposits that required no purchase commitment on the part of the potential consumer, and could be canceled at any time for any reason without penalty, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

c.    Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, which, in turn, reduced the Backlog and the supposed demand for Rivian's EVs. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

d.   A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low purchase price relative to cost, further undermining profitability and the rationale to ramp production on the basis of the Backlog. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

e.   Macroeconomic factors, including high inflation, supply chain issues and high interest rates were impacting the EV industry as a whole and causing competing EV manufacturers to reduce the price to purchase an EV to address softening demand. Rivian was not immune to these factors, and Defendant Scaringe's claim that Rivian nonetheless "continued" to see demand based on Backlog did not tell the true story. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

184.   Speaking further on the topic of demand, Defendant Scaringe explained that as much as Rivian still paid "close" attention to Backlog figures, which it had not reported since November 2022, it paid even "close[er] attention to" cancellation rates, which Rivian also did not report to the public.

## H.   June 15, 2023 – Rivian Attends Deutsche Bank Global Auto Industry Conference

185.   On June 15, 2023, Rivian attended the Deutsche Bank Global Auto Industry Conference. During the conference, a Deutsche Bank analyst inquired about the trend in the Company's Backlog and corresponding consumer demand – which were critical to following through on the Roadmap. In response, Defendant McDonough reiterated that despite macroeconomic factors impacting other EV manufacturers, the strong demand for Rivian EVs remained "really stable" and its Backlog was "really robust" and still extended into 2024. In other words, the strength of demand for Rivian's EVs kept the Roadmap on track:

**Emmanuel Rosner**

What do you think in terms of consumer demand and receptiveness to your current pricing? So you're not disclosing backlog anymore, but can we get some sense of demand trends you're seeing recently, any signs of consumer slowdown?

**Defendant McDonough**

***Overall, we continue to have a really robust backlog of preorders that extends into 2024.*** We certainly have seen some impacts of the broader macroeconomic environment in 2023 as we compare current daily order rates relative to what we saw maybe a year ago. ***But we've seen really a stable***

*environment throughout the course of this year from a demand vantage point*.

186. This statement was materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that:

a.  Rivian repeatedly conflated its Backlog with actual demand and could not validly claim that the strong demand for Rivian EVs was "stable" based on the Backlog, which was extremely unstable. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

b.  Rivian's Backlog was based on fully refundable $1,000 deposits that required no purchase commitment on the part of the potential consumer, and could be canceled at any time for any reason without penalty, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

c.  Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian's EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.  A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low purchase price relative to cost, further undermining profitability and the rationale to ramp production on the basis of the Backlog. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.  Macroeconomic factors, including high inflation, supply chain issues, and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce prices to purchase an EV to address softening demand. Rivian was not immune to these factors, and Defendant McDonough had no credible basis to claim that demand was "stable" notwithstanding these factors and reached well into 2024. *See* ¶¶ 2-5, 53-54.

f.  By claiming Rivian's "really robust" Backlog still extended into 2024, Defendant Scaringe signaled that Defendants still knew Rivian had sufficient demand to deliver on the Roadmap, under which Rivian would become profitable in 2024. But Defendant Scaringe had no basis for this claim for the reasons given in (a)-(e).

**I.    August 8, 2023 – Rivian Files Second Quarter 2023 Financial Results**

187. On August 8, 2023, Rivian announced its second quarter results and filed its 2Q23 Shareholder Letter, which was an exhibit to a Form 8-K signed by Defendant McDonough and filed with the SEC. On that date, the Company also filed its Form 10-

Q reporting its financial results for the second quarter of 2023 (the "2Q 2023 Form 10-Q"). The 2Q 2023 Form 10-Q was signed by the Individual Defendants.

188.    The 2Q 2023 Shareholder Letter again explained that the "primary lever" to achieving profitability under the Roadmap was still increasing production:

> In the first half of 2023, we produced 23,387 vehicles which is in line with the production volumes we achieved for the full year 2022. ***Increasing our production is the primary lever in our path to profitability.*** The incorporation of our in-house drive units has played and will continue to play an instrumental role in improving our production ramp and cost structure.

189.    This statement was materially false and misleading and omitted material facts when made because Defendants Rivian and McDonough knew or recklessly disregarded that:

a.    Increasing "production" to reach gross margin profitability by the fourth quarter of 2024 presupposed that there was sufficient demand to warrant increased production, and that produced units would be sold at a profit. At the time, Defendants had no reasonable basis to assume either was possible in time to deliver on the Roadmap. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to filling at an extremely low price relative to cost, further undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.    Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

f.     Like its competitors, Rivian was not immune from macroeconomic factors impacting the EV industry as a whole, including, but not limited to, inflation rates, supply chain issues, high interest rates, weakened demand, and reduced retail prices to purchase EVs from competing EVs manufacturers like Tesla. Thus, representing that charging forward with a production ramp supported by Rivian's volatile Backlog would somehow weather these issues for Rivian was materially misleading. *See* ¶¶ 2-5, 53-54.

190.    The 2Q 2023 Form 10-Q also included the same boilerplate risk disclosures that Rivian previously issued concerning Rivian's ability to maintain demand. The 2Q 2023 Form 10-Q represented that:

> Our ability to become profitable in the future will depend on the continued successful development and commercial production and acceptance of our vehicles and services, our ability to maintain strong demand and average selling prices for our vehicles, as well as our capability to manufacture our vehicle portfolio efficiently and estimate and effectively manage both our operating expenditures and our capital expenditures.

