**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| #1 ¶ 136 | We remain focused on *fully ramping our 150,000 installed annual units of capacity in Normal, Illinois to meet the strong demand for our products. Our net consumer preorder backlog as of June 30, 2022 was approximately 98,000 and momentum continues to increase.* | 8/11/2022 | Rivian; McDonough | Q2 2022 Shareholder Letter (Ex. 11) | Optimism; opinion; forward-looking |
| #2 ¶ 138 | We may not be able to accurately estimate the supply and demand for our vehicles, which could result in a variety of inefficiencies in our business and hinder our ability to generate revenue and profits. If we fail to accurately predict our manufacturing requirements, we | 8/11/2022 | Rivian; Scaringe; McDonough | Q2 2022 SEC Form 10-Q (Ex. 2) | Risk factor |

[1] The "Statement Category" column of this Appendix identifies the independent reasons—in addition to Plaintiffs' failure to plead contemporaneous facts showing the falsity of any of the challenged statements (Memorandum § I.A.1)—why certain of the statements fail to give rise to a claim: Opinions (§ I.A.2), Non-Actionable Risk Factors (§ I.A.3), Non-Actionable Statements of Corporate Optimism (§ I.C), Non-Actionable Forward-Looking Statements (§ I.B).

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | could incur additional costs or experience delays. | | | | |
| #3 ¶ 140 | The Rivian team delivered strong second quarter results despite the challenging supply chain environment. We produced and delivered over 4,400 vehicles across the R1T, R1S, and EDV 700. We have also recently started production validation builds of our EDV 500, which is a narrower and shorter version of the EDV and well-positioned for markets and applications where smaller form factors are needed. ***Our key focus remains ramping our normal facility to its full 150,000 units of installed capacity***. While we continue to manage supply chain constraints, we are encouraged by the progress we are making, which is important for us to be able to add a second shift for general | 8/11/2022 | Scaringe | Q2 2022 Conference Call Transcript (Ex. 3) | Optimism; opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | assembly towards the end of this quarter.<br><br>***Equally as important is the continued strong demand for our products. As of June 30, we had about 98,000 net preorders and reservations for our R1 vehicles. Our daily preorder rate accelerated in the second quarter compared to the first quarter, and as a reminder, these orders are for the United States and Canada only and are net of deliveries and cancellations.*** In June, we hosted a media venture showcasing the capabilities of our R1S in both on and off-road settings. It has been great to see the feedback from various media sources and customers as more of our R1S vehicles get out on the road. | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| #4 ¶ 142 | **Rod Lache**<br><br>Hi, everybody. I'd like to just ask two questions. One is for Claire. A lot has obviously happened financially over the past year or so with inflation and supply chain issues. But could you maybe take a minute and maybe just take a step back and talk to us about the bridge to achieving positive gross margin from where we are at right now? We know that it consists of pricing and cost and volume, but if you could give us some thoughts on the components of that and the timing?...<br><br>**Defendant McDonough**<br><br>Thanks, Rod. This is Claire speaking. ***And I wanted to hit on your first question in terms of*** | 8/11/2022 | McDonough | Q2 2022 Conference Call Transcript (Ex. 3) | Optimism; opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | *what that path to positive gross profit and positive unit economics looks like for Rivian in particular*. As you called out, right, we have seen unprecedented levels of inflation, especially across our raw material inputs and lithium prices that have gone up north of 115% over – since the start of this year, in particular, coupled with COVID and other factors that have driven a challenging supply chain and inflationary environment as well as part of that. But as we look out to the future, as I mentioned in my prepared remarks, *we have significant confidence in the long-term gross profit margin targets that we've set out for ourselves of approximately 25%. And I will give you a little bit of that path as we see from today* | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | *going from our current state to that future state of positive unit economics. We see 2024 as really that pivotal year for us in driving a step change in terms of the underlying gross margin expectations within the business, as we have a couple of significant factors that are starting to impact our underlying unit economics. First and foremost, it's really driven by us ramping our plants and our productivity within our 150,000 units of installed capacity within Normal that allows us to really leverage all of those fixed overhead and costs associated with our large-scale production facility.*<br><br>Second, it's also our ability to introduce our next-generation technologies into our vehicles, | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | first in our R1 products as well as in our EDVs. So those are things like in-sourcing of our motors, the introduction of our LFP pack, which will be introduced first in our commercial vehicles, that allow us to really drive a step change in terms of vehicle performance in that time frame, which enables us to increase pricing on the vehicles, given the fact we will have vehicles with added range and added performance and capabilities, but they also importantly drive significant cost-downs within our bill of materials as we look at that roadmap ahead.<br><br>And then finally, the other core factor as we think about that step-stone from a gross profit perspective is also really the anniversarying or moving | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | beyond those pre-March 1 pre orders as well that allow us to move into our current ASPs. And as we reiterated our last earnings call, we have seen $93,000 plus ASPs with the preorders that we have had post pricing change. | | | | |
| #5 ¶ 145 | Over the recent months, we achieved key operational and strategic milestones. Production continued to ramp on our R1 and RCV platform lines; we produced 7,363 total vehicles during the quarter representing a 67% increase as compared to the second quarter of 2022. *We recently initiated our second manufacturing shift and remain focused on ramping production to meet the strong demand for our products. As we navigate through these uncertain economic times, we are encouraged by the strong* | 11/9/2022 | Rivian; McDonough | Q3 2022 Shareholder Letter (Ex. 12) | Optimism; opinion |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | *demand for our products as evidenced by our robust preorder backlog.* | | | | |
| #6 ¶ 147 | We may not be able to accurately estimate the supply and demand for our vehicles, which could result in a variety of inefficiencies in our business and hinder our ability to generate revenue and profits. If we fail to accurately predict our manufacturing requirements, we could incur additional costs or experience delays. | 11/9/2022 | Rivian; McDonough; Scaringe | Q3 2022 SEC Form 10-Q (Ex. 5) | Risk factor |
| #7 ¶ 150 | *[A]s we've talked about in the past, we expect to see a material step change in gross margin in that walk from current state to that 2024 time frame. And the biggest lever, not surprisingly, is really that fixed cost leverage* as well as our opportunity to move beyond some of the start-up-related costs that you heard RJ | 11/9/2022 | McDonough | Q3 2022 Conference Call Transcript (Ex. 10) | Opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | and myself talk a bit about that we've already seen from a progress perspective, Q3 versus Q2. *That reflects about two-thirds of the margin walk. So just wanted to make sure that you had a sense for just the magnitude of how important ramp is from an overall unit economic perspective.* <br><br> *The second key driver for us is associated with pricing. As we've talked about in the past, the post-March 1 configured preorders that we have in our order book reflect a $93,000 average ASP*. And we've got a lot of really exciting next generation technologies that will be coming into the fold as well that allows us to believe that, that ASP could even drive meaningfully higher on a go- | | | | |

Appendix, page 10

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| #<br>and<br>Para. | Challenged Statement<br>(allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | forward basis as well. So that's the second core lever in that economic walk.<br><br>And then finally, last but certainly not least is really all of the core focus and work that we're doing right now around the reduction of our bill of materials. So importantly, the engineering and design changes and the road map we have in place to drive meaningful cost savings within that bill of materials over the next couple of years. And then finally, all of the work that our procurement teams are doing around commercial cost-down opportunities as we continue to scale the business and importantly, work hand-in-hand with our supply chain partners and as Rivian continues to grow out its own manufacturing | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | capacity and drive better unit economics for the business . . . .<br><br>We'll continue to see ongoing performance and improvement as we scale, ***especially given the magnitude of how important ramp is across the board***. And so the important piece here is that in 2024, you see each of these key levers really in place as it pertains to production ramp, as it pertains to Rivian moving to those post-March 1 preorder base, and importantly, as you think about the composition of a lot of the engineering design changes that we have from a road map perspective, that all come together to drive that meaningful step change in gross profit. | | | | |
| #8 ¶ 152 | **Charles Coldicott** - Redburn (Europe) Limited | 11/29/2022 | Scaringe | Redburn CEO Conference (Ex. 19) | Optimism; opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | But RJ, I think where I'd like to kick off is asking about demand. So obviously, we've seen order intake slow materially at some other EV names, people like Lucid, even Tesla in certain regions. And a lot of customers are having a tough time right now. Are you confident that Rivian can sell everything it produces whatever the macro backdrop?<br><br>**Robert Joseph Scaringe**<br><br>Yes. So it's a great question. ***It's foundational to the business to make sure that demand continues to exceed our production capacity. What we've been challenged with, really, over the last year that we've had such a large and growing demand backlog*** that managing | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | customer expectations and making sure we're communicating appropriately to customers, ***some of which were going to be in the backlog or a line for over 2 years***. That's been a really core focus. ***And as we sit here today, we have a very clear line of sight through 2024 in terms of demand, so we feel very confident about that, and we continue to see -- and we talked about this on our last earnings call, we continue to see our backlog grow even as we're ramping deliveries.*** | | | | |
| #9 ¶ 155 | Our ability to become profitable in the future will depend on the continued successful development and commercial production and acceptance of our vehicles and services, our ability to maintain strong demand and average selling prices for our | 2/28/2023 | Rivian; Scaringe; McDonough | FY2022 SEC Form 10-K (Ex. 1) | Risk factor |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | vehicles, as well as our capability to manufacture our vehicle portfolio efficiently and estimate and effectively manage both our operating expenditures and our capital expenditures. | | | | |
| #10 ¶ 157 | In the fourth quarter, we increased production over 10,000 units. This represents a 36% increase over the third quarter of 2022. *We maintain a vehicle backlog that provides clear demand visibility well into 2024.* | 2/28/2023 | Scaringe | Q4 2022 Conference Call Transcript (Ex. 13) | Optimism; opinion; forward-looking |
| #11 ¶ 159 | *I want to reinforce the important steps we took during 2022 to drive towards profitability . . .*<br><br>*We forecast reaching positive gross profit in 2024* and therefore expect by the end of 2024, we will no longer have material LCNRV inventory charges and losses on firm | 2/28/2023 | McDonough | Q4 2022 Conference Call Transcript (Ex. 13) | Opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
|  | purchase commitments associated with the production at our Normal plant.<br><br>In addition to LCNRV, there were factors which negatively impacted our cost of goods sold that we do not believe are reflective of our long-term cost structure. ***The most significant driver continues to be our production levels.*** [ . . . ]<br><br>***The largest lever in our forecast is the swing from negative $1 billion of gross profit in Q4 2022 to a step change in positive gross margin in 2024.***<br><br>There are 3 key levers that enable this improvement.<br><br>***First, the most impactful driver is the per-unit reduction of labor*** |  |  |  |  |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | *overhead and ramp expenses as our large-scale plant produces a greater number of units*. With the addition of our second shift, the plant in Normal is currently staffed to produce a *significantly higher number of units than our current run rate. For context, these expenses represent 2/3 of the bridge from our current COGS per unit to what we expect by the end of 2024.* <br><br> The second area is our material costs. We have a detailed road map of both engineering and commercial cost downs. As RJ mentioned, our recent Supplier Day demonstrated the win-win opportunity for our suppliers to participate in Rivian's growth. The final bucket is price. The implementation of our reservation system in early 2022 | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | provides us the pricing flexibility to accommodate the introduction of new products, technologies and inflationary pressures. | | | | |
| #12 ¶ 162 | **Rod Avraham Lache** [D]o you have any color on -- as we're sort of bridging to profitability, for gross profit profitability, what kind of volume targets are you thinking about as you look out to 2024? You mentioned the 150,000 units of capacity, but do you think you can get to at least 100,000 in that time frame? . . . **Claire McDonough** [Inaudible] directly on the volume question that you have there as well. As I talked about in my prepared remarks, today we have 65,000 units of R1 capacity in the plant at Normal, and we're increasing that capacity so that | 2/28/2023 | McDonough | Q4 2022 Conference Call Transcript (Ex. 13) | Opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | 55% or call it, 85,000 units will become R1 capacity as we re-rate the lines midyear next year. ***And so next year, we'll have both the impact of having a multi-week shutdown as we re-rate the plant to add that incremental R1 capacity.*** And at that same time, we'll be introducing a number of the next generation technologies that RJ just talked about as well. ***And so we'll still be in a period whereby we'll be continuing to ramp out of that shutdown in midyear to produce more units in the back half of the year***, but it really won't be until full year 2025, where we'll be ramping up the then re-rated capacity from an R1 perspective." **Rod Avraham Lache** So just to clarify what you're saying, are you saying that you're | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | not going to have the 85,000 units of R1 capacity available for 2024? Or will you? **Claire McDonough** It will be available. We're re-rating the lines midyear in 2024. And so from a full year perspective, we won't have the full year impact of that re-rate as we go through the process of a couple of weeks shutdown and then ramps back out of that shutdown in the back half of the year. **Rod Avraham Lache** Okay. But despite that, you're still thinking that you can get to gross profit in 2024? **Claire McDonough** *That's right.* | | | | |

Appendix, page 20

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| #13 ¶ 164 | **George Gianarikas**<br><br>I'd just like to piggyback on the previous demand question, that preorder question. I know you're not disclosing the preorders, but given there have been so many high-profile admissions of a weakening environment for demand, particularly for EVs, I'm curious as to whether you could shed any light or color as to how your net preorders have been tracking?<br><br>**Robert Joseph Scaringe**<br><br>Certainly what we're witnessing in the macro and what we're seeing in terms of interest rate is, I think, across the industry, having an effect of moderating overall demand. ***But what we would say is, and as we think*** | 2/28/2023 | Scaringe | Q4 2022 Conference Call Transcript (Ex. 13) | Optimism; opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | *about it, the demand backlog that we have is very robust. It gives us a clear line of sight until well into 2024.* | | | | |
| #14 ¶ 166 | There are 3 key levers that enable this improvement. ***First, the most impactful driver is the per-unit reduction of labor overhead and ramp expenses as our large-scale plant produces a greater number of units***. With the addition of our second shift, the plant in Normal is currently staffed to produce a significantly higher number of units than our current run rate. ***For context, these expenses represent 2/3 of the bridge from our current COGS per unit to what we expect by the end of 2024.*** The second area is our material costs. We have a detailed road map of both engineering and commercial cost downs. As RJ mentioned, | 2/28/2023 | McDonough | Q4 2022 Conference Call Transcript (Ex. 13) | Opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | our recent Supplier Day demonstrated the win-win opportunity for our suppliers to participate in Rivian's growth. The final bucket is price. The implementation of our reservation system in early 2022 provides us the pricing flexibility to accommodate the introduction of new products, technologies and inflationary pressures. | | | | |
| #15 ¶ 169 | **John Joseph Murphy** – BofA Securities<br><br>One of the big things is getting the gross margin breakeven, right? I think you're talking about that and getting actually into positive territory into 2024. Is that purely a question of scale and in a certain level of production that's significantly above 50,000 units? I mean, how do you kind of envision getting | 4/4/2023 | McDonough | Bank of America Automotive Summit (Ex. 20) | Opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | there?<br><br>**Claire McDonough**<br><br>As we think about the gross profit bridge from Q4 2022 to Q4 of 2024, as you mentioned, we expect to see a true step-change not just to breakeven but to positive territory in that time frame. ***And about 2/3 of that overall bridge is driven by fixed cost leverage that's derived from put – having greater levels of volume running through our plant in Normal, Illinois.*** The other final 1/3 of that walk is split 50% based off of how we're effectively reducing our material costs. And so the material cost reductions are driven by design-related changes. | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| #16 ¶ 172 | Production: ***Increasing our production volume as we simultaneously leverage our fixed costs at our manufacturing plant in Normal, Illinois is the primary lever on our path to sell each vehicle profitably***. Our 2023 production guidance of 50,000 vehicles remains on track, representing a 100% increase from 2022. While challenges remain, we have become a stronger, more agile company through this process. | 5/9/2023 | Rivian; McDonough | Q1 2023 Shareholder Letter (Ex. 14) | Opinion; forward-looking |
| #17 ¶ 174 | Drive to sell each vehicle profitably<br><br>***Our long-term success as a business will be determined by our ability to produce high volumes of vehicles profitably***. The collective efforts across all our teams and functions are focused on delivering on this | 5/9/2023 | Rivian; McDonough | Q1 2023 Shareholder Letter (Ex. 14) | Opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | goal. ***Our target of generating positive gross profit in 2024 is composed of several drivers across the business. We expect approximately half of the improvement, excluding the impact of lower of cost or net realizable value ("LCNRV") and net losses on firm purchase commitments, will be driven by greater volume. Our 2023 production guidance of 50,000 units implies a doubling of capacity utilization which we believe will result in significantly lower fixed cost per vehicle, and we expect production volumes to increase further in 2024***. The remaining half is split between material cost reduction and increases in average selling prices. Driving lower material costs will be enabled by two key factors: the | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | integration of new technologies such as Enduro and LFP battery packs as well as commercial contract negotiations with our suppliers. The increase in average vehicle selling prices is composed of the gradual improvements we expect to achieve as we complete the fulfillment of our pre-March 2022 preorder base as well as the introduction of new technologies that produce improved performance and capabilities, such as our Max pack. | | | | |
| #18 ¶ 176 | Our ability to become profitable in the future will depend on the continued successful development and commercial production and acceptance of our vehicles and services, our ability to maintain strong demand and average selling prices for our vehicles, as well as our capability | 5/9/2023 | Rivian; Scaringe; McDonough | Q1 2023 SEC Form 10-Q (Ex. 6) | Risk factor |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | to manufacture our vehicle portfolio efficiently and estimate and effectively manage both our operating expenditures and our capital expenditures. | | | | |
| #19 ¶ 178 | Overall, the progress we're making against our core value drivers of ramping production, driving costs down, developing new technologies and platforms and enhancing customer experience *positions us well to continue executing on our goals for the remainder of the year as well as into 2024* . . . . | 5/9/2023 | Scaringe | Q1 2023 Conference Call Transcript (Ex. 15) | Optimism; opinion; forward-looking |
| #20 ¶ 178 | *I also want to take this opportunity to reiterate our gross profit bridge from Q1 2023 to Q4 2024. We continue to target positive gross profit in 2024. Excluding the impact of LCNRV and firm purchase commitments, we expect approximately half of the* | 5/9/2023 | McDonough | Q1 2023 Conference Call Transcript (Ex. 15) | Opinion; forward-looking |

Appendix, page 28

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | *improvement will be driven by greater volume and utilization of our installed capacity.*<br><br>*Our 2023 production guidance of 50,000 units implies a doubling of capacity utilization, which will result in significantly lower fixed cost per vehicle, and we expect production volumes to increase further in 2024*. The remaining half is split between increases in average selling prices and material cost reduction. Lower material costs will be enabled by the integration of new technologies such as Enduro and LFP battery packs which delivered about a 25% material cost reduction for our commercial vehicles in Q1 versus Q4. In addition to the engineering design-driven cost reductions we also expect to | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | realize commercial cost savings as we negotiate with our suppliers. The increase in average selling prices is based upon the gradual improvements we expect to achieve as we complete the fulfillment of our pre-March 2022 preorder base as well as the introduction of new technologies that produced improved performance and capabilities. While gross margin is expected to remain negative in 2023, Q1 represented significant progress versus Q4 2022 with gross profit loss per delivered vehicle nearly cut in half. | | | | |
| #21 ¶ 180 | **Robert Joseph Scaringe**<br><br>***So the biggest driver towards healthy margin structure on R1 is volume. So if you think about the path to our target state margin profile, about half is*** | 6/2/2023 | Scaringe | Sanford C. Bernstein Strategic Decisions Conference (Ex. 21) | Opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | *volume*. And the reason for that is the fixed cost absorption in a large-scale plant when you're running a plant well under -- at subscale is really [sic] high deal. So that's by far away...<br><br>**A.M. Sacconaghi** – Sanford C. Bernstein & Co., LLC.<br><br>Now when you talk about fixed cost, is that depreciation? Is that overhead labor associated with that plant? Because again, at [ this day ], depreciation is $2,000 or $3,000 per car. So if your plant is theoretically half -- running at half capacity, maybe $5,000 or $6,000 per car, it doesn't feel like a $20,000 difference. You know what I'm saying? | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| | | | | |
|---|---|---|---|---|
| **Robert Joseph Scaringe**<br><br>Correct. So when I say a fixed, I'm bundling here for simplicity's sake. But if you think of when we're running at half capacity, the staffing -- the land layout is not set up for half the capacity. So the number of people on the line, so it's - your variable cost is the same. So the number of people, the cost to run the plant is the same. All the non-people cost to run the plant remains the same. The depreciation, obviously, the overall not still the same, so it's divided by less vehicles.<br><br>***So when you put all those together, about half the reduction comes from volume.*** Now the other half is made up of really 2 parts. One is we have a step-up in our ASP that -- we're already beginning to see, and you | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | can see this -- you'll see this quarter-over-quarter happen, but we had pricing that we'd originally announced and locked to -- or linked to, I should say, our early configured vehicles. And that early pricing had a big step-up that represents roughly another 25% of the step down -- or step down -- or step towards profitability. And we're already seeing that. ***So we're now starting at the very beginning of blending in new orders, which are much higher pricing than the older orders.***<br><br>And then the third component for us is the bill of materials. So it's -- that's achieved in really 2 ways. One is the commercial negotiations that we're having today with suppliers. And the other are some of the things | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | we've spent some time talking about today, which are just technical changes we're making to the vehicle simplification, consolidation of componentry, new drive units. We just launched a new dualmotor drive unit, which is a considerable cost-down relative to what we launched with. But all those things together get us to a healthy margin structure. | | | | |
| #22 ¶ 182 | **A.M. Sacconaghi** *Sanford C. Bernstein & Co., LLC., Research Division*<br><br>Okay. And you've talked about like orders extending into 2024. Can you talk at all about sort of the rate of change of orders or backlogs in a way that makes you confident about volumes going forward?… | 6/2/2023 | Scaringe | Sanford C. Bernstein Strategic Decisions Conference (Ex. 21) | Opinion; optimism |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | So I'm sure you look at daily orders and ready to change your backlog. And is there anything on that, that I mean, qualitatively, I presume that's what provides some of your confidence? Is there anything on that dimension that you can share that would be helpful for investors?<br><br>**Robert Joseph Scaringe**<br><br>No. Just -- I mean, as you said, I think we -- *we've watched the demand. I mean it is a daily thing that we watch*. We have to be careful not to overinterpret discrete events that are happening and look at enough of a time horizon to pick the true trend. But last summer, I would say it was the most extreme where you just had -- demand | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | was almost -- it was off the charts . . . ***So we're watching really closely what's going to happen at the macro if that's going to introduce some major shifts, but we continue to see demand for the products***, and the functionality of the products helps us here. It's not like this is a 2-seat sports car that's a purely discretionary purchase. | | | | |
| #23 ¶ 185 | **Emmanuel Rosner**<br><br>What do you think in terms of consumer demand and receptiveness to your current pricing? So you're not disclosing backlog anymore, but can we get some sense of demand trends you're seeing recently, any signs of consumer slowdown? | 6/15/2023 | McDonough | Deutsche Bank Global Auto Industry Conference (Ex. 22) | Optimism; opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | **Claire McDonough**<br><br>***Overall, we continue to have a really robust backlog of preorders that extends into 2024.*** We certainly have seen some impacts of the broader macroeconomic environment in 2023 as we compare current daily order rates relative to what we saw maybe a year ago. ***But we've seen really a stable environment throughout the course of this year from a demand vantage point.*** | | | | |
| #24 ¶ 188 | In the first half of 2023, we produced 23,387 vehicles which is in line with the production volumes we achieved for the full year 2022. ***Increasing our production is the primary lever in our path to profitability.*** The incorporation of our in-house | 8/8/2023 | Rivian; McDonough | Q2 2023 Shareholder Letter (Ex. 16) | Opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | drive units has played and will continue to play an instrumental role in improving our production ramp and cost structure. | | | | |
| #25 ¶ 190 | Our ability to become profitable in the future will depend on the continued successful development and commercial production and acceptance of our vehicles and services, our ability to maintain strong demand and average selling prices for our vehicles, as well as our capability to manufacture our vehicle portfolio efficiently and estimate and effectively manage both our operating expenditures and our capital expenditures. | 8/8/2023 | Rivian; Scaringe; McDonough | Q2 2023 Form 10-Q (Ex. 7) | Risk factor |
| #26 ¶ 192 | **Dan Meir Levy** – Barclays Bank PLC<br><br>. . . I think one of the broader themes in the EV sales landscape today is just around demand. | 8/8/2023 | Scaringe | Q2 2023 Conference Call Transcript (Ex. 17) | Optimism; opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | And I think there's questions broadly around some weakness of demand. Maybe you can give us a sense -- I know you've taken away the order backlog, but what confidence do you have that your backlog will sustain well into 2024 and that you're going to be supply constrained for the foreseeable future?<br><br>**Robert Joseph Scaringe**<br><br>. . . *[W]e feel very confident in the continued backlog that we have. We have clear visibility into – deep into 2024 with that backlog that's established*. And as more and more vehicles are on the roads, and we now have tens of thousands of R1s on the roads, it continues to feed the flywheel of awareness about the brand. And as I said, some of our | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | strongest advocates are people that are driving our vehicles every day. And *so we're quite bullish on the continued strong demand we have for our products.* | | | | |
| #27 ¶ 194 | *First, as we look at gross profit itself, the key levers for us are continuing to ramp up production volumes within our normal production facility itself. That, as we provided in our Q1 earnings call, we provided a little bit of details or context on a bridge from where our current financial results were in Q1 to the end of 2024.* As we think about the continued scaling and production of our facility in both the ramp of R1 vehicles and continued growth of our commercial van line as well. *That's the single largest driver as we think about the path to* | 9/7/2023 | McDonough | Goldman Sachs Communacopia Conference (Ex. 23) | Opinion; optimism; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | *positive gross profit for us.* The other key factors for us are driven by introductions of new technologies within the vehicle. | | | | |
| #28 ¶ 196 | **Mark Delaney** – Goldman Sachs Group, Inc.<br><br>That's very interesting. Maybe we can shift gears a little bit and talk on demand. And given what's been a long wait times to get an R1, some customers tend to put in orders as well in advance, sometimes over a year long. So as you're notifying consumers to prepare for deliveries, what are you seeing in terms of conversion rates on that backlog? Are you seeing anything unusual in terms of cancellation rates? Or is the backlog holding up well? | 9/7/2023 | McDonough | Goldman Sachs Communacopia Conference (Ex. 23) | Optimism; opinion; forward-looking |

Appendix, page 41

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| | | | | |
|---|---|---|---|---|
| **Claire McDonough**<br><br>***The backlog has been holding up well***. As we mentioned last quarter, we had the opportunity to have our first quarter where we had R1S production that outpaced R1T. And that's really important for us given the broader backlog for our vehicles have always been more heavily weighted towards S. ***And so we are now in a position to have our production volumes mirror or match more closely with the backlog that we have from a demand standpoint.*** And so we're excited about bringing more and more vehicles to market. Actually one of the biggest inhibitors to purchase or the reason why someone cancels is wait time. So we're excited to continue to work through that backlog, get more of the community out there growing | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | and building awareness and excitement for the vehicles and the brand as well. | | | | |
| #29 ¶ 198 | And we've got a few big objectives, which I'll ladder into. I'm sure some of the core questions you're thinking about. ***But number one, we continue to focus on ramping production***. And the ramping of production for our first set of products are flagship consumer products, R1T and TVNOS, which Adam is referring to, along with our commercial vans.<br><br>***That's really critical to achieve the level of fixed cost leverage or fixed cost absorption we need on the pathway to profitability*** in our normal facility, our first production plant . . . . | 9/14/2023 | Scaringe | Morgan Stanley Laguna Conference (Ex. 24) | Optimism; opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | [W]e've done a really good job of creating a product portfolio that customers want . . . we then need to be able to produce products. And so the ability to ramp . . . is such an important part of this. | | | | |
| #30 ¶ 200 | *So we continue to see very strong demand backlog.* We have market-leading residual values. If you buy our R1S today, you can sell it tomorrow for more than you bought it for. If you order an R1S today, you're not going to get until the end of next year. That's a problem but a high-class problem. *It's a good problem to have*. | 9/14/2023 | Scaringe | Morgan Stanley Laguna Conference (Ex. 24) | Optimism; opinion |
| #31 ¶ 203 | Our ability to become profitable in the future will depend on the continued successful development and commercial production and acceptance of our vehicles and services, our ability to maintain strong demand and | 11/7/2023 | Rivian; Scaringe; McDonough | Q3 2023 Form 10-Q (Ex. 8) | Risk factor |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | average selling prices for our vehicles, as well as our capability to manufacture our vehicle portfolio efficiently and estimate and effectively manage both our operating expenditures and our capital expenditures. | | | | |
| #32 ¶ 205 | **Mark Trevor Delaney** – Goldman Sachs Group, Inc.<br><br>You reiterated your view to be gross margin positive in 2024, but I'm hoping to better understand your views in how Rivian will get there have changed at all recently, given the volatility in the industry more broadly with competitors cutting EV vehicle prices but also costs falling and Rivian, as you've described, making so much progress on its own cost structure. | 11/7/2023 | Scaringe | Q3 2023 Conference Call Transcript (Ex. 18) | Optimism; opinion; forward-looking |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | **Robert Joseph Scaringe**<br><br>Thanks, Mark. I'll let Claire jump in on this as well. This is just such an important topic. And ultimately, there's -- I just spoke to it a bit, ***but there's a few major levers. The first being, the continued ramp-up of our production facility and the fixed cost absorption that comes with that.*** We're seeing the benefits of that quarter-over-quarter as we continue to ramp. So it's numerically very easy to understand.<br><br>The second, which is maybe less -- it's not as easy to see without having a look into all of our supplier negotiations and discussions is the significant progress we're making | | | | |

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | contractually with redefining bill of material costs or raw material costs through negotiations with suppliers, through resourcing of new suppliers or through changes to the component or system design to achieve those cost reductions . . . . <br><br> And then lastly, which I spoke to a moment ago is growth in ASP. And that's going to be both due to the layering in or the feathering in of new pricing, which again, we'll just see quarter-over-quarter as more and more of our deliveries are associated with new pricing, meaning post-March 1, 2022, as we work through that. And then the other is the introduction of some of these new trim packages, Max Pack, is an example. We have some new | | | | |

Case 2:24-cv-04566-CBM-PVC   Document 66-1   Filed 01/07/25   Page 48 of 48   Page ID #:879

**APPENDIX**

*Indiana Pub. Ret. Sys. v. Rivian Auto., Inc.*
Case No. 2:24-cv-04566-CBM-PVC

| # and Para. | Challenged Statement (allegedly false words in *bold italics* as in the Complaint) | Date | Alleged Speaker | Source | Statement Category[1] |
|---|---|---|---|---|---|
| | trim configurations going to be coming out next year that will also help us grow ASP. *So it's a combination of ramp, material cost and ASP that give us a very high degree of confidence in our long-term* [gross margin] *for the business.* | | | | |