JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
HANNA M. LAURITZEN (CA SBN 339895)
HLauritzen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

*Attorneys for Defendants*
RIVIAN AUTOMOTIVE, INC., ROBERT J.
SCARINGE, and CLAIRE MCDONOUGH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendants. | Case No. 2:24-cv-04566-CBM-PVC<br><br>**DECLARATION OF DAVID J. WIENER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date: February 4, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall<br><br>Action Filed:  May 31, 2024<br>Trial Date:  None set |

WIENER DECL. ISO MOTION TO DISMISS          1          CASE NO.: 2:24-cv-04566-CBM-PVC

I, DAVID J. WIENER, declare as follows:

1.      I am a member of the bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Morrison & Foerster LLP and counsel of record for Defendants Rivian Automotive, Inc. ("Rivian" or the "Company"), Robert J. Scaringe and Claire McDonough (the "Individual Defendants," and together with Rivian, "Defendants").  I submit this Declaration in support of the Defendants' Motion to Dismiss Lead Plaintiffs' Amended Complaint and its accompanying Request for Consideration of Documents Incorporated Into Complaint and for Judicial Notice.  I make this Declaration based on facts that I personally know, except where otherwise indicated.  If called as a witness, I would testify to the facts listed below.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Rivian's Form 10-K, Annual Report for FY 2022, as filed with the SEC on February 28, 2023.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Rivian's Form 10-Q, Quarterly Report for Q2 2022, as filed with the SEC on August 11, 2022.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a transcript of Rivian's earnings conference call held August 11, 2022, regarding results of Q2 2022, published by AlphaStreet.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Rivian's Q4 2022 Shareholder Letter, which I caused to be downloaded from the Company's Investor Relations website, https://assets.rivian.com/2md5qhoeajym/5TBOuPTvDNZwGjUte1Vp1M/d789f042 ab663f6766491f028ef8378f/Rivian_Q4-2022_Shareholder_Letter.pdf.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Rivian's Form 10-Q, Quarterly Report for Q3 2022, as filed with the SEC on November 9, 2022.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Rivian's Form 10-Q, Quarterly Report for Q1 2023, as filed with the SEC on May 9, 2023.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of Rivian's Form

WIENER DECL. ISO MOTION TO DISMISS          2          CASE NO.: 2:24-cv-04566-CBM-PVC

10-Q, Quarterly Report for Q2 2023, as filed with the SEC on August 8, 2023.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of Rivian's Form 10-Q, Quarterly Report for Q3 2023, as filed with the SEC on November 7, 2023.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of Rivian's Q4 2023 Shareholder Letter, which I caused to be downloaded from the Company's Investor Relations website, https://assets.rivian.com/2md5qhoeajym/2Q0NcEACrvGFosLhpyR15H/bfe2aa72cb657c4cebb9f4a85e913f07/EX_-_99.2_4Q23_Shareholder_Letter_Final_Compressed.pdf.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of a transcript of Rivian's earnings conference call held November 9, 2022, regarding results of Q3 2022, published by S&P Global Market Intelligence.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of Rivian's Q2 2022 Shareholder Letter, which I caused to be downloaded from the Company's Investor Relations website, https://downloads.rivian.com/2md5qhoeajym/5guovvWjDEkfMMiOF9NfoO/05d0cda099e40549ef7bd74c4cf80955/Rivian-Q2-2022-Shareholder-Letter.pdf.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of Rivian's Q3 2022 Shareholder Letter, which I caused to be downloaded from the Company's Investor Relations website, https://assets.rivian.com/2md5qhoeajym/6v7zO1FRJBVJvAvTe57y0A/2a3644c5b07a914feb637d348fb002b6/Rivian_Q3-2022_Shareholder-Letter.pdf.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of a transcript of Rivian's earnings conference call held February 28, 2023, regarding results of Q4 2022, published by AlphaStreet.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of Rivian's Q1 2023 Shareholder Letter, which I caused to be downloaded from the Company's Investor Relations website,

https://downloads.rivian.com/2md5qhoeajym/3SEWUjtogdvVesHpicxgao/79490dd c6d0da90a7f77dce0ec61cee8/RIVN_1Q23_Shareholder_Letter_05.09.23.pdf.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of a transcript of Rivian's earnings conference call held May 9, 2023, regarding results of Q1 2023, published by AlphaStreet.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of Rivian's Q2 2023 Shareholder Letter, which I caused to be downloaded from the Company's Investor Relations website, https://downloads.rivian.com/2md5qhoeajym/12yGznaOrSfdDtFni3WqJn/6667f96 5bc0542dfd50b0bf12d665d07/RIVN_2Q23_Shareholder_Letter_08.08.23.pdf.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of a transcript of Rivian's earnings conference call held August 8, 2023, regarding results of Q2 2023, published by AlphaStreet.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a transcript of Rivian's earnings conference call held November 7, 2023, regarding results of Q3 2023, published by S&P Global Market Intelligence.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a transcript of Rivian's presentation at the Redburn 2022 CEO conference held November 29, 2022, published by S&P Global Market Intelligence.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of a transcript of Rivian's presentation at the Bank of America 2023 Global Automotive Summit held April 4, 2023, published by S&P Global Market Intelligence.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of a transcript of Rivian's presentation at the Sanford C. Bernstein Strategic Decisions Conference held June 2, 2023, published by S&P Global Market Intelligence.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of a transcript of Rivian's presentation at the Deutsche Bank Global Auto Industry Conference held June 15, 2023, published by S&P Global Market Intelligence.

24.    Attached hereto as **Exhibit 23** is a true and correct copy of a transcript of Rivian's presentation at the Goldman Sachs Communacopia & Technology Conference held September 7, 2023, published by S&P Global Market Intelligence.

25.    Attached hereto as **Exhibit 24** is a true and correct copy of a transcript of Rivian's presentation at the Morgan Stanley Laguna Conference held September 14, 2023, published by S&P Global Market Intelligence.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 7, 2025, at San Francisco, California.

/s/ David J. Wiener
David J. Wiener

## ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **DECLARATION OF DAVID J. WIENER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' AMENDED COMPLAINT.** In accordance with Civil Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: January 7, 2025          */s/ Jordan Eth*
                                    Jordan Eth