UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24−cv−04566−CBM−PVC | Date | October 14, 2025 |
| Title | INDIANA PUBLIC RETIREMENT SYSTEM V. RIVIAN AUTOMOTIVE, INC. ET AL | | |

Present: The Honorable  CONSUELO B. MARSHALL, U.S. DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS-ORDER SETTING SCHEDULING CONFERENCE**

On the Court's own motion, this case is set for a Scheduling Conference on **November 25, 2025 at 10:00 AM** pursuant to FRCP 16(b). Counsel are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the Scheduling Conference. Counsel shall file a Rule 26(f) discovery plan no later than **7 days prior** to the Scheduling Conference and pursuant to the Court's Standing Order. The Rule 26(f) discovery plan shall contain following information:
1. A brief description of the nature of the case and type of action filed and the date filed in the District Court;
2. The number of depositions to be taken by each side and the date the depositions are set;
3. The written discovery sought and date responses to interrogatories requests for production and requests for admissions are due;
4. Proposed timing of disclosures under Fed. R. Civ. Proc 26(a)(2) re: experts witnesses, the number of experts expected to be called by each side, and the expert's area of expertise;
5. Proposed Pre Trial Conference date;
6. Date Demand for Jury Trial was filed;
7. Prospects of Settlement;
8. Positions of counsel re: consent to proceed before a Magistrate-Judge;
9. A list of contemplated motions, including what type of motion, a tentative hearing date, and whether discovery must be conducted prior to the filing of the motions.
10. Selection of one of the three ADR Procedures specified in L.R. 16-15.4 as best suited to the circumstances of the case, and when the ADR session should occur.

**A FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS. COUNSEL ARE REMINDED TO DELIVER ALL E−FILED MANDATORY COPIES.**

| CV−90 | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk vrv |
|---|---|---|