JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
CHRISTINA E. DIEROLF (CA SBN 335258)
CDierolf@mofo.com
HANNA M. LAURITZEN (CA SBN 339895)
HLauritzen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

*Attorneys for Defendants*
RIVIAN AUTOMOTIVE, INC., ROBERT J.
SCARINGE, and CLAIRE MCDONOUGH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendants. | Case No. 2:24-cv-04566-CBM-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: November 25, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall<br><br>Action Filed:  May 31, 2024<br>Trial Date:  None set |

[PROPOSED] ORDER GRANTING MOTION
FOR JUDGMENT ON THE PLEADINGS

CASE NO.: 2:24-CV-04566-CBM-PVC

Defendants Rivian Automotive, Inc. ("Rivian" or the "Company"), Robert J. Scaringe, and Claire McDonough (the "Individual Defendants," and together with Rivian, "Defendants"), have moved the Court, pursuant to Federal Rule of Civil Procedure 12(c), for judgment on the pleadings and dismissal of Lead Plaintiffs' Amended Complaint (ECF No. 57, the "Complaint").  The Court rules as follows:

Defendants' Motion for Judgment on the Pleadings is **GRANTED**.  Plaintiffs do not state a claim under Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, because a "reasonable investor" would not find Defendants' statements false or misleading in light of Defendants' disclosures of the same facts Plaintiffs claim were concealed.  *Sneed v. Talphera, Inc.*, 147 F.4th 1123, 1127 (9th Cir. 2025).  Plaintiffs do not state a claim under Section 20(a) of the Exchange Act because they have not plead a predicate violation of Section 10(b).  *See In re Rigel Pharm., Inc. Sec. Litig.*, 697 F.3d 869, 886 (9th Cir. 2012).

Exhibits 1-25 to the Declaration of David J. Wiener are incorporated by reference into the Complaint.  *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018).   The contents of Exhibits 1-25 are also judicially noticeable because they are contained in SEC filings or other publicly-available documents.  *See Metzler Inv. GmbH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 & n.7 (9th Cir. 2008); *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999).

IT IS SO ORDERED

Dated:

By: _____
    Hon. Consuelo B. Marshall
    United States District Judge