# EXHIBIT B

JONATHAN D. POLKES *(admitted pro hac vice)*
jonathan.polkes@whitecase.com
STACY NETTLETON *(admitted pro hac vice)*
stacy.nettleton@whitecase.com
ADAM B. BANKS *(admitted pro hac vice)*
adam.banks@whitecase.com
SUSAN L. GRACE *(admitted pro hac vice)*
susan.grace@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200

JOHN W. SPIEGEL (SB 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SB 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Attorneys for Defendants
The Walt Disney Company, Robert Iger,
Robert Chapek, Christine M. McCarthy
and Kareem Daniel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, *et al.*,<br><br>               Plaintiffs,<br><br>       v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>               Defendants. | Case No. 2:23-cv-03661-CBM(ASx)<br><br>**DEFENDANTS' NOTICE OF MOTION TO REINSTATE DISCOVERY STAY UNDER 15 U.S.C. § 78u–4(b)(3)(B)**<br><br>Filed Concurrently:<br><br>- Joint Stipulation<br>- [Proposed] Order<br><br>Date:   May 13, 2025<br>Time:  10:00 am<br>Ctrm:  540<br>Judge:  Hon. Alka Sagar |

NOTICE OF MOTION TO REINSTATE DISCOVERY STAY

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 13, 2025 at 10:00 AM, in Courtroom 540 of the United States District Court, Central District of California, 255 East Temple Street, Los Angeles, California 90012, or as soon thereafter as counsel may be heard before the Honorable Alka Sagar, Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel will and hereby do move to reinstate the discovery stay under 15 U.S.C. § 78u–4(b)(3)(B) pending resolution of Defendants' Motion for Judgment on the Pleadings filed March 28, 2025 (ECF No. 124).

This Motion is made pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u–4(b)(3)(B), and L.R. 37-2.  It is based upon this Notice of Motion; Defendants' portion of the Joint Stipulation; the pleadings, records, and memoranda on file and to be filed in this action; and such additional authority and argument as may be presented in any supplemental memorandum or at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on March 27, 2025.

Dated: April 11, 2025

Respectfully submitted,

WHITE & CASE LLP
MUNGER, TOLLES & OLSON LLP

By:  _/s/ John W. Spiegel_
    JOHN W. SPIEGEL

Attorneys for Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy, and Kareem Daniel

-1-
NOTICE OF MOTION TO REINSTATE DISCOVERY STAY