THE BURKE LAW FIRM
Timothy J. Burke (SBN #181866)
tim.burke@burke-law-firm.com
1001 Wilshire Boulevard, #2187
(310) 984-7199 (phone)
(310) 602-6589 (fax)

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH, <br><br> Defendants. | Case No. 2:24-cv-04566-CBM-PVC <br><br> CLASS ACTION <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date: November 25, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 8D <br> Judge: Hon. Consuelo B. Marshall <br> Action Filed: May 31, 2024 <br> Trial Date: None Set |

Lead Plaintiffs Kamil Kirio and Nada Badr-Kirio ("Plaintiffs") hereby submit this Notice of Supplemental Authority in Further Support of Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings (Dkt. 82, the "Opposition"). On November 7, 2025, three days after Plaintiffs filed their Opposition, the Honorable Jacqueline Scott Corley of the Northern District of California issued an opinion in another securities class action, *Glazing Employers and Glaziers Union Local # 27 Pension and Retirement Fund v. iRhythm Technologies, Inc.*, 24-cv-00706-JSC (Dkt. 118), denying a motion for judgment on the pleadings under Fed. R. Civ. P. 12(c) under the law of the case doctrine, finding oral argument on the motion unnecessary, and noting that defendants should have moved for reconsideration. The opinion is attached hereto as Exhibit A.

Dated: November 12, 2025          Respectfully submitted,

THE BURKE LAW FIRM

 /s/*Timothy J. Burke*
Timothy J. Burke (SBN #181866)
1001 Wilshire Drive, #2187
Los Angeles, CA 90017
(302) 984-7199 (phone)
(302) 602-6589 (fax)
tim.burke@burke-law-firm.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

BERNSTEIN LIEBHARD LLP
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern
10 East 40th Street
New York, NY  10016
(212) 779-1414 (phone)
(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Plaintiffs and the Proposed Class*