THE BURKE LAW FIRM
Timothy J. Burke (SBN #181866)
tim.burke@burke-law-firm.com
1001 Wilshire Boulevard, #2187
(310) 984-7199 (phone)
(310) 602-6589 (fax)

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE and CLAIRE MCDONOUGH,<br><br>Defendants. | Case No. 2:24-cv-04566-CBM-PVC<br><br>CLASS ACTION<br><br>**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Lead Plaintiffs Kamil Kirio and Nada Badr-Kirio ("Plaintiffs") hereby submit this Second Notice of Supplemental Authority in Further Support of Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings (ECF No. 82). On December 5, 2025, the Honorable John H. Chun of the Western District of Washington issued an opinion in another securities class action, *Garbaccio v. Starbucks Corporation et al.*, 2:24-cv-01362-JHC (ECF No. 56) ("*Garbaccio*"), denying a motion for reconsideration based on *Sneed v. Talphera, Inc.*, 147 F.4th 1123 (9th Cir. 2025). There, the Court found that: (1) *Sneed* did not "announce[] new legal standards" or "raise the bar" for pleading falsity and scienter; (2) the principle that courts must "consider the 'context surrounding [an alleged] [mis]statement [was] already identified, and applied'"; (3) the misstatement in *Sneed* "was an ad slogan, developed as part of a larger marketing campaign, and shared with investors via advertisement displays and a speech at a conference," which was "factually distinct" from "explicit disclosures made by company executives to investors on an earnings call." Accordingly, the Court concluded that *Sneed* did "not provide a basis for reconsideration." The opinion is attached hereto as Exhibit A.

Dated: December 10, 2025          Respectfully submitted,

THE BURKE LAW FIRM

 /s/*Timothy J. Burke*
Timothy J. Burke (SBN #181866)
1001 Wilshire Drive, #2187
Los Angeles, CA 90017
(302) 984-7199 (phone)
(302) 602-6589 (fax)
tim.burke@burke-law-firm.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

BERNSTEIN LIEBHARD LLP
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern

10 East 40th Street
New York, NY  10016
(212) 779-1414 (phone)
(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Plaintiffs and the Proposed Class*