JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
CHRISTINA E. DIEROLF (CA SBN 335258)
CDierolf@mofo.com
HANNA M. LAURITZEN (CA SBN 339895)
HLauritzen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

*Attorneys for Defendants*
RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendants. | Case No. 2:24-cv-04566-CBM-PVC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Action Filed:  May 31, 2024<br>Trial Date:  None set |

NOTICE OF SUPPLEMENTAL AUTHORITY
ISO DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS

CASE NO.: 2:24-cv-04566-CBM-PVC

Defendants Rivian Automotive, Inc., Robert J. Scaringe, and Claire McDonough (collectively, "Defendants") hereby submit this Notice of Supplemental Authority in Further Support of Defendants' Motion for Judgment on the Pleadings (ECF No. 81).

On December 17, 2025, the Honorable Maxine M. Chesney of the Northern District of California issued an order in another securities class action, *In re Stem, Inc. Securities Litigation*, Case No. 23-cv-02329-MMC (*In re Stem*), granting defendants' motion to dismiss with prejudice. Citing the Ninth Circuit's recent instruction in *Sneed v. Talphera, Inc.*, 147 F.4th 1123 (9th Cir. 2024) that a "reasonable investor" "acts with care and seeks out relevant information" and "cares about a statements surrounding text, including hedges, disclaimers, and apparently conflicting information," Judge Chesney dismissed with prejudice for failure to meet the standards for pleading falsity a complaint challenging statements related to defendants' AI software automation capability and success in customer markets. *In re Stem* at 12. The order is attached hereto as Exhibit A.

Dated: December 22, 2025

MORRISON & FOERSTER LLP

By: */s/ Jordan Eth*
        Jordan Eth

*Attorneys for Defendants*
RIVIAN AUTOMOTIVE, INC.,
ROBERT J. SCARINGE, AND CLAIRE
MCDONOUGH