JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
CHRISTINA E. DIEROLF (CA SBN 335258)
CDierolf@mofo.com
HANNA M. LAURITZEN (CA SBN 339895)
HLauritzen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

*Attorneys for Defendants*
RIVIAN AUTOMOTIVE, INC., ROBERT J.
SCARINGE, and CLAIRE MCDONOUGH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH, <br><br> Defendants. | Case No. 2:24-cv-04566-CBM-PVC <br><br> **SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br><br> Action Filed:  May 31, 2024 <br> Trial Date:  None set |

SECOND NOTICE OF SUPPLEMENTAL AUTHORITY ISO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

CASE NO.: 2:24-cv-04566-CBM-PVC

Defendants Rivian Automotive, Inc., Robert J. Scaringe, and Claire McDonough (collectively, "Defendants") hereby submit this Second Notice of Supplemental Authority in Further Support of Defendants' Motion for Judgment on the Pleadings (ECF No. 81).

On December 17, 2025, the Honorable Sherilyn Peace Garnett of the Central District of California issued an order in *Stradford v. Chipotle Mexican Grill, Inc.*, Case No. 8:24-cv-02459-SPG-JDE (*Chipotle*), granting defendants' motion to dismiss a securities class action. Citing the Ninth Circuit's recent ruling in *Sneed v. Talphera, Inc.*, 147 F.4th 1123 (9th Cir. 2024), Judge Garnett dismissed, ruling that the complaint failed to meet the standards for pleading falsity. *Chipotle* at 20. The order is attached hereto as Exhibit A.

Dated: December 23, 2025                    MORRISON & FOERSTER LLP


By: */s/  Jordan Eth*
　　　 Jordan Eth

*Attorneys for Defendants*
RIVIAN AUTOMOTIVE, INC.,
ROBERT J. SCARINGE, AND CLAIRE
MCDONOUGH

SECOND NOTICE OF SUPPLEMENTAL
AUTHORITY ISO DEFENDANTS'
MOTION FOR JUDGMENT ON THE
PLEADINGS

1                    CASE NO.: 2:24-CV-04566-CBM-PVC