JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
CHRISTINA DIEROLF (CA SBN 335258)
CDierolf@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

*Attorneys for Defendants*
RIVIAN AUTOMOTIVE, INC., ROBERT J.
SCARINGE, and CLAIRE MCDONOUGH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendant. | Case No. 2:24-cv-04566-CBM-PVC<br><br>**STIPULATION TO EXTEND CASE SCHEDULE**<br><br>**[PROPOSED ORDER LODGED CONCURRENTLY]**<br><br>Dept.:  8D<br>Judge:  Hon. Consuelo B. Marshall |

STIPULATION TO EXTEND CASE
SCHEDULE

CASE NO.: 2:24-cv-04566-CBM-PVC

Pursuant to Civil Local Rule 7-1, Defendants Rivian Automotive, Inc., Robert J. Scaringe, and Claire McDonough (collectively, "Defendants") and Lead Plaintiffs Kamil Kirio and Nada Badr-Kirio ("Plaintiffs," and together with Defendants, the "Parties") by and through their undersigned counsel, hereby submit this Stipulation, subject to the approval of the Court, for modification of the case schedule set forth in the In Chambers-Order and Notice to All Parties (Dkt. No. 91) to accommodate an upcoming mediation.

## RECITALS

WHEREAS, on November 18, 2025, the Parties filed their Joint Report of Rule 26(f) Conference (Dkt. No. 86);

WHEREAS, on December 30, 2025, the Court issued an In-Chambers Order and Notice to All Parties (Dkt. No. 91) setting the case schedule (the "Scheduling Order");

WHEREAS, on January 6, 2026, the Parties filed their ADR Procedure Selection on Form ADR-01 (Dkt. No. 92), indicating that the Parties would participate in a private dispute resolution proceeding;

WHEREAS, on January 7, 2026, the Court issued an Order/Referral to ADR (Dkt. No. 93) and directed the Parties to contact the private mediator of their choice to arrange a date and time for the mediation;

WHEREAS, the Parties have agreed to mediate this action before a private mediator, and mediation is set for July 16, 2026;

WHEREAS, the Parties have each propounded and responded to written discovery;

WHEREAS, the Parties have engaged in extensive meet-and-confer sessions regarding discovery matters, including ongoing discussions regarding the scope of document discovery;

WHEREAS, the Parties have agreed that a production of a subset of core documents in advance of mediation will facilitate a productive and informed

STIPULATION TO EXTEND CASE SCHEDULE

1

CASE NO.: 2:24-CV-04566-CBM-PVC

mediation;

WHEREAS, the Parties have conferred and cooperated to facilitate the production of those core documents, and Defendants have produced approximately 60,000 documents to date;

WHEREAS, based on the progress of this action, the Parties believe that an extension of all deadlines will allow the Parties to engage in a meaningful mediation and to focus their efforts on the key issues;

WHEREAS, under Federal Rule of Civil Procedure 16(b)(4), the schedule may be modified for good cause;

WHEREAS, the Parties agree that there is good cause to request an extension of the case schedule to allow the Parties to focus on a meaningful mediation and to permit sufficient time to complete fact and expert discovery and further proceedings if mediation is unsuccessful;

WHEREAS, the Parties do not believe the extension sought hereby will prejudice either party or result in undue delay; and

WHEREAS, there have been no previous requests for an extension of the case deadlines set forth in the Scheduling Order.

## **STIPULATION**

NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval, that the existing case deadlines be modified as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact discovery completion date | July 1, 2026 | November 20, 2026 |
| Deadline for the exchange of expert reports and disclosures on matters on which the party bears the burden of proof | August 1, 2026 | December 18, 2026 |

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Deadline for the exchange of rebuttal expert reports and disclosures | September 1, 2026 | January 20, 2027 |
| Expert discovery completion date | October 1, 2026 | February 12, 2027 |
| Deadline for dispositive motions | | March 23, 2027 |
| Deadline for oppositions to dispositive motions | | April 20, 2027 |
| Deadline for replies in support of dispositive motions | | May 11, 2027 |
| Motions to be set for hearing on or before | December 8, 2026 at 10:00 a.m. | May 25, 2027, at 10:00 a.m., or a date to be determined by the Court |
| Pre Trial Conference is set on | February 9, 2027 at 2:30 p.m. | July 20, 2027, at 2:30 p.m., or a date to be determined by the Court |
| Jury Trial is set on | March 16, 2027 at 10:00 a.m. | August 18, 2027, at 10:00 a.m., or a date to be determined by the Court |

Dated: May 28, 2026

MORRISON & FOERSTER LLP

By:  /s/ Jordan Eth
     Jordan Eth

*Attorneys for Defendants*
RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, AND CLAIRE MCDONOUGH

STIPULATION TO EXTEND CASE SCHEDULE

3

CASE NO.: 2:24-CV-04566-CBM-PVC

Dated: May 28, 2026

BERNSTEIN LIEBHARD LLP


By: */s/ Laurence J. Hasson*
Laurence J. Hasson

Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern
10 East 40th Street
New York, NY 10016
(212) 779-1414 (phone)
(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 26, 2026                              */s/ Jordan Eth*