UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,<br><br>Defendant. | Case No. 2:24-cv-04566-CBM-PVC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND CASE SCHEDULE**<br><br>Dept.: 8D<br>Judge: Hon. Consuelo B. Marshall |

For good cause shown, the Joint Stipulation to Extend Case Schedule is GRANTED, and the December 30, 2025 Scheduling Order shall be modified as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact discovery completion date | July 1, 2026 | November 20, 2026 |
| Deadline for the exchange of expert reports and disclosures on matters on which the party bears the burden of proof | August 1, 2026 | December 18, 2026 |
| Deadline for the exchange of rebuttal expert reports and disclosures | September 1, 2026 | January 20, 2027 |
| Expert discovery completion date | October 1, 2026 | February 12, 2027 |
| Deadline for dispositive motions | | March 23, 2027 |
| Deadline for oppositions to dispositive motions | | April 20, 2027 |
| Deadline for replies in support of dispositive motions | | May 11, 2027 |
| Motions to be set for hearing on or before | December 8, 2026 at 10:00 a.m. | May 25, 2027, at 10:00 a.m., or a date to be determined by the Court |
| Pre Trial Conference is set on | February 9, 2027 at 2:30 p.m. | July 20, 2027, at 2:30 p.m., or a date to be determined by the Court |
| Jury Trial is set on | March 16, 2027 at 10:00 a.m. | August 18, 2027, at 10:00 a.m., or a date to be determined by the Court |

Dated:

Hon. Consuelo B. Marshall
United States District Judge