UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, and CLAIRE MCDONOUGH,

Defendant.

Case No. 2:24-cv-04566 CBM (PVC)

**ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION [105]**

Dept.: 8D
Judge: Hon. Consuelo B. Marshall

The Court, having considered the Stipulation jointly filed by Plaintiff Indiana Public Retirement System and Defendants Rivian Automotive, Inc., Robert J. Scaringe, and Claire McDonough, by and through their respective counsel, hereby ORDERS:

1. Plaintiffs shall file their motion for class certification on or before October 16, 2026.

2. Defendants shall file their opposition to Plaintiffs' motion for class certification on or before December 11, 2026.

3. Plaintiffs shall file their reply in support of their motion for class certification on or before January 29, 2027.

4. To the extent that a party submits an expert report, declaration, or otherwise seeks to introduce evidence through an expert either in support of or in opposition to Plaintiffs' motion for class certification and later designates that same expert as an expert witness, the designating party shall make that expert available for deposition twice.

5. The Court will hold a hearing on Plaintiffs' motion for class certification on February 23, 2027, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 5, 2026

Hon. Consuelo B. Marshall
United States District Judge