191.    This statement was materially false and misleading when made because the Defendants Rivian and McDonough knew that:

a.     Defendants had already repeatedly assured investors that demand would not be an issue for the duration of the Roadmap because Defendants had a "clear" line of sight into demand that lasted well into 2024 (*i.e.* covering the path to profit), based on current and verifiable data that they closely tracked, including Rivian's Backlog, order rates, and cancellation rates. This claim was baseless and voided the significance of Rivian's risk disclosure. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.     Rivian improperly based demand on its Backlog, which was not a valid proxy for demand. Rivian's Backlog was based on $1,000 deposits that required no purchase commitment on the part of the potential consumer and could be canceled at any time without penalty for any reason, which rendered the backlog highly volatile. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.     Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.     A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

00816485;V1

e.  Macroeconomic factors, including high inflation and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce prices to address softening demand. Rivian was not immune to these factors, but Defendants claimed it was not similarly impacted by them. *See* ¶¶ 2-5, 53-54.

192.  On August 8, 2023, Rivian also hosted an earnings call with investors and analysts. During the conference call, Defendant Scaringe once again "confidently" stressed that Rivian still had "clear visibility" into the demand for Rivian's EVs "deep into 2024" based on the Backlog, signaling that the Roadmap, which was designed to yield its benefit in 2024, was on track:

**Dan Levy - Barclays Bank**

…I think one of the broader themes in the EV sales landscape today is just around demand. And I think there's questions broadly around some weakness of demand. Maybe you can give us a sense -- I know you've taken away the order backlog, but what confidence do you have that your backlog will sustain well into 2024 and that you're going to be supply constrained for the foreseeable future?

**Defendant Scaringe**

***…[W]e feel very confident in the continued backlog that we have. We have clear visibility into -- deep into 2024 with that backlog that's established.*** And as more and more vehicles are on the roads, and we now have tens of thousands of R1s on the roads, it continues to feed the flywheel of awareness about the brand. And as I said, some of our strongest advocates are people that are driving our vehicles every day. And ***so we're quite bullish on the continued strong demand we have for our products.***

193.  This statement was materially false and misleading and omitted material facts when made because Defendant Scaringe knew or should have known that:

a.  Rivian's Backlog was not a valid proxy for demand and thus could not demonstrate "clear visibility…deep into 2024" into the "strong demand" for Rivian EVs. Moreover, only Rivian had access to its Backlog and cancellation rate figures, as these figures were not reported to the public. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.  Rivian's Backlog was based on fully refundable $1,000 deposits that required no purchase commitment on the part of the potential consumer, and could be canceled at any time for any reason without penalty, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.  Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an

00816485;V1

EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian's EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.   A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low purchase price relative to cost, further undermining profitability and the rationale to ramp production on the basis of the Backlog. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.   Macroeconomic factors, including high inflation, supply chain problems (which Rivian was already experiencing), and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce the price to purchase an EV to address softening demand. Rivian was not immune to these factors. *See* ¶¶ 2-5, 53-54.

f.   By continuing to claim Rivian had "clear" visibility into demand that extends "deep" into 2024, Defendant Scaringe signaled that Defendants still knew Rivian had sufficient demand to deliver on the Roadmap, under which Rivian would become profitable in 2024. But Defendant Scaringe had no basis for this claim for the reasons given in (a)-(e).

**J.   September 7, 2023 – Rivian Attends Goldman Sachs Communacopia + Technology Conference**

194.   On September 7, 2023, Rivian participated in an investor conference with Goldman Sachs. During that conference, Defendant McDonough continued to reiterate that ramping production, which Rivian supposedly had more than sufficient demand to do, was still "the single largest driver" to achieve profitability in 2024:

> ***First, as we look at gross profit itself, the key levers for us are continuing to ramp up production volumes within our normal production facility itself. That, as we provided in our Q1 earnings call, we provided a little bit of details or context on a bridge from where our current financial results were in Q1 to the end of 2024.*** As we think about the continued scaling and production of our facility in both the ramp of R1 vehicles and continued growth of our commercial van line as well. ***That's the single largest driver as we think about the path to positive gross profit for us.*** The other key factors for us are driven by introductions of new technologies within the vehicle.

195.   These statements were materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that:

a.   Ramping production to achieve positive gross profit margins presupposed that there was sufficient demand to warrant increased production, and that produced units would be sold at a profit. At the time, Defendants had no reasonable basis to assume either would be

possible in time to deliver on the Roadmap. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.  Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.  Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.  A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to filling at an extremely low price relative to cost, further undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.  Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

f.  Macroeconomic factors, including high inflation and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce the price to purchase an EV to address softening demand. Rivian was not immune to these factors. *See* ¶¶ 2-5, 53-54.

196.  During the same conference, a Goldman Sachs analyst asked Defendant McDonough about how the "closely watched" metric of demand was holding up at Rivian given its critical importance to achieving the Roadmap. In response, Defendant McDonough continued to tout Rivian's strong demand based on its Backlog, which was purportedly "holding up" and "mirror[ing]" production volumes, despite macroeconomic factors adversely impacting the EV industry. In other words, the Roadmap remained intact and on track:

**Mark Delaney – Goldman Sachs**

That's very interesting. Maybe we can shift gears a little bit and talk on demand. And given what's been a long wait times to get an R1, some customers tend to put in orders as well in advance, sometimes over a year

long. So as you're notifying consumers to prepare for deliveries, what are you seeing in terms of conversion rates on that backlog? Are you seeing anything unusual in terms of cancellation rates? Or is the backlog holding up well?

**Defendant McDonough**

***The backlog has been holding up well***. As we mentioned last quarter, we had the opportunity to have our first quarter where we had R1S production that outpaced R1T. And that's really important for us given the broader backlog for our vehicles have always been more heavily weighted towards S. ***And so we are now in a position to have our production volumes mirror or match more closely with the backlog that we have from a demand standpoint.*** And so we're excited about bringing more and more vehicles to market. Actually one of the biggest inhibitors to purchase or the reason why someone cancels is wait time. So we're excited to continue to work through that backlog, get more of the community out there growing and building awareness and excitement for the vehicles and the brand as well.

197.   These statements were materially false and misleading and omitted material facts when made because Defendant McDonough knew or recklessly disregarded that:

a.   The Backlog was not a valid proxy for demand, nor directly correlated to actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

b.   Rivian's Backlog was based on fully refundable $1,000 deposits that required no purchase commitment on the part of the potential consumer, and could be canceled at any time for any reason without penalty, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 5, 31, 52-54, 91, 116, 123.

c.   Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian's EVs. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

d.   A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low purchase price, further undermining profitability and the rationale to ramp production on the basis of the Backlog. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.   Macroeconomic factors, including high inflation, supply chain problems (which Rivian was already experiencing) and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce prices to purchase an EV to address softening demand. Rivian was not immune to these factors, and neither was its Backlog. *See* ¶¶ 2-5, 53-54.

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

### K.    September 14, 2023 – Rivian Attends Morgan Stanley Laguna Conference

198.    On September 14, 2023, Rivian participated in Morgan Stanley's Laguna conference. During that conference, Defendant Scaringe continued to highlight the singular importance of increased production for reaching the "pathway to profitability":

> And we've got a few big objectives, which I'll ladder into. I'm sure some of the core questions you're thinking about. ***But number one, we continue to focus on ramping production.*** And the ramping of production for our first set of products are flagship consumer products, R1T and TVNOS, which Adam is referring to, along with our commercial vans.
>
> ***That's really critical to achieve the level of fixed cost leverage or fixed cost absorption we need on the pathway to profitability*** in our normal facility, our first production plant….
>
> [W]e've done a really good job of creating a product portfolio that customers want…we then need to be able to produce products. And so the ability to ramp…is such an important part this.

199.    These statements were materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that:

a.    Ramping production to achieve positive gross profit margins presupposed that there was sufficient demand to warrant increased production, and that produced units would be sold at a profit. At the time, Defendants had no reasonable basis to assume either would be possible in time to deliver on the Roadmap. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.    Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.    Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.    A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price relative to cost, further undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

e.  Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 5, 39, 41, 93, 116, 123.

f.  Macroeconomic factors, including high inflation, supply chain problems and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce prices to purchase an EV to address softening demand. Rivian was not immune to these factors. *See* ¶¶ 2-5, 53-54

200.  On the topic of demand, Defendant Scaringe once again made clear that demand was still "very strong". Indeed, he explained that the Backlog was so strong that customers had to wait over a year before Rivian fulfilled their order, which he claimed was a "good problem" for the Company to have:

> ***So we continue to see very strong demand backlog***. We have market-leading residual values. If you buy our R1S today, you can sell it tomorrow for more than you bought it for. If you order an R1S today, you're not going to get until the end of next year. That's a problem but a high-class problem. ***It's a good problem to have.***

201.  These statements were materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that:

a.  Rivian was conflating its Backlog with demand, and its Backlog was not a valid proxy for demand given its high volatility. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

b.  Rivian's Backlog was based on fully refundable $1,000 deposits that required no purchase commitment on the part of the potential consumer, and could be canceled at any time for any reason without penalty, which rendered the Backlog highly volatile and unreliable. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54.

c.  Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian's EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.  Macroeconomic factors, including high inflation and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce prices to purchase an EV to address softening demand. Rivian was not immune to these factors. *See* ¶¶ 2-5, 53-54.

**L.　November 7, 2023 – Rivian Files Third Quarter 2023 Financial Results, Hosts Conference Call, and Publishes Shareholder Letter**

202.　On November 7, 2023, the Company announced its third quarter results and published its 3Q 2023 Shareholder Letter, which was an exhibit to a Form 8-K signed by Defendant McDonough. On that date, the Company also filed its Form 10-Q reporting its financial results for the third quarter of 2023 (the "3Q 2023 Form 10-Q"). The 3Q 2023 Form 10-Q was signed by the Individual Defendants.

203.　The 3Q 2023 Form 10-Q once again included Rivian's boilerplate misleading risk disclosure concerning the Company's ability to maintain strong demand:

> Our ability to become profitable in the future will depend on the continued successful development and commercial production and acceptance of our vehicles and services, our ability to maintain strong demand and average selling prices for our vehicles, as well as our capability to manufacture our vehicle portfolio efficiently and estimate and effectively manage both our operating expenditures and our capital expenditures.

204.　This statement was materially false and misleading when made because Defendants Rivian and McDonough knew that:

a.　Defendants had already repeatedly assured investors that demand would not be an issue for the duration of the Roadmap because Defendants had a "clear" line of sight into demand that lasted well into 2024 (*i.e.* covering the path to profit), based on current and verifiable data that they closely tracked, including Rivian's Backlog, order rates, and cancellation rates. Unbeknownst to investors, this claim was baseless and it also voided the significance of Rivian's risk disclosure. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.　Rivian improperly based demand on its Backlog, which was not a valid proxy for demand. Rivian's Backlog was based on $1,000 deposits that required no purchase commitment on the part of the potential consumer and could be canceled at any time without penalty for any reason, which rendered the backlog highly volatile. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.　Rivian's Backlog required consumers to wait extremely long periods (approximately two years) before their turn came up to purchase an EV, which led to significant cancellations, and, in turn, reduced the Backlog and the supposed demand for Rivian EVs. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

d.　A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to fulfilling at an extremely low price, undermining profitability and the rationale to

ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

     e.    Macroeconomic factors, including high inflation and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce the price to purchase an EV to address softening demand. Rivian was not immune to these factors. *See* ¶¶ 2-5, 53-54.

205.   Rivian also held an earnings conference call on November 7, 2023. Top of mind, as always, was Rivian's progress on its Roadmap, especially since the Company was on the cusp of announcing production guidance for 2024. A Goldman Sachs analyst asked whether Rivian was still on track to achieve positive margins in 2024 and more specifically whether anything had changed in the Roadmap given macroeconomic factors impacting the EV industry as a whole. In response, Defendant Scaringe confirmed Rivian's Roadmap without qualification while expressing a "very high degree of confidence" that Rivian's fundamentals, in particular its ability to produce and sell EVs at profit, were strong:

**Mark Delaney - Goldman Sachs**

You reiterated your view to be gross margin positive in 2024, but I'm hoping to better understand if you're views in how Rivian will get there, have changed at all recently, given the volatility in the industry more broadly with competitors cutting EV vehicle prices, but also costs falling in Rivian, as you've described, making so much progress on its own cost structure.

**Defendant Scaringe**

Thanks, Mark. I'll let Claire jump in on this as well. This is just such an important topic. And ultimately, there's – I just spoke to it a bit, ***but there's a few major levers. The first being, the continued ramp-up of our production facility and the fixed cost absorption that comes with that.*** We're seeing the benefits of that quarter-over-quarter as we continue to ramp. So it's numerically very easy to understand.

The second, which is maybe less – it's not as easy to see without having a look into all of our supplier negotiations and discussions is the significant progress we're making contractually with redefining build material costs or material costs through negotiations with suppliers, through resourcing of new suppliers, or through changes to the component or system design to achieve those cost reductions….

And then lastly, which I spoke to a moment ago is growth in ASP. And that's going to be both due to the layering in or the feathering in of new pricing, which again, we'll just see quarter-over-quarter as more and more of our

deliveries are associated with new pricing, meaning post-March 1, 2022, as we work through that. And then the other is the introduction of some of these new trim packages, Max Pack, is an example, we have some new trim configurations going to be coming out next year that will also help us grow ASP. *So it's a combination of ramp, material cost and ASP that give us a very high degree of confidence in our long-term for the business*….

206.   These statements were materially false and misleading and omitted material facts when made because Defendant Scaringe knew or recklessly disregarded that the "major lever" of the production ramp were not in place because:

a.   Ramping production to achieve positive gross profit margins presupposed that there was sufficient demand to warrant increased production, and that the EVs produced would be sold at a profit. At the time, Defendants had no reasonable basis to assume either would be possible. *See* ¶¶ 2-5, 31, 39-41, 45-47, 53-54, 90.

b.   Rivian's support for claiming it had sufficient demand was based on a highly unreliable Backlog that was volatile due to the ease of cancellations, which Defendants watched closely. The Backlog was not directly correlated to demand or actual vehicle purchases, or the expected delivery of vehicles to generate revenue. *See* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123.

c.   Rivian's cost to produce each EV, including bill of material costs, and other fixed and variable costs associated with operating the Normal Facility (below capacity), made the sale of each EV highly unprofitable for the Company. At the time, Rivian lost tens of thousands of dollars on the sale of each EV produced. *See* ¶¶ 5, 39, 41, 93, 116, 123.

d.   A material portion of Rivian's Backlog was based on pre-March 1, 2022 preorders, which the Company committed to filling at an extremely low price relative to cost, undermining profitability and the rationale to ramp production on the basis of those preorders. *See* ¶¶ 5, 39, 41, 93, 116, 123.

e.   Rivian was already experiencing supply chain, production, and macroeconomic issues. With no clarity into whether or when these issues would be resolved, Defendants knew they presented an even greater challenge for ramping production and achieving gross margin profits by 2024. *See* ¶¶ 2-5, 53-54.

f.   Macroeconomic factors, including high inflation and high interest rates were already adversely impacting the EV industry as a whole and causing competing EV manufacturers to reduce the prices to purchase an EV to address softening demand. Rivian was not immune to these factors. *See* ¶¶ 2-5, 53-54.

**M.    February 21, 2024 – The Truth is Revealed: Rivian Stuns the Market By Announcing Lower Production Guidance For 2024 Than In 2023, Substantially Weakened Demand, and a Modified Roadmap That Minimized Production**

207.    On February 21, 2024, Rivian published its 2023 Shareholder Letter, which was an exhibit to a Form 8-K signed by Defendant McDonough. In the 2023 Shareholder Letter, published after market close, Rivian jolted the market and announced ***production guidance for 2024 that was lower than that of 2023***: "We expect 2024 production to be flat year-over-year with total units of 57,000". This 57,000 figure was actually less than flat as it was below the 57,232 EVs Rivian produced in 2023. Thus, ***Rivian was not growing – it was moving backwards***. Rivian's 57,000 figure was also smaller than the Company's internal production target of 62,000 for 2023. *See* ¶¶76-77. In sum, the market learned that Rivian's supposed ramp up of production – the cornerstone of its growth story since the Roadmap was announced in 2022 – was in tatters when just one quarter prior it was strongly affirmed.

208.    With production moving backwards, Defendants had to go back to the drawing board and draft a new roadmap. In the 2023 Shareholder Letter, Rivian outlined a new roadmap that materially reduced the significance of production, which, of course, is a fundamental function for an EV manufacturer that investors were closely watching:

> ***The key drivers to bridge the fourth quarter 2023 to the fourth quarter of 2024 are***:
>
> • ~50% - Variable cost per unit: We anticipate the majority of these savings will be accomplished through the material cost reductions planned as part of our R1 engineering design changes, commercial supplier negotiations, and lower raw material costs.
>
> • ***~35% - Fixed/semi-fixed cost efficiencies***: As part of our planned shutdown and the associated design changes and optimization initiatives, we expect to significantly reduce our fixed costs per vehicle delivered by the end of 2024. ***These initiatives include increasing our production line rate by 30%.*** We also expect our LCNRV and firm purchase commitments balance to provide a benefit to gross profit during 2024.
>
> • ~15% - Non-vehicle revenue: With over 71,000 Rivians on the road, we have the opportunity for increased revenue in areas such as service, accessories, remarketing, finance, insurance, and other software enabled services. These revenue sources are core to our long-term margin targets, and we expect to

continue to drive growth and efficiencies in these areas over the next few years.

209.   During Rivian's earnings conference call held that same day, Defendant Scaringe further shocked the market by stating that the demand underpinning the production ramp, which Defendants had repeatedly assured investors was "strong", "stable", "really robust", reached "deep into 2024", and was not suffering from macroeconomic factors impacting the EV industry as a whole, had supposedly suddenly been "negatively impacted" in the span of a single quarter. In addressing this issue, Defendant Scaringe ignored that he had told investors that Defendants "closely watched" the Backlog and cancellation rates "daily," (*see* ¶¶ 5, 31, 52-54, 84, 91-93, 116, 123). Thus, Defendants knew or recklessly disregarded that demand was suffering earlier than disclosed and was not as Defendants had portrayed throughout the Class Period:

> Our business is not immune to existing economic and geopolitical uncertainties, most notably the impact of historically high interest rates, ***which has negatively impact [sic] demand***. In this fluid environment, we appreciate the expressed interest in demand visibility from the investment community.

210.   Defendant Scaringe's last statement – that Rivian "appreciate[d] the expressed interest in demand visibility from the investment community" was disingenuous at best as Defendants had relentlessly boasted of their "visibility" and "clear line of sight" into demand "well into 2024" throughout the Class Period while simultaneously withholding the data upon which these claims were based from investors. *See* ¶¶ 31, 39-41, 45-47, 53-54.

211.   Thus, ramping production volume (the heart of Rivian's Roadmap since 2022) and, as Defendants represented, the key to proving Rivian could emerge beyond the growth stage and achieve long-term sustainable success through the fundamentals of its business – plunged from 66% at the beginning of the Class Period to just a facet of the 35% bucket (together with cost efficiencies). Regardless of whether Rivian would somehow achieve profitability in 2024 or not, it was now abundantly clear that Rivian could not get there through what mattered most, the fundamentals of its business.

212.  Relatedly, Rivian also announced that the Company had cashed in $73 million in regulatory credits in 2023, including $39 million in Q4 alone, signaling that Defendants knew they would need to bridge the gap to profit by means other than production.

213.  As alleged *supra* (*see* ¶¶133-135), after substantially reducing Rivian's 2024 production guidance further to just 47,000-49,000 EVs in October 2024, in November 2024, Defendants announced that Rivian would be selling $300 million in banked regulatory credits to add to the Company's revenue – a transparent attempt to salvage Rivian's profitability narrative by any means necessary. This was just lipstick on a pig as adding $300 million to revenues through banked regulatory credits does not testify to the fundamental soundness of Rivian's business, which is what the Roadmap was supposed to accomplish. In addition, Rivian had been sitting on these hundreds of millions of regulatory credits – which can be kept and sold at any time – and chose the failure of the Roadmap as the perfect time to cash a material amount of them in.

## VI.    ADDITIONAL SCIENTER ALLEGATIONS

214.  Defendants acted with scienter in that they knew or recklessly disregarded that the public documents and statements they issued and disseminated to the investing public in the name of the Company or in their own name during the Class Period were materially false and misleading.

### A.    The Individual Defendants Knew Their Statements Were Materially Misleading As They Continually Boasted of Rivian's Clear Visibility Into, And Daily Tracking Of, Rivian's Demand and Backlog, and They Repeatedly Stressed Rivian's Strong Demand

215.  During at least ***five different conference calls*** during the Class Period, Defendant Scaringe represented that he had clear visibility of demand for Rivian's EVs. *See* ¶150 (November 9, 2022 conference call where Defendant Scaringe told the market that "we have significant demand visibility…"; ¶152 (November 29, 2022 conference call where Defendant Scaringe stated that he had a "clear line of sight through 2024 in

00816485;V1

terms of demand"); ¶163 (February 28, 2023 conference call where Defendant Scaringe repeated that "we maintain a vehicle backlog that provides clear demand visibility well into 2024" and that the Company has a "clear line of sight until well into 2024"); ¶181 (June 2, 2023 conference call where Defendant Scaringe stated that "we've watched the demand. I mean it is a daily thing that we watch" and "[a] metric that we actually pay even closer attention to is cancellation rate"); ¶191 (August 8, 2023 conference call where Defendant Scaringe stated that "we have clear visibility into – deep into 2024"); *see* also ¶184 (Defendant McDonough stated during a June 15, 2023 conference that "[w]e certainly have seen some impacts of the broader macroeconomic environment in 2023 *as we compare current daily order* rates relative to what we saw maybe a year ago").

216.   Defendants also repeatedly represented that based on their "clear visibility" into the demand for Rivian EVs, they knew that the demand for Rivian EVs was strong. After the third quarter of 2022 when Rivian stopped reporting data regarding the status of the Backlog, Defendants alone had access to these highly relevant metrics. Nevertheless, Defendants repeatedly reassured investors that they monitored Rivian's Backlog figures, and its cancellation rates very closely, on a "daily" basis. And, based on the supposed strength of these metrics, and Defendants' clarity on the status of these metrics, during every single quarter of the Class Period, Defendants stressed the strength of the demand for Rivian's EVs, including by claiming it would last deep into 2024. *See* ¶136 (2Q 2022 Shareholder Letter, signed by Defendant McDonough, stating that "demand is strong"); ¶150 (3Q 2022 Shareholder Letter, signed by Defendant McDonough, stating that there is "strong demand…evidenced by our robust Backlog"); ¶152 (November 29, 2022 conference call where Defendant Scaringe stated that unlike other EV manufacturers, Rivian was not experiencing weakening demand and its backlog was continuing to grow); ¶163 (February 28, 2023 conference call where Defendant Scaringe stated Rivian was confident in the strength of its demand); ¶168 (April 4, 2023

conference where Defendant McDonough explained that demand extended into 2024); ¶177 (May 9, 2023 conference call where Defendant Scaringe stated that demand extends into 2024); ¶181 (June 2, 2023 conference where Defendant Scaringe stated that demand was strong and Rivian's demand was "more resilient" than other EV manufacturers); ¶184 (June 15, 2023 conference where Defendant McDonough stated that demand is "robust" and extends into 2024); ¶191 (August 8, 2023 conference call where Defendant Scaringe stated that Rivian was "confident" in the strength of demand); ¶195 (September 7, 2023 conference where Defendant McDonough stated that demand and the backlog "has been holding up well"); ¶204 (November 7, 2023 conference where Defendant Scaringe stated that Rivian "remain[s] very bullish on… long term demand").

217.  Defendants also repeatedly represented to investors throughout the Class Period that, unlike other EV manufacturers, demand for Rivian EVs was not significantly impacted by macroeconomic pressures. Defendants stopped just short of representing that the demand for Rivian EVs was immune from challenging macroeconomic factors and on five occasions during the Class Period, Defendants explained that Rivian's "robust" Backlog, which extended "deep into 2024" was "more resilient" and experiencing none of the softening demand that other EV manufacturers were experiencing. *See* ¶152 (November 29, 2022 conference call where Defendant Scaringe was explicitly asked if Rivian was experiencing softening demand like other EV manufacturers and his response was that the "demand backlog [] is very robust. It gives us a clear line of sight well into 2024"); ¶163 (February 28, 2023 conference call where Defendant Scaringe outright denied that Rivian was experiencing softening demand related to macroeconomic pressures); ¶181 (June 2, 2023 conference call where Defendant Scaringe stated Rivian is "watching really closely" what is happening with the macroeconomic environment and industry-wide demand for EVs, and that the Company "continue[s] to see demand for the products" because consumer demand for Rivian EVs is "more resilient"); ¶184 (June 15, 2023 conference call where Defendant

McDonough stated that while macroeconomic factors were impacting other EV companies, the strong demand for Rivian EVs was "really stable"); ¶195 (September 7, 2023 conference call where Defendant McDonough stated that notwithstanding a challenging macroeconomic environment, "[t]he backlog has been holding up well"); ¶204 (November 7, 2023 conference call where Defendant Scaringe was asked about the status of consumer demand for Rivian EVs in an environment where other EV manufacturers were experiencing weakening demand, and Defendant Scaringe responded that with respect to demand and the Backlog, he had a "high degree of confidence" for the long term).

218. These statements and admissions show that Defendants had actual knowledge of Rivian's demand and, thus, knew that without increased demand, increased production could not support the Roadmap.

**B. The Individual Defendants' Repeated Colloquies With Analysts About Gross Profits, Profitability, and Demand Further Show They Knew Their Statements Were Materially Misleading**

219. Throughout the Class Period, the Individual Defendants repeatedly engaged in lengthy colloquies with analysts about the Roadmap, demand and backlog, demonstrating that Defendants were well aware of such issues. *See* ¶¶140, 142 (August 11, 2022 conference call where Defendant McDonough had a lengthy discussion with analyst regarding Rivian's "path to positive gross profit and positive unit economics"); ¶150 (November 9, 2022 conference call where Defendant McDonough answered questions from analyst regarding the "production rate" Rivian "need[ed] to achieve" to get to profitability); ¶152 (November 29, 2022 conference call where Defendant Scaringe engaged in discussion with analyst regarding demand and the impact of macroeconomic pressures); ¶¶161-164 (February 28, 2023 conference call where Defendant McDonough had lengthy colloquy with analysts regarding increasing production).

220. The Individual Defendants knew that Rivian's Roadmap and ability to stop or slow its prolific cash burn were of paramount importance to investors and analysts

because analysts routinely asked pointed questions about both these issues. *See, e.g.,* ¶¶140, 142, 150, 152, 161-167.

221.  After Rivian's conference calls, analysts who covered Rivian regularly reported on the Roadmap, the Company's cash burn rate, pace of production, and demand, as well as on their discussions with the Individual Defendants. *See id.*

### C.  Rivian Had Numerous Suspiciously-Timed Resignations

222.  On August 31, 2023, Jiten Behl, the Chief Growth Officer resigned. As Chief Growth Officer, Behl was intimately familiar with the Company's vehicle production growth and the inner workings of the Roadmap. The timing of Behl's departure, a year after Rivian set forth its Roadmap to profitability and growth, six months after Rivian announced very disappointing guidance that began to call the Company's growth story into question, and six months before the Company announced it was dramatically changing course and would no longer rely on growth to get to profitability, is highly suspicious and supports a strong inference of scienter.

223.  After the Class Period, executives continued to resign. On May 3, 2024, Chief Operating Officer Frank Klein resigned. As the Company's Chief Operating Officer throughout the Class Period, Klein was intimately familiar with the Roadmap, Defendants' repeated representations to the market that vehicle production increases were the principal factor driving the Company's Roadmap to profitability, and Rivian's reverse course in February 2024 when it forecasted producing less EVs in 2024 than 2023. The timing of Klein's resignation – just two months after Defendants admit that the Rivian growth story had stalled, is suspicious.

224.  On July 1, 2024, Jeffrey Baker, the Chief Accounting Officer resigned. Baker's resignation is suspicious because he resigned only four months after Defendants revealed the collapse of Rivian's growth story, and because as Chief Accounting Officer, Baker would have knowledge of the financial underpinnings of the Roadmap to profitability.

225. On July 24, 2024, Dr. Kjell Gruner, Chief Commercial Officer and President, Business Growth, resigned. As the second executive who was responsible for the growth of Rivian's business operations to resign in less than a year, Gruner's resignation is also suspicious and supports a strong inference of scienter.

226. Collectively, Rivian's string of executive resignations during the tail end of the Class Period and after the end of the Class Period bolster an already strong inference of Defendants' scienter.

### D. The Individual Defendants Were Motivated to Commit Fraud to Ensure the Success of Rivian's Two Suspiciously-Timed Class Period Bond Offerings

227. Rivian burned through, on average, over a billion dollars in cash per quarter and has been in a perpetual state of raising capital from investors since its inception. *See* ¶¶43, 49, 62, 86, 99, 112.

228. Rivian's Class Period bond offerings extended the Company's cash runway while it burned through billions in IPO funding.

229. On March 10, 2023, a year and a half after Rivian raised over $12 billion in one of the largest IPOs of all time, and just three years after Rivian raised $10.5 billion from private investors, Rivian sought additional funding to support its operations.

230. Namely, Rivian offered $1.5 billion in bonds on March 10, 2023. Rivian needed this cash infusion to support its multi-billion-dollar cash burn. This bond offering was suspiciously timed as it occurred only one week after an increased internal 2023 production target of 62,000 was revealed. *See* ¶¶78-79.

231. Unable to slow down its exorbitant cash burn rate of well over $1 billion per quarter, just seven months later, on October 11, 2023, Rivian again raised $1.725 billion in another bond offering. *See* ¶¶109-111. This bond offering was also suspiciously timed as it occurred just months before the February 21, 2024 bombshell announcement that Rivian would produce less vehicles in 2024 than in 2023, and would not be relying principally on increased vehicle production to reach positive gross margins.

### E. Defendant Scaringe Was Motivated to Commit Fraud To Keep Rivian Going At All Costs

232.  Defendant Scaringe founded Rivian in 2011.  Founders of companies have singular motivations in ensuring their success. The reputation of a founder of a company is also inextricably linked with the fate of that company.

233.  Rivian had grave cash-burn problems almost immediately after its IPO. Rivian has also been struggling ever since to exit its growth-stage and become a functioning company that can turn a profit from the fundamentals of its business. As alleged herein, Rivian has had tremendous trouble doing that. Rivian's Roadmap narrative was the Individual Defendants' attempt to convince the market that it can finally turn a profit before it runs out of money.

234.  Defendant Scaringe was motivated to commit fraud to keep the Roadmap narrative alive as long as possible.

### F. The Individual Defendants Were Motivated To Commit Fraud Because Their Compensation Was Heavily Dependent On Rivian's Share Price

235.  The Individual Defendants were motivated to commit fraud and artificially inflate the value of Rivian stock because their compensation was heavily dependent on it. Indeed, Individual Defendants' stock awards during the Class Period were many multiples of their salaries:

| Name and Title | Year | Salary | Stock Awards | Options Awards |
|---|---|---|---|---|
| Robert J. Scaringe, Chief Executive Officer, Founder | 2023 | $759,038 | $6,065,409 | $7,173,658 |
| | 2022 | $650,000 | $2,267 | N/A |
| | | | | |
| Claire McDonough, Chief Financial Officer | 2023 | $450,000 | $2,022,009 | $2,391,235 |
| | 2022 | $438,462 | $3,055,071 | $3,373,836 |

## VII.  LOSS CAUSATION

236.  During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Rivian securities, by publicly issuing false and misleading

statements and omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. The statements and omissions were materially false and misleading because they failed to disclose material adverse information and misrepresented the truth about Rivian's business, operations, and prospects as alleged herein.

237. During the Class Period, as detailed herein, Rivian's securities were artificially inflated due to Defendants' materially misleading statements and omissions. When Defendants' misrepresentations and omissions were disclosed and became apparent to the market, the price of Rivian securities fell as the prior artificial inflation came out.

238. As a result of purchases of Rivian securities during the Class Period, Lead Plaintiffs and the other Class members suffered economic loss, i.e., damages, under the securities laws. The declines in the price of Rivian securities occurred after the corrective disclosures on February 28, 2023 and February 21, 2024.

239. The declines in the price of Rivian securities were also the result of the materialization of the concealed investment risk concerning Rivian.

240. Defendants' materially false and misleading statements relate to the Roadmap, demand, and Backlog.

241. The first corrective disclosure on February 28, 2023 revealed part of the truth about Rivian. On that date, Rivian shocked investors by revealing that the Company's expected vehicle production for 2023 (50,000) was significantly below the 60,000 analysts' consensus figure – which itself was supported by Rivian's internal 62,000 figure – raising serious questions about Rivian's ability to deliver on its Roadmap chiefly based on increasing production. The disclosure also revealed that Rivian was pushing the Roadmap back to the fourth quarter of 2024 from 2024. *See* ¶¶120-127, 206-212.

242. This disclosure also caused part of the concealed investment risk that would become public to materialize.

243. After this disclosure, Rivian stock fell $3.54 per share to a March 1, 2023 closing price of $15.76, from a February 28, 2023 closing price of $19.30, a decline of almost 20%.

244. At the end of the Class Period, on February 21, 2024, Defendants disclosed the rest of the truth. On that date, Rivian stunned the market by revealing that the Roadmap was in shambles. Specifically, Rivian's expected vehicle production for 2024 (57,000) was lower than the previous year's production of 57,232 EVs, significantly lower than what Rivian had previously signaled to the market (62,000 EVs, *see* ¶¶76-77), and well below analysts' consensus of 65,000 (*see* ¶119). Rivian also revealed that demand for its EVs was significantly weaker than what Defendants had previously stated and that the Company would reduce its workforce by 10%. Rivian further revealed that it would not become a profitable Company based on improving the fundamentals of its business (making and selling more vehicles) and in the new and dramatically changed Roadmap, the role of increased production would be severely diminished.

245. This disclosure also further caused the concealed investment risk that would become public to materialize.

246. On this news, Rivian stock fell $3.94 per share to a February 22, 2024 closing price of $11.45 from a February 21, 2024 closing price of $15.39, another decline of more than 25%.

247. The timing and magnitude of the price declines in Rivian securities negate any inference that the loss suffered by Lead Plaintiffs and the other Class members was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to Defendants' statements. The economic loss, *i.e.*, damages, suffered by Lead Plaintiffs and the other Class members was a direct result of

Defendants' misstatements and omissions and the subsequent significant decline in the value of Rivian securities when Defendants' misrepresentations were revealed.

## VIII.  CLASS ACTION ALLEGATIONS

248.  Lead Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Rivian securities between August 11, 2022 and February 21, 2024, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

249.  The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Rivian's shares actively traded on the NASDAQ. While the exact number of Class members is unknown to Lead Plaintiffs at this time and can only be ascertained through appropriate discovery, Lead Plaintiffs believe that there are at least hundreds or thousands of members in the proposed Class. Millions of Rivian shares were traded publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by Rivian or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

250.  Lead Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

251. Lead Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

252.  Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are: (a) whether the federal securities laws were violated by Defendants' acts as alleged herein; (b) whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Rivian; and (c) to what extent the members of the Class have sustained damages and the proper measure of damages.

253.  A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## IX.    APPLICABILITY OF PRESUMPTION OF RELIANCE

254.  The market for Rivian's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Rivian's securities traded at artificially inflated prices during the Class Period. Lead Plaintiffs and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Rivian's securities and market information relating to Rivian and have been damaged thereby.

255.  During the Class Period, the artificial inflation of Rivian's securities was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Lead Plaintiffs and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Rivian's business,

prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Rivian and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiffs and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

256. At all relevant times, the market for Rivian's securities was an efficient market for the following reasons, among others: (a) Rivian shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market; (b) As a regulated issuer, Rivian filed periodic public reports with the SEC and/or the NASDAQ; (c) Rivian regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or (d) Rivian was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

257. As a result of the foregoing, the market for Rivian's securities promptly digested current information regarding Rivian from all publicly available sources and reflected such information in the price of Rivian securities. Under these circumstances, all purchasers of Rivian's securities during the Class Period suffered similar injury through their purchase of Rivian's securities at artificially inflated prices and a presumption of reliance applies.

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

258.   A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations – information that Defendants were obligated to disclose – positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## X.    NO SAFE HARBOR

259.   The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Rivian who knew that the statement was false when made.

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

## XI.    CAUSES OF ACTION

### FIRST CLAIM

**Violation of Section 10(b) of The Exchange Act
and Rule 10b-5 Promulgated Thereunder Against All Defendants**

260.  Lead Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

261.  During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Lead Plaintiffs and other Class members, as alleged herein; and (ii) cause Lead Plaintiffs and other members of the Class to purchase Rivian's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

262.  Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Rivian's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

263.  Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Rivian, as specified herein. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Rivian's value, which included the making of, or the participation in the making of,

00816485;V1

98

untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Rivian, in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

264.   Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a Rivian officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's financials; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's  business operations at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

265. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing the truth about Rivian from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' misstatements and omissions, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged,

were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

266.  As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Rivian's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Lead Plaintiffs and the other members of the Class acquired Rivian securities during the Class Period at artificially high prices and were damaged thereby.

267.  At the time of said misrepresentations and/or omissions, Lead Plaintiffs and other members of the Class were ignorant of their falsity, and believed them to be true. Had Lead Plaintiffs and the other members of the Class and the marketplace known the truth regarding the problems that Rivian was experiencing, which were not disclosed by Defendants, Lead Plaintiffs and other members of the Class would not have purchased or otherwise acquired their Rivian securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

268.  By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

269.  As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

## SECOND CLAIM

### Violation of Section 20(a) of The Exchange Act
### Against the Individual Defendants

270.  Lead Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

271.   The Individual Defendants acted as controlling persons of Rivian within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the misstatements and omissions of material fact, including false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Lead Plaintiffs contend are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Lead Plaintiffs to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

272.  In particular, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the alleged misstatements giving rise to the securities violations as alleged herein, and exercised the same.

273.   As set forth above, Rivian and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants'

00816485;V1

wrongful conduct, Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Lead Plaintiffs pray for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Lead Plaintiffs and the other Class members against all defendants for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Lead Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Lead Plaintiffs hereby demand a trial by jury.

00816485;V1

Case No. 2.24-cv-04566-CBM-JPR
CLASS ACTION AMENDED COMPLAINT

Dated: December 10, 2024          Respectfully submitted,

**THE BURKE LAW FIRM**

 /s/ Timothy J. Burke
Timothy J. Burke (SBN #181866)
1001 Wilshire Drive, #2187
Los Angeles, CA 90017
(302) 984-7199 (phone)
(302) 602-6589 (fax)
tim.burke@burke-law-firm.com

*Liaison Counsel for Lead Plaintiffs
and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern
10 East 40th Street
New York, NY  10016
(212) 779-1414 (phone)
(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Lead Plaintiffs and
the Proposed Class